# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN KEMP *et al.*, <br><br> Defendants. | Civil Action No.: 1:19-cv-02973-SCJ |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

For the reasons set forth in the accompanying memorandum in support of Plaintiffs' motion for a preliminary injunction, this Court should issue a preliminary injunction enjoining Defendants from enforcing House Bill 481, attached as Exhibit A to the Verified Compl. for Declaratory & Injunctive Relief, ECF No. 1, during the pendency of this litigation.

Respectfully submitted this 23rd day of July, 2019.

| | |
|---|---|
| Susan Talcott Camp* <br> Rebecca Chan* <br> Elizabeth Watson* | **Sean J. Young** <br> Attorney Bar Number: 790399 <br> Attorney for Plaintiffs |

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
tcamp@aclu.org
rchan@aclu.org
ewatson@aclu.org

*Attorneys for Plaintiffs SisterSong, ACWC, AWMC, carafem, Summit, and Drs. Cwiak, Haddad and Lathrop*

Carrie Y. Flaxman**
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Avenue, NW
Suite 300
Washington, DC 20005
(202) 973-4800
carrie.flaxman@ppfa.org

Susan Lambiase**
PLANNED PARENTHOOD FEDERATION
OF AMERICA
123 William St., Floor 9
New York, NY 10038
(212) 541-7800 (phone)
(212) 247-6811 (fax)
susan.lambiase@ppfa.org

*Attorneys for PPSE*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org


Julie Rikelman**
Emily Nestler**
Kirby Tyrrell**
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3670 (phone)
(917) 637-3666 (fax)
jrikelman@reprorights.org
enestler@reprorights.org
ktyrrell@reprorights.org

*Attorneys for Plaintiffs Feminist and CWHO*


\* *Pro hac vice applications pending*
\*\* *Admitted pro hac vice*

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing motion and accompanying papers with the Clerk of Court using the CM/ECF system, which constitutes service on ECF registered users. N.D.Ga. Civil Local Rule 5.1(A)(3). Attorneys of Defendants who later enter a notice of appearance will be served a copy of the foregoing by mail. Fed. R. Civ. P. 5(b)(2)(C).

**Sean J. Young**
Attorney Bar Number: 790399
Attorney for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org