# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SISTERSONG WOMEN OF COLOR
REPRODUCTIVE JUSTICE
COLLECTIVE *et al.*,

    Plaintiffs,

vs.

BRIAN KEMP *et al.*,

    Defendants.

Civil Action No.: 1:19-cv-02973-SCJ

## **DECLARATION OF SEAN J. YOUNG**

I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1.  The Georgia General Assembly does not officially transcribe its proceedings. This was confirmed recently when our office contacted the General Assembly. This has apparently been longstanding practice. *See Bown v. Gwinnett Cnty. Sch. Dist.*, 112 F.3d 1464, 1467 (11th Cir. 1997) ("The Georgia General Assembly does not officially record or transcribe its proceedings, and it does not issue official committee reports.").

1

2. Videos of legislative proceedings related to H.B. 481 were, however, available online. The House and Senate sessions were posted on YouTube by "GPB Lawmakers." The committee hearings were posted on livestream.com. As a result, my office hired a court reporter to transcribe the proceedings related to H.B. 481 based on such videos.

3. Those certified transcripts are attached as exhibits hereto.

   a. Exhibit A: March 6, 2019 hearing before the Georgia House of Representatives Health & Human Services Committee;

   b. Exhibit B: March 7, 2019 proceedings before the Georgia House of Representatives;

   c. Exhibit C: March 14, 2019 hearing before the Georgia Senate Standing Committee on Science and Technology;

   d. Exhibit D: March 18, 2019 hearing before the Georgia Senate Standing Committee on Science and Technology;

   e. Exhibit E: March 18, 2019 proceedings before the Georgia Senate;

   f. Exhibit F: March 29, 2019 proceedings before the Georgia House of Representatives.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 23, 2019

**<u>Sean Young</u>**
Attorney Bar Number: 790399
Attorney for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org