# EXHIBIT B

1      STATE OF GEORGIA GENERAL ASSEMBLY

2

3

4

5

6

7        GEORGIA HOUSE
        Day 28 Afternoon
8

9

10

11

12
      2019-2020 REGULAR SESSION
13

14

15      TRANSCRIPT OF HEARINGS

16

17

18

19

20

21

22

23

24  Transcribed from electronic media by
     Susan H. Horner CCR B-808
25



1   SPEAKER OF THE HOUSE
    DAVID RALSTON
2

3

4                        INDEX

5   HOUSE BILL                                    PAGE

6

7   HB 481    2019-2020 Regular Session - HB 481      3
              Living Infants Fairness and Equality
8             (LIFE) Act; enact

9
    HB 454    2019-2020 Regular Session - HB 454     71
10            Motor vehicles; operation of motorized
              mobility devices; provide
11

12  HB 470    Law enforcement officers and agencies;  74
              analysis and collection of DNA for
13            individuals charged with a felony offense but
              sentenced as a first offender or under
14            conditional discharge; provide

15
    HB 478    Social services; improvements to the    76
16            operation of the child abuse registry;
              provide
17
    HB 84     Insurance; provide for consumer          78
18            protections regarding health insurance

19
    HB 264    Public officials' conduct and lobbyist   83
20            disclosure; persons promoting or opposing any
              matter regarding the EMSC Program are subject
21            to transparency and lobbyist disclosure laws;
              provide

22

23

24

25



1      THE CLERK:  House Bill 481 by Representative

2    Setzler of the 35th and others to be entitled an

3    act to amend Chapter 2 of Title 1 of the Official

4    Code of Georgia Annotated relating to persons and

5    their rights to amend Article 5 of Chapter 12 of

6    Title 16 of the Official Code of Georgia Annotated

7    relating to abortion to amend Chapter 9A of Title

8    13 of the Official Code of Georgia Annotated

9    relating to the "Woman's Right To Know Act" and to

10    amend Chapter 9B of Title 31 of the Official Code

11    of Georgia Annotated relating to physician's

12    obligations in the performance of abortions.

13    This bill having been referred to the committee

14    on Health and Human Services, that committee

15    recommends that this bill do pass by committee

16    substitute.

17      THE SPEAKER:  The Chair recognizes Chairman

18    Setzler to present the bill.

19      CHAIRMAN SETZLER:  Mr. Speaker, Ladies and

20    Gentlemen of the House, it is with deep humility

21    that I rise today.  I would like to thank members

22    of the House Health and Human Services Committee

23    that when this bill was filed ten days ago on the

24    25th of February members began to read through

25    the bill and prepare for a committee hearing



1    yesterday that lasted for nearly three hours and

2    was substantive, detailed, courteous, both of

3    those for the proposition and against the

4    proposition had every right to be heard.  There

5    were more than ten amendments offered and I

6    appreciate Chair Lady Sharon Cooper for the

7    dignity and the opportunity for people on both

8    sides of this question to be heard in full

9    committee.

10        These are not questions that need to be

11   addressed hastily and they have decidedly not

12   been.  As we consider this issue before us today

13   in House Bill 481 I want us to all think about the

14   things we do here and the people we serve.

15        This is an extraordinarily diverse state and

16   in the day of political divisions I come before

17   you today speaking to people of both parties.  I

18   come today speaking to people of all backgrounds,

19   of all ages, of all income levels, of all

20   geographies because this bill before us today and

21   the question we'll be talking about in House Bill

22   481 goes right to the heart of humanity itself.

23        We do lots of things down here that serve our

24   communities, we do lots of things down here that

25   serve our state well.  But Ladies and Gentlemen of



1   the House, there are a few opportunities we have,

2   and there are a few, but this is an opportunity

3   for us to debate and talk about the very meaning

4   of human life and those that are worthy of our

5   state's protection.  Our job as lawmakers is to

6   protect those who cannot protect themselves.  Our

7   job as lawmakers are to provide for those in

8   difficult circumstances that need in some cases

9   provision, a hand up to help them in their mean

10   circumstances and in other cases to provide

11   opportunities and incentives for young people to

12   achieve educationally and to live lives of

13   fullness and goodness that our creator intended

14   for us.

15       As I bring before you today House Bill 481

16   the issue before this House is the question of

17   when should human life be protected by the law.

18   There is broad consensus that the fragile children

19   among us that are in neonatal intensive care units

20   are worthy not only our protection by law but of

21   our resources.  Our insurance policies cover these

22   kids' healthcare.  Our laws and our Medicaid

23   programs cover these children and care for these

24   precious children even if the parents live under

25   the poverty line.  We care for these children



 1    because the value of human life is priceless.

 2    That's not something we peddle on, it's not

 3    something we trade on and it's not something we

 4    even debate.

 5        Friends, we are a pro life country.  When

 6    there are miners trapped a mile deep in a coal

 7    mine we spare no expense to save the five or six

 8    people for whom oxygen is expiring to recover them

 9    from a coal mine and bring them back safely home.

10    There is no expense we spare to protect the value

11    of a human life.  In fact, if we go to our

12    neonatal intensive care units there's no way

13    economically we can justify the resources we spend

14    to save these precious tiny babies.  But we don't

15    justify it economically, we justify it for its

16    humanity.  We justify it for its humanity because

17    we are good.  Alexis Tofield said -- in 1830 he

18    said America is great because America is good.  We

19    are a light and the beacon to the world and we as a

20    State of Georgia are a trendsetter and a leader in

21    what it means to be good.  We feel the goodness

22    amongst us as members of this body.  The

23    relationships we have across the aisle and across

24    geographies, across age ranges is a beautiful thing

25    to those are who watching perhaps could never fully



1  understand until you've had the honor to serve in

2  this body and serve alongside the great public

3  servants we have here.  I am honored to serve with

4  you.  And I am humbled deeply to be able to

5  present this, Mr. Speaker, before the House.

6       This is motivated by people who struggle.

7  I've got in the balcony Miss Heather Hobbs (ph).

8  Miss Hobbs, if you'd stand up.  Ms. Hobbs is in

9  the back.  She was a military wife.  She's with

10  us tonight -- she actually lives out of state.

11  She's here today and conceived her first child

12  after having been brutally raped.  She came today

13  because she recognizes that even in that

14  circumstance, that horrible circumstance that

15  befell her and the circumstances by which this

16  child that she bore and brought into this world

17  was conceived, all life is precious.  For the life

18  of the child that's conceived through a brutal

19  crime that we punish with up to life imprisonment

20  in this state to the child in the neonatal

21  intensive care unit, to the children we cherish in

22  our communities we recognize the preciousness of

23  human life.  And what HB 481 does, it seeks to

24  recognize that the child in the womb that is

25  living distinct from their mother has a right of

1    life that's worthy of protection.

2         I think we should all be able to agree on

3    that.  It shouldn't be a partisan issue that a

4    child of the womb should be worthy of full legal

5    protection.  The challenge we face with the bill

6    HB 481 seeks to address is how we balance this

7    very tenuous and difficult question, Mr. Speaker,

8    of the privacy interest of the mother with a life

9    interest of the child.

10        HB 481 was created not in ways that other

11   states have addressed this.  There are people that

12   say, oh, this state or that state has done a

13   heartbeat bill.  This isn't a heartbeat bill,

14   friends, this bill is created to recognize and to

15   reconcile the life interest of a child and the

16   privacy interest of the mother that's recognized

17   in our courts.

18        THE SPEAKER:  The gentleman will suspend.

19   I'm going to ask the clerk to read House Rule 1.1.

20        THE CLERK:  All members and staff of the

21   House shall conduct themselves at all times with

22   dignity and with respect for others in a manner to

23   ensure appropriate decorum in the deliberations of

24   the House and to reflect the responsibilities

25   incumbent upon a member or staff of the House.



1      THE SPEAKER:  This is a very serious debate.

2   The Chair is going to ask that everyone conduct

3   themselves with the dignity that's required by

4   this Rule and with respect for every other member

5   in this body.  Well, I guess we have some people

6   in violation of the Rules of the House.  The

7   gentleman will proceed and this will be dealt

8   with.

9      REPRESENTATIVE SETZLER:  Thank you, Mr.

10  Speaker.  And I just want to say that I deeply

11  respect the opinions of those that have been heard

12  and I think this is a delicate issue that we want

13  to address appropriately.

14      Mr. Speaker, members of this body, the Living

15  Infants Fairness and Equality Act was drafted as a

16  unique recognition of the humanity of the child in

17  the womb.  It's created and addresses head-on the

18  issue to reconcile the privacy interest of the

19  mother that's been recognized in our courts and we

20  all know has more validity with the humanity of

21  the child.  How we reconcile those two things,

22  that's what this is about.

23      This is not a political document.  It's not a

24  statement, it's a reconciliation of this very very

25  difficult and even timeless question of the privacy



1  interest of the mother and the life of the child.

2  What the Living Infants Fairness and Equality Act

3  seeks to do, Mr. Speaker, as we walk through the

4  legislative findings is lay out the legal case

5  that we as a state are rightly acting on and I

6  think this body will rightly act on to tonight.

7  Recognizing that dating back to 1868 when the 14th

8  amendment of the United States Constitution was

9  crafted it was crafted to do one thing.  It did a

10  number of things but its central purpose was to

11  recognize particular classes of persons that had

12  not been previously recognized as having rights.

13  There were entire classes of people before the

14  14th amendment that had never been recognized as

15  having equal rights and it expanded it to new

16  classes of persons.  In that tradition and

17  consistent with our state constitution this bill

18  HB 481 makes that recognition.  It recognizes that

19  in the womb children are living.  They're distinct

20  from their mothers.  They have their own blood

21  types, their own DNA, their own characteristics

22  that are immutably theirs.

23      Mr. Speaker, it also recognizes that in the

24  1980 California United States Supreme Court case,

25  Pruneyard v. Robins, 1980 that states may recognize



1    fundamental rights more expansively than the

2    minimum standard required in state law.

3         This is important, friends, because I want us

4    to understand the legal framework we're operating

5    under and the wisdom that underlies the wisdom of

6    HB 481.  In the Pruneyard v. Robins case there's a

7    recognition.  It states more expansively recognized

8    rights.  It's not in conflict with our Federal

9    Constitution, as long as it's above the minimum

10   standards the U.S. Constitution recognizes.  We

11   recognize this.  Currently in our Georgia

12   Constitution our 4th amendment rights against

13   unreasonable search and seizure are more expansive

14   here as Georgians than the Federal law requires.

15   We also recognize that in Massachusetts -- the

16   State of Massachusetts recognized same sex

17   marriage before the Federal law required them to

18   do so.  The constitution said if you want to

19   recognize the franchise of marriage more

20   expansively than the state required, Massachusetts

21   may do that.  And following that same legal

22   tradition we're recognizing the rights of the

23   child in the womb more expansively than the

24   minimum standard that Federal law requires.

25        Mr. Speaker, as we walk through this, and



 1    again, I don't want this message to be about

 2    distractions, this is a very important issue.  As

 3    we walk through this we recognize that it's our

 4    job as legislators to legally recognize and to

 5    provide a legal framework that's anchored both in

 6    our Federal Constitution and in our state

 7    constitution and that's exactly what this bill

 8    does.

 9         This bill, Mr. Speaker, also recognizes that

10    in the Planned Parenthood v. Casey decision that

11    the point of viability is the standard by which

12    the courts measure legislature's ability to

13    restrict abortion and that the point of viability,

14    the heartbeat medically, that is the standard by

15    which the American College of Obstetrics and

16    Gynecology recognizes a viable pregnancy, and it's

17    also the time we recognize that under our laws

18    dating back almost 40 years that when there's a

19    human heartbeat, when there's respiratory

20    activity, and friends, when there's brain

21    activity, any one of those three exists, the

22    person is not dead.  We recognize that throughout

23    all life.  If a coroner comes to look at somebody

24    who has been in a terrible car accident, if they

25    have a beating heart without life support, they're



1    alive.

2         So medically we see the heartbeat is the

3    standard.  We see it in all other forms of life.

4    The heartbeat is the standard by which the

5    viability, the person is deemed alive.  And as we

6    follow the court's direction, the point of fetal

7    heartbeat is that place that defines where the

8    privacy interest of the mother meets the life

9    interest of the child.  And we can certainly agree

10   that heartbeat is sort of the middle ground we can

11   meet to recognize that.

12        Friends, I know there are distractions out

13   there and I know there are some that have

14   intentionally distracted this body, I don't want

15   to go on, there's just so much more I'd like to

16   walk through, but I will walk through the specifics

17   of the bill.

18        Mr. Speaker, if I could have people turn to

19   page, to Section 2.1 of the bill there's a

20   recognition that as we recognize the life of the

21   child there are certain statewide head counts and

22   census counts that would be appropriate for us to

23   count them, it does that here.  Doesn't affect the

24   U.S. census, but for state purposes where it's

25   appropriate this bill allows that to happen.



1       As we work through Section 3.1 of the bill

2  there's a recognition that at the point of fetal

3  heartbeat this is important -- this medically

4  important threshold.  This is the point where the

5  privacy interest of the mother meets this life

6  interest of the child.  Let's agree that when

7  there's a beating heart medical science tells us

8  that's the threshold for a viable pregnancy, that's

9  the point at which this body would be wise to act

10 for protecting life.

11      Mr. Chairman, there's a -- at the behest of

12 others, even though we recognize that no matter

13 the matter of conception, whether someone is

14 conceived through rape or someone is conceived

15 through a loving family that the innocence and the

16 value of life is all the same.

17      Many members have come to me in an effort to

18 work in a bipartisan way which is certainly my

19 hope in a way that can be adopted by many of our

20 members, the difficulty of a circumstance in which

21 a woman is raped, it's been asked of us to consider

22 and I offer in a way that, again, I hope will

23 bring bipartisan support to this.  If a woman has

24 been raped in this bill in Section 3.1 there is a

25 recognition of that.  And up to 20 weeks which is

1　our current standard a woman would be allowed to

2　pursue an abortion if she's raped.  Our current

3　law at 20 weeks prohibits abortion with no

4　exceptions.  That doesn't change this bill, but up

5　to 20 weeks under this law if a woman were raped

6　she could still pursue an abortion.  But if that

7　were not the case we recognize the value of that

8　life, the distinct living whole human being that's

9　inside that mother, this bill recognizes and I

10　think we as a body are wise to recognize as well.

11　　　Mr. Speaker, I will conclude by saying that,

12　again, to recognize the cost and the significance

13　of a human being coming into this world we

14　recognize parents who are raising -- parents who

15　are pregnant with their first child take on extra

16　medical costs.  In many cases the mothers have to

17　spend time on bedrest or out of work, and what

18　this does is it gives a simple recognition that if

19　the parents are pregnant with a child that that

20　child would qualify for a state tax exemption.  A

21　very simple act, but it is something to recognition

22　of the child in a very practical way that affirms

23　life, that takes care of these families and brings

24　us to a commonsense place that reconciles this

25　very difficult question of the privacy interest of



1  the mother and the life interest of the child.

2  And how we balance that says a lot about who we

3  are as a state.  I know everybody in this chamber

4  recognizes the preciousness of life in the womb

5  and this is an opportunity for us to affirm that

6  today.

7      And now, Mr. Speaker, I know there are other

8  folks in this Chamber who want to speak on this

9  bill, I would urge your support for HB 481.  I

10 yield the well.

11     THE SPEAKER:  The gentleman has yielded the

12 well.  There are members who wish to speak to the

13 bill, 30 minutes per each side.  The Chair

14 recognizes the Governor's Floor Leader,

15 Representative Lott to speak to the bill.

16     REPRESENTATIVE LOTT:  Thank you, Mr. Speaker.

17 I rise today in support of HB 481, the Living

18 Infants Fairness and Equality Act, the Life Act.

19     Life is precious.  All life is precious and I

20 must speak up for this bill so that we can stop

21 the death of thousands of innocent lives in our

22 state.

23     Georgia values life.  We must stand up for

24 those that cannot speak for themselves.  There are

25 a coalition of states also supporting the life of



1 the unborn and together we hope to restore the

2 authority of the states to determine this

3 important issue.  We will continue the

4 conversation.  We will improve foster case.  We

5 will approve adoption options and opportunities in

6 the State of Georgia, we will continue to talk

7 about health and wellness of mom and baby.  Our

8 governor is committed to putting Georgia families

9 first and recognizing the precious nature of all

10 life and I proudly join him in this fight for

11 life.

12      Thank you, Mr. Speaker, I yield the well.

13      THE SPEAKER:  The Chair recognizes Chairman

14 Darlene Taylor to speak to the bill.

15      REPRESENTATIVE TAYLOR:  Mr. Speaker, members

16 of the House, good evening.  I rise to speak about

17 House Bill 481.  I appreciate this opportunity to

18 share my thoughts.  What a great state and country

19 we live in.  All have had their say, look at all

20 the folks that have spoken and that will speak.

21 Our freedom of speech is valued above all.  We can

22 demand to have our say and we do.  We have just

23 witnessed that today.  We've seen it all day long,

24 people have been speaking and saying what's on

25 their mind and heart.  Even if it's inaccurate or



1  unpleasant, you have that right to say it.  But

2  who speaks for the baby named Fetus?  Who speaks

3  for the baby named Fetus?  Well, today I'm going

4  to.  To quote Baby Fetus, I deserve to have the

5  right too.  Some may squirm in their seats or turn

6  their backs, but I will speak today.  Baby Fetus

7  says and I quote, I have that right.  Don't be

8  afraid or intimidated about acknowledging me.  You

9  know in your heart I am life.  If a pregnant woman

10 is murdered, it's a double murder.  My life

11 counts.  If you don't want me, someone does.  We

12 are a nation hungry for babies to adopt, someone

13 wants me.  What kind of a nation throws away life?

14 Baby Fetus has value, and whether you realize it

15 or not, it's a value to you.

16     God only knows what is missing in our lives

17 from the generations of abortion.  By the way,

18 half of those were future women.  Baby Fetus

19 deserves to have a future and to have a life.

20 Baby Fetus deserves to have a life.

21     Thank you, Mr. Speaker.  Baby Fetus and I

22 yield the well.

23     THE SPEAKER:  The Chair recognizes Chairman

24 Fleming to speak to the bill.

25     REPRESENTATIVE FLEMING:  Thank you,



1    Mr. Speaker.  When I was a young lawyer I used to

2    drive to down town Augusta to my office every day

3    and I used to have to pass Planned Parenthood

4    where they do abortions.  And quite often there

5    would be some protests out there, people on the

6    sidewalk.  One day I drove by -- it was a cold day,

7    probably February -- and there was one elderly

8    lady out on the corner with a protest sign and

9    there were two very large police officers standing

10   over her and it just didn't look right to me.  So

11   I pulled in a parking lot across the street and I

12   watched for a second and I got out of my car and I

13   walked over to this elderly lady and I said, ma'am,

14   I don't know you and I don't know what you're doing

15   here in front of Planned Parenthood's except

16   protesting which you have a right to do.  I said

17   I'm a lawyer and I understand that.  And it just

18   didn't seem right how these people were acting

19   towards you, these two police officers.  And about

20   that time the two police officers walked back from

21   their squad car where they were and she immediately

22   introduced them.  She said, gentlemen, this is my

23   lawyer, I'd like for you to meet him.  I didn't

24   know the lady's name, but I had a conversation

25   with the police officers and I let them know that



1    she had a right to be there.

2         After they had walked back to their squad

3    car -- apparently she had stepped off the sidewalk

4    and they had gotten onto her about it because the

5    Planned Parenthood people had called the cops on

6    her.

7         After the cops went back to their squad car I

8    struck up a conversation with her.  I said, ma'am,

9    it's kind of cold out here, are you okay?

10        She said when my daughter was a freshman at

11   Clemson University she got pregnant.  And she

12   didn't come to me or her father then, she came

13   right here to this Planned Parenthood and she

14   aborted the child.  She said about six months

15   after that my daughter was a having a terrible

16   time, she put a gun to her head and she pulled the

17   trigger.  She said but she didn't kill herself.

18   She said I have been changing her diapers for 25

19   years.

20        It's not just what it does to the babies that

21   are killed it's also what it does to the lives

22   that are left behind and the scars.  It's not just

23   the scars that it puts on the women who go through

24   it and the other loved ones in their life who have

25   to live through it with them and the aftereffects,



1    it's the scars that it leaves on our society.

2    When you can take an innocent life you devalue all

3    life and our nation and our world has suffered for

4    it ever since.  Vote in favor of this bill.

5    Decrease the scars that are left on our society in

6    Georgia.

7         Mr. Speaker, I yield the well.

8         THE SPEAKER:  The Chair recognizes

9    Representative Gurtler to speak to the bill.

10        REPRESENTATIVE GURTLER:  Thank you, Mr.

11   Speaker.  I rise in support of House Bill 481.

12   Early this year millions of Americans came

13   together all across America to march for life for

14   the innocent and for those human beings uniquely

15   and wonderfully made in God's image.  Early this

16   year we also had and watched several states use

17   the power of government to further legitimize

18   infanticide.

19        The Virginia House introduced a repeal act

20   which would allow a health baby to be killed up to

21   the moment of childbirth even while the woman was

22   dilating.  The Governor of Virginia, Ralph Northam,

23   doubled down and said in an interview that the

24   baby would be born, made comfortable and that

25   doctors and mothers would decide whether or not



1  that baby should live or we can let it die.  A

2  living innocent human being.  Now that is murder.

3  Ending life after birth simply for not being

4  wanted.  For all the talk of how progressive we

5  have become and how we live in a civilized nation,

6  how barbaric have we become to now openly be

7  talking about killing life after birth?  I became

8  physically sick just thinking about that scenario.

9      New York Governor Cuomo also signed

10  legislation allowing the killing of unborn

11  children at moment of birth.  In fact, a man

12  accused of killing a pregnant woman in New York

13  will now only be charged with a simple homicide, a

14  single homicide thanks to Governor Cuomo stripping

15  the rights of that unborn child.

16      Now what are we going to do, Georgia?  I was

17  taught that life is a gift from God that is

18  precious and that life is about being responsible

19  for one's self and to help those around us.  The

20  Golden Rule, the Bible teaches us that.  And even

21  though those who may not believe in God may be

22  here who can acknowledge that life, that the value

23  of treating others and the way we treat ourselves,

24  what are we going to do?

25      And we have a moral obligation as decent



1   human beings to stand up and protect the most

2   vulnerable in our society, protecting and

3   defending life, liberty and property is a proffer

4   of government and that's why we're here.  What will

5   history say about us as a people if we do not stand

6   up and if we do nothing to project our fellow man.

7   And I contend that we will be judged in how we

8   treat those that are weakest among us.

9        Some worry we have killed some 60 million

10  since Roe v. Wade.  Abortion was pushed and

11  advocated under the guise of safe, legal and rare.

12  Now we have sitting governors saying it's okay to

13  actually just kill that baby after birth.  We have

14  devalued life and created death culture.  The time

15  to act is now.  No more excuses.  We are the

16  majority in the House, the Senate and the

17  Executive.  We all campaigned on this to protect

18  life.  We have controlled Georgia for nearly 20

19  years.  There is only good and evil in this world,

20  there's only right and wrong.  We must speak up

21  and do what's right or suffer the consequences.

22  And as Dietrich Bonhoeffer said:  To not act is to

23  act but to not speak is to speak.  I ask my

24  colleagues to stand up for what is right, to

25  support House Bill 481.  This bill is simple, it



1    protects life and it is something we all took an

2    oath to do in our constitution.

3         Thank you, Mr. Speaker, I yield the well.

4         THE SPEAKER:  The Chair recognizes

5    Representative Wilensky to speak to the bill.

6         REPRESENTATIVE WILENSKY:  Thank you, Mr.

7    Speaker.

8         I will make a couple of quick points.  Under

9    this bill it gives broad overreach to the term of

10   the embryo of life.  So that means if after the

11   baby has a heartbeat that if a pregnant woman is

12   walking through the street jaywalking and she

13   trips and falls and that embryo goes away, that

14   would be manslaughter.  Under this the definition

15   of what we're doing, we're giving that embryo full

16   rights, that would be manslaughter if a woman just

17   trips and falls while jaywalking because she was

18   committing a crime.  Once again it gives full

19   rights of a person.  So that means that if a woman

20   is eight weeks pregnant and somebody rear ends

21   them and that eight week child or excuse me, that

22   eight week embryo, something happens to it, the

23   eight week embryo, that means that the person who

24   caused the collision would have a wrongful death

25   claim against them.



1    The record for a baby surviving outside of

2    the womb is 18 weeks.  Medical testimony says that

3    before 21 weeks an embryo has a zero percent

4    chance of living.

5    And the last thing about this is that we know

6    that this bill is unconstitutional.  We know that

7    there's going to be huge costs to litigate this so

8    we're about to pass a bill that will cost the

9    state a ton of money and also that it gives a baby

10   or the family to make a tax exemption which is more

11   money for the state and we have no fiscal note, so

12   I ask that we vote no against this bill because

13   it's unconstitutional.

14   THE SPEAKER:  The Chair recognizes

15   Representative Jasmine Clark to speak to the bill.

16   REPRESENTATIVE CLARK:  Thank you, Mr. Speaker.

17   I come to you today to ask you to vote no on this

18   bill but I'm going to come at it from a very

19   different angle.

20   I would like for everyone to draw your

21   attention to line 78 through 84.  On those lines

22   it mentions the American Academy of Obstetrics and

23   Gynecology.  Now, you can take my word for it or

24   you can Google it yourself, that organization does

25   not exist.  What I think the author of this bill



1  meant to quote is the American College of

2  Obstetrics and Gynecology.  Well, if you look on

3  your desk a statement from the American College of

4  Obstetrics and Gynecology says that induced

5  abortion is an essential component of women's

6  healthcare.  And further down they define fetal

7  viability as the capacity of the fetus for

8  sustained survival outside of the woman's uterus.

9  If we're going to use the definition from an

10 organization to define viability then let's use

11 the definition from that organization to define

12 viability.

13      Thank you, Mr. Speaker, I yield the well.

14      THE SPEAKER:  The Chair recognizes

15 Representative Scott to speak to the bill.

16      REPRESENTATIVE SCOTT:  Thank you, Mr. Speaker.

17 It isn't up to the government or this body to tell

18 me or any woman to give birth or not and this is

19 what denied access to abortion amounts to.

20 Banning abortion does not eliminate abortion, it

21 just makes it less safe and puts pregnant women

22 and their families at risk.  Thousands of women

23 lost their lives to unsafe abortions before Roe.

24 Since the legalization of abortion it has become

25 one of the safest medical practices in the United



1  States.  Before Roe, in states that banned the

2  procedure, women were receiving illegal, often

3  unsafe abortions that could put their health,

4  lives and families in jeopardy.  Women are more

5  likely to stay in abusive relationships when they

6  are unable to access abortions.

7      Mr. Speaker, I yield the well.

8      THE SPEAKER:  The Chair recognizes

9  Representative Holland to speak to the bill.

10      REPRESENTATIVE HOLLAND:  Thank you, Mr.

11  Speaker.

12      I'm here tonight to ask this body to vote no

13  on this measure.  At its heart this bill

14  eliminates a woman's ability to make healthcare

15  decisions with her doctor.  What does that mean

16  for us in the State of Georgia?  Well, in a state

17  that already has a shortage of OB-GYNs where half

18  of the counties in Georgia do not have a

19  practicing OB-GYN; in a state that has the worst

20  in maternal mortality rate not just in the country

21  but in the developed world, we would make it

22  harder to recruit doctors to treat women here

23  because this bill eliminates a woman's ability to

24  make healthcare decisions with her doctor.

25      When a young woman with Type 1 diabetes



1    discovers that her contraception has failed, she

2    cannot do anything to further treat her diabetes

3    because this bill eliminates a woman's ability to

4    make healthcare decisions with her doctor.

5        When a mom of two discovers that she's

6    pregnant after a breast cancer diagnosis and will

7    have to forego lifesaving chemo treatment, that's

8    because this bill eliminates a woman's ability to

9    make a healthcare decision with her doctor.

10       When a woman in an abusive relationship

11   discovers she's pregnant and no longer feels she

12   has the resources to leave her abuser it will be

13   because this bill eliminates a woman's ability to

14   make a healthcare decision with her doctor.  Or

15   when a college student with a heart valve

16   abnormality experiences sexual assault and is too

17   afraid to file a police report she will no longer

18   be able to treat that valve abnormality because we

19   have eliminated her ability to make healthcare

20   decisions with her doctor.

21       This bill would be devastating to our state's

22   ability to look after our women and care for them

23   as vulnerable citizens, I ask that you vote no on

24   this bill.

25       Thank you, I yield the well.



1    THE SPEAKER:  The Chair recognizes

2  Representative Anulewicz to speak to the bill.

3    REPRESENTATIVE ANULEWICZ:  Thank you, sir.

4    I rise tonight to speak against House Bill

5  481.  Not only is it unconstitutional, it is a

6  bill that has neither compassion nor medical

7  integrity.  I have been pregnant twice, each

8  pregnancy resulted in a healthy outcome.  I had a

9  lot of heartburn.  I do not recommend hours and

10  hours of unmedicated Pitocin labor, but with both

11  pregnancies my husband and I left the hospital

12  with a healthy gorgeous thriving baby.  As we've

13  discussed, the unfortunate reality is that not all

14  pregnancies have the same outcome.  Too often the

15  discovery of an anomaly leaves parents with a

16  heartbreaking decision.

17    There are several examples of congenital

18  anomalies that are incompatible with life.

19  Anencephaly.  This is when a baby in the womb has

20  the absence of the brain, the skull and the scalp.

21    There are profound chromosomal abnormalities

22  like Trisomy 13, Trisomy 18.  There's fetal hydrops

23  where an excessive accumulation of fluid prohibits

24  the organs from properly developing in a fetus.

25  For most pregnancies these anomalies are



1   discovered around 20 to 22 weeks gestation with

2   typical scans, things that happen.  The wait is

3   even longer because you have to wait sometimes for

4   further tests to get more conclusive results for

5   what is going on with the baby.  If a woman has

6   had previous issues with fetal anomalies she might

7   be able to have a blood test to look for

8   anomalies.  The earliest this test can take place

9   is around 10 to 12 weeks.  A fetus with these

10  medical conditions will have a heartbeat.

11       The human body is an incredible thing.  The

12  uterus is an amazing vessel, but a heartbeat does

13  not mean that a baby with one of these conditions

14  can live for even a moment outside of the womb.

15  And a child born with these conditions, if they

16  survive birth, will require intense medical

17  interventions and life support to survive for even

18  a few days.  If women are forced to carry these

19  pregnancies to term and forced to deliver, these

20  children will suffer.  These women will suffer.

21       This is what House Bill 481 means for families

22  in Georgia.  For women, for parents, the ability

23  to make the decision of how or whether to proceed

24  with such a pregnancy is of critical importance.

25  We must protect a woman's right to make this



1  choice.  And I'm going to be quoting my predecessor

2  Representative Stacey Evans when she was up here

3  on the video screens several years ago when she

4  was en route to deliver her first child, this is a

5  choice that can only be made between a woman, her

6  partner, her doctor and her God.

7      I yield the well.

8      THE SPEAKER:  The Chair recognizes

9  Representative Nguyen to speak to the bill.

10     REPRESENTATIVE NGUYEN:  Thank you,

11  Mr. Speaker.  Yesterday in committee the

12  sponsor of this bill said -- they came to me and

13  when they asked to provide an exception to a child

14  conceived of rape or incest that an abortion

15  wouldn't be prohibited starting at human

16  heartbeat -- I have misgivings about that in many

17  ways because I believe those children are just as

18  innocent as others that are conceived

19  intentionally.  As a matter of members coming to

20  and saying let's get a consensus bill so that we

21  can get bipartisan support perhaps in the Chamber

22  I added lines 164 to 166 because some people

23  believe that rape is an important exception to

24  have in this part B.

25      To the author of this bill, adding an



1  exception for survivors of rape and incest in no

2  way makes this a bipartisan bill.  And there are

3  members of your own party who don't want to vote

4  for this bill.  To the author of this bill I too

5  have many misgivings about requiring victims of

6  rape and incest who are just as innocent as others

7  to file a police report.

8       A Georgia man repeatedly raped his daughter

9  and this resulted in the birth of eight children.

10  She gave birth to her first child at age 17.  I

11  ask you, at what point does this 17 year old have

12  the ability to file a police report against her

13  father and her rapist?

14       For the last ten years I have worked with

15  young member in Georgia Public High Schools.  I

16  know their horrific testimonies of rape and abuse.

17  These crimes remain unreported because the abuser

18  is a family member in their very own household.

19       When we talk about human life and protecting

20  innocent children, why are we not talking about

21  protecting the lives of women and girls?  Who

22  protects these victims of rape and incest?

23  Requiring rape and incest victims to file police

24  reports to obtain an exception to the six week

25  rule is cruel and it opens the door to many



1    questions.  Is a police report enough to obtain an

2    exception or will the exception require a

3    conviction?  Is the author of the bill worried

4    that desperate women and girls will use the

5    exception to file false reports because they feel

6    they have no other choice?  And how do we protect

7    victims of rape and incest who are afraid to file

8    a police report against the perpetrator because

9    fear of retaliation.  And why should any woman or

10   girl have to file a police report in order to

11   obtain an abortion?  The answer is we don't

12   because under Federal law we, as women, have the

13   constitutional right to make decisions that are

14   best for our lives and the lives of our families.

15   This will be struck down in the court of law.  And

16   when Georgians go to the poll we are going to

17   remember that members in this body chose to ignore

18   the 71 percent of people who want access to safe

19   and legal abortions.

20        I yield the well.

21        THE SPEAKER:  The Chair recognizes

22   Representative Moore to speak to the bill.

23        REPRESENTATIVE MOORE:  Thank you, Mr. Speaker.

24        Ladies and gentlemen, I rise with sadness

25   today that the devil is at work in this Chamber.



1    His mission is to sew fear, lies and discord among

2    us and to test the bonds of our friendship.

3    Though my God calls upon me to forgive those who

4    would trespass against me, now is the time for men

5    and women of conscience to rise up to reject this

6    awful bill.

7         Proponents of this bill claim to have

8    scientifically identified the point at which our

9    spiritual souls intertwine with our physical bodies

10   arbitrarily defined as our circulatory system.  To

11   define our infinite existence to a single physical

12   attribute is to reduce God himself for I believe

13   that our souls, the very essence of who we are as

14   children of God, exists long before the embryo and

15   continue long after our mortal hearts stop beating.

16        This bill seeks to replace the good grace of

17   God with the strong arm of the government sending

18   a message to the people of Georgia that they need

19   not seek a relationship with the divine because

20   the government is now the moral arbiter of our

21   lives.  The moment we relinquish reproductive

22   rights from the individual to the government it is

23   only a matter of time before that same government

24   that bans abortions will begin requiring them.

25        A curious statement was made yesterday in the



1    committee hearing.  It was said that no one loves

2    abortion more than pimps and human traffickers.

3    Assume for a moment that statement is true, why

4    would they love it?  Because pimps and human

5    traffickers love controlling women's bodies which

6    is exactly what this bill does.  This bill does

7    not distinguish us from them, it makes us exactly

8    like them.

9         You know who else loves to control women's

10   bodies, the most autocratic, theocratic,

11   undemocratic nations in the world.  Places like

12   Saudi Arabia, North Korea, Afghanistan, places

13   where our brave men and women in uniform are

14   fighting to liberate people from loathsome

15   policies like this bill.

16        I leave you with the simple notion,

17   colleagues, God was intentional when he gave women

18   the power and the privilege of childbearing, not

19   men, not governments.  If you trust God, then you

20   must trust women and you must vote no on HB 481.

21        Mr. Speaker, I yield the well.

22        THE SPEAKER:  The Chair recognizes

23   Representative Parrish to speak to the bill.

24        REPRESENTATIVE PARRISH:  Thank you, Mr.

25   Speaker.



1    Colleagues, I rise before you today in strong

2   opposition to House Bill 481 commonly referred to

3   as the Life Act.  I am concerned about this

4   heartbeat bill because it challenges the already

5   fragile state of women's health here in Georgia.

6   Healthcare is already lacking with 79 counties

7   having no OB-GYN, 64 counties having no

8   pediatrician and 9 counties having no doctors at

9   all.  Rural hospitals, labor and delivery

10  facilities are closing more often than not and

11  many of our neighbors are forced to seek

12  alternative methods to get the treatment and care

13  they desire and need.  This is unacceptable and

14  this bill will only make that lack of access to

15  healthcare worse.

16    May I remind my colleagues in this Chamber

17  that Georgia is not only the number one state to

18  do business but unfortunately we are also the

19  number one state where mothers die as we have the

20  highest maternal mortality rate in the nation.  To

21  make matters worse, the trauma and depression that

22  women who do live will experience due to carrying

23  a nonviable fetus to term.  The ability to make

24  decisions regarding medical care should never be

25  decided in the halls of this Capitol.  This is a



1    human right reserved for the mother, her family,

2    her physician and most of all her God.

3         I would rather my constituents listen to the

4    advice of their doctors not a legislator.  We had

5    expert advice yesterday and it was all just thrown

6    out the window for the sake of what powerful

7    people in position feel like is their decision to

8    make.  How we got to this place where facts no

9    longer matter, I do not know, but I think that it

10   is incumbent upon us to get back to the facts.

11        In closing, this bill has no fiscal note

12   attached.  Seeing how not a single state in this

13   country has managed to put similar legislation

14   into lasting practice as courts have continuously

15   deemed them unconstitutional.  I would like to see

16   how much it will cost taxpayers to even defend

17   this in court if this Assembly does pass this

18   legislation. I truly believe that Georgia is better

19   than this.  Our neighbors deserve better than this.

20   Let us do the right thing and vote in opposition

21   of House Bill 481.

22        Thank you.  And I yield the well, Mr. Speaker.

23        THE SPEAKER:  The Chair recognizes

24   Representative Erica Thomas to speak to the bill.

25        REPRESENTATIVE THOMAS:  Thank you, Mr.



1    Speaker.

2        No one is more appreciative of life at this

3    point than I am.  In August I will have the

4    privilege to bring a beautiful life to this earth.

5    But that decision was my husband and I's (sic)

6    decision to make and no one in this Chamber had

7    the right to make that choice for me and my family.

8    And no one in this Chamber has the right to make

9    that choice for any woman in Georgia.

10        One of my great friends had a mother that had

11    Stage 4 cancer.  She had to chose between chemo

12    and having her eleventh child.  I wish that I

13    could look up in the stand today and recognize

14    her.  But I can't because she made a choice to have

15    her child.  And for her that was an amazing choice.

16    Yes.  She left behind eleven children but she made

17    the choice that she wanted to make.

18        And today I stand before you to tell you that

19    no one had the right to make that choice for that

20    family.  So when you vote on this bill I want you

21    to see how powerful it is for a woman that is five

22    months pregnant to stand up here and say yes, I

23    chose life but I will not choose for anyone else.

24        I yield the well.

25        THE SPEAKER:  The Chair recognizes



1　Representative Lopez Romero to speak to the bill.

2　　REPRESENTATIVE LOPEZ ROMERO:　Thank you, Mr.

3　Speaker.

4　　I rise today to stand with the women and

5　their right to their own reproductive health.　For

6　the women, the four Latinas that I know in my life

7　that have made the choice to terminate their

8　pregnancy for various reasons, one that was seeking

9　to be pregnant but their child would not be viable

10　at birth and made a very heart wrenching decision

11　to have to terminate her pregnancy.　Another that

12　was assaulted but could not bear to tell and did

13　not have access to a safe and legal abortion and

14　took things into her own hands.　Another who had

15　already three children and knew her body and felt

16　she could not carry another child.　Another that

17　it was not a point in her life that it was

18　something that she could continue with.　But I

19　also stand today for the reproductive choices that

20　women make when they also choose to carry their

21　pregnancy to term regardless of the circumstances

22　whether it be a healthy problem free pregnancy or

23　whether it may impact and have complications.　I

24　rise for that choice to determine the course of

25　women's own body.



1        Thank you, Mr. Speaker.  I yield the well.

2        THE SPEAKER:  The chair will now recognizes

3   Representative Silcox to speak to the bill.

4        REPRESENTATIVE SILCOX:  Thank you, Mr.

5   Speaker.

6        I come to you all tonight, first of all, as a

7   Christian.  Jesus saved me from cancer when I was

8   16 years old and I was given a 20 percent chance

9   of surviving and by the grace of God I was able to

10  have two children.  And I value those children so

11  much and I value life so much.  My parents were

12  told that I would never have those children

13  because of all the chemo and radiation that I had.

14  But I have heard from thousands of people in this

15  state and in my district, thousands of women, and

16  I have heard from obstetricians who practice in

17  this state and genuinely do not want to be

18  criminalized for caring for women in our state for

19  what they do and so I rise to vote against this

20  bill and I rise for my constituents and for those

21  people because I was sent here by them to vote for

22  them.  I just pray, Lord, that your will be done

23  and I pray, Father, for the great State of

24  Georgia.  I yield the well.

25       THE SPEAKER:  The Chair recognizes

1    Representative Dreyer to speak to the bill.

2        REPRESENTATIVE DREYER:  Thank you, Mr.

3    Speaker.

4        I rise in opposition.  We should not be

5    making this decision, but at a minimum, if we are

6    going to be making this decision it should be

7    women in Georgia that are making this decision,

8    not a body comprised primarily of men.

9        I am speaking because women in my leadership

10   have asked me to speak and so I stand in

11   solidarity and I stand as an ally to women in

12   Georgia and I will no in solidarity with women and

13   on behalf of my constituents, but I am never going

14   to tell women what do with their body, so I will

15   be voting no.  Thank you.

16       THE SPEAKER:  Is there any objection to the

17   previous question being ordered?  The Chair hears

18   none, the previous question is ordered.

19       We have a minority report.  By rule the

20   minority report is limited to 20 minutes.  The

21   Chair recognizes Chairman Beverly for the minority

22   report.

23       CHAIRMAN BEVERLY:  Thank you, Mr. Speaker.

24   This is probably one of the most heavy bills we'll

25   deal with this year and so I yield ten minutes of



1    my time to Representative Park Cannon and the

2    remainder of the time to Representative Renitta

3    Shannon.  Representative Park Cannon.

4        THE SPEAKER:  The Chair recognizes

5    Representative Cannon.

6        REPRESENTATIVE CANNON:  Thank you, Mr.

7    Speaker.  My name is Park Cannon and I am proud to

8    represent the district that includes Grady Hospital

9    where many of the women affected by this

10   legislation will turn up and the surrounding

11   streets of the state capitol.  I am disheartened

12   that this body is spending the last moment of the

13   last day deliberating what will be determined an

14   unconstitutional measure.

15       I stand here today confident in my decision

16   to terminate my pregnancy when I was sexually

17   assaulted in 2010.  As a member of the LGBTQ

18   community there are many people who believe they

19   can quote unquote "rape us straight".

20       I do not deserve to live in a world or a

21   state where people believe that I should be shamed

22   because of my sexual orientation.  Many of you

23   know that I now work to help women and families

24   contemplating this decision in English, Spanish

25   and Portuguese.



1       Today I bring to you a minority report on

2   House Bill 481.  We have given amendments on this

3   bill that we shared even in Rules committee today.

4   We have talked about how including fetuses of six

5   weeks in the state-based populations is impossible

6   as the bill calls.  We know that women make up 52

7   percent of our state population, so even if half

8   of those women are pregnant there is a major new

9   set of numbers that we need to know for

10  state-based calculations and that deserves a

11  fiscal note.  But there is no way for us to do

12  this.  It is a flawed idea.  It begs that women

13  who are pregnant can ride in the HOV lane.  It

14  also asks how we claim for the full value of the

15  life of the child, do we use life insurance to do

16  that.

17       Additionally, this bill opens physician

18  records to law enforcement.  Standing in front of

19  the law enforcement in the gallery are many

20  members who have come here today to speak against

21  this bill, I would like for them to stand to be

22  recognized.  I want to make it clear that the

23  heartbeat is not an indication of viability.

24       We need to trust doctors.  Many of them are

25  in this room today.  In our minority report it



1    spells out a zygote.  It spells out an embryo.  It

2    spells out the embryonic period and when that ends

3    and when it becomes a fetus.  We talk about a

4    fertilized egg.  You want science, we've given it

5    to you.  In the Health and Human Services

6    Committee we did not share our sob stories, we

7    brought doctors to speak to the measure.  Instead

8    17 members voted in support.  I would like to pray

9    for those representatives who are on the floor

10   today, Representative Barr, Cheokas, Dempsey,

11   Gaines, Hatchett, Hawkins --

12       THE SPEAKER:  The lady is out of order.

13       REPRESENTATIVE CANNON:  -- I would like to

14   return to the minority report that is on your

15   desks.

16       In us understanding the importance of this

17   legislation we need to look at this measure in

18   totality.  It is not scientific.  It is not

19   medical.  It is, in fact, political.  We have seen

20   other political circumstances created.  We need to

21   ask for not only a fiscal note on this measure but

22   we also need to create a way to have a dialogue on

23   viability.  We need to create a space for doctors

24   to feel safe in the State of Georgia.

25       In the minority report we have spelled out 79



1    counties in the State of Georgia do not have

2    OB/GYNs.  We have spelled out that this will make

3    doctors want to leave our state.  We know how

4    important it is to address our maternal mortality

5    rates and we would like to return to that matter.

6    That will take fiscal notes, that will take study

7    committees.  We are looking forward to working on

8    those, but by passing this legislation today we

9    will instead spend time fighting this in different

10   courts in our state and outside of our state.

11       I yield the rest of my time to Representative

12   Renitta Shannon.

13       THE SPEAKER:  The Chair recognizes

14   Representative Shannon for the balance of the

15   Chairman's time or the minority report.

16       REPRESENTATIVE SHANNON:  As we approach the

17   prospect of a Supreme Court including five

18   justices who will vote to overturn Roe v. Wade it

19   is essential that we not forget the world as it

20   existed before 1973, so let me bring you just a

21   bit of that reality back to life.

22       In the years leading up to Roe more than one

23   million women each year faced a crisis of an

24   unwanted and unplanned pregnancy, found it

25   necessary to resort to illegal abortions.  The



 1  vast majority of these women turned either to

 2  dangerous self-induced abortions or to the dark

 3  and often forbidding underworld of back alley

 4  abortions.

 5      Women who resorted to self-induced abortions

 6  typically relied on such methods as throwing

 7  themselves down a flight of stairs or ingesting,

 8  douching with or inserting into themselves a

 9  chilling variety of chemicals and toxins ranging

10  from bleach to turpentine to gun powder to

11  whiskey.  Knitting needles, crochet hooks, scissors

12  and coat hangers were among the tools commonly

13  used by women who attempted to self-abort.

14      Approximately 30 percent of all illegal

15  abortions in the 1960s were self-induced.  Women

16  who sought abortions from back alley abortionists

17  encountered similar horrors.  To find someone to

18  perform an illegal abortion women often had to

19  rely on tips from elevator operators, taxi cab

20  drivers, salesmen and the like.  Because of the

21  clandestine nature of illegal abortions the very

22  process of finding someone to perform an abortion

23  was often dangerous and terrifying.  Women who

24  sought back alley abortions were often blindfolded,

25  driven to remote areas and passed off to people



1    they did not know and could not even see during

2    the entire process.  Such abortions were performed

3    not only in secret offices and in cars, literally

4    in back alleys.  The vast majority of these

5    abortions were performed either by persons with

6    only limited medical training such as

7    physiotherapists and chiropractors or by rank

8    amateurs including elevator operators, prostitutes,

9    barbers and unskilled laborers.

10       In the 1960s an average of more than 200

11   women died each year as a result of botched

12   illegal abortions.  The mortality rate for black

13   and Hispanic women was 12 times higher than the

14   mortality rate for white women.  In addition to

15   those who died in the course of illegal abortions

16   many thousands more suffered serious illness or

17   permanent injury.  Because of the humiliation

18   associated with having an illegal abortion many

19   women who suffered complications were reluctant to

20   visit a doctor for treatment.

21       The stories of women who suffered through

22   this nightmare are a legend.  One woman recalled

23   how a fellow college student who had an illegal

24   abortion was too frightened to tell anyone that

25   she had done so.  She locked herself in the



1 bathroom in her dorm and quietly bled to death.

2     In another incident a 28 year old, Geraldine

3 Santoro, bled to death on the floor of an

4 Connecticut hotel room after she and her former

5 lover attempted an abortion on their own. The

6 former lover who had no medical used a textbook

7 and some borrowed tools. When things went

8 terribly wrong he fled the scene and Santoro died

9 alone.

10     This was a reality of life for one million

11 women each year in the world before Roe v. Wade.

12 Is this the world that we wish to return?

13     What I have just read to you is the history

14 of what life was like for women before abortion

15 was legal. So let's be clear, no matter what kind

16 of law you pass to outlaw abortions, women will

17 continue to seek and have abortions, they will

18 just seek risky measures to have them. Measures

19 that could easily result in their deaths. Any

20 bill that outlaws or restricts a woman's right to

21 choose, right to access abortion care is a bill

22 that is calling for the policies of forced

23 birthing for women.

24     Similar to what you see on the popular show

25 The Handmaid's Tale the women of Georgia can



1  clearly see what this bill is about.  They know

2  it's forced birthing and they know that they don't

3  pay taxes to send their legislators down here to

4  legislate their reproductive rights away.

5      So let's get down to the root of what

6  anti-abortion bills are about, and that is that

7  government which is still mostly male does not

8  trust women to make decisions about their own

9  bodies.  The women of Georgia are fully capable of

10  making their own decisions and we do not need your

11  condescending bills that challenge our bodily

12  autonomy.

13      I had an abortion almost 20 years ago when I

14  was a senior at the University of Florida.  Now my

15  pregnancy was not the result of rape or incest,

16  but abortion was the right decision for me.  I do

17  not regret my decision, I didn't regret it at the

18  time and almost 20 years later today I do not

19  regret my decision.  And I am not scarred.  I

20  still do not regret my decision.  It is time for

21  government to simply do one thing, trust women.

22  We might disagree on whether or not women should

23  have the right to an abortion, but you cannot

24  dispute the results of what has happened when

25  governments have banned or restricted abortions.



1      Now I'm going to talk to you about the

2  consequences of El Salvador's abortion ban.  And

3  the reason I want to talk to you about this is

4  because it's very similar to what would happen in

5  Georgia if abortion was banned.

6      In 1998 El Salvador passed a law banning

7  abortion under all circumstances.  Until that

8  point abortion was illegal except in cases

9  involving risk to maternal life, severe fetal

10  anomaly and rape or incest.  Since then El Salvador

11  has worked to enforce its ban mounting an intensive

12  effort to identify and prosecute those who violate

13  the law.  If we're hoping to understand what

14  happens when abortion is banned, El Salvador is

15  the perfect place to study.

16      Regardless of whether one favors or opposes

17  the abortion ban it is vital that we assess the

18  laws impact.  A law cannot be justified merely

19  because one likes its message.  Even if you like

20  the message of the law it is valid only to the

21  extent that it produces results that are

22  consistent with its message.

23      So what happened when abortion was outlawed

24  in El Salvador?  The evidence shows us that three

25  there occurred.  Number one:  Abortions remained



1  commonplace and rapes did not drop even though it

2  was illegal.  Doctors became involved in law

3  enforcement.  And number three, innocent women

4  were accused and convicted of abortion-related

5  crimes.

6       These three systems, the Black Market,

7  healthcare and criminal justice all yield

8  measurable consequences of the ban on abortion.

9  And as I explain below, in spite of the vast

10  differences between El Salvador and the United

11  States there is good reason to expect that the

12  United States would experience each of these three

13  consequences were it to outlaw abortion.

14       Abortions still happen.  Perhaps the most

15  surprising thing about banning abortion is what

16  doesn't happen when abortion becomes a crime.

17  Abortion does not go away.  Indeed the rates of

18  abortion in countries with the most restrictive

19  abortion laws are higher.  This is true in El

20  Salvador.  By the Salvadorian government's own

21  measure there are tens of thousands of illegal

22  abortions every year.  Indeed the rate of abortion

23  in countries with restrictive abortion laws far

24  exceeds that of countries with far more liberal

25  laws such as the United States.  There is one



1 thing we know for certain, abortion doesn't simply

2 go away when it is made illegal.  Because

3 abortions are illegal it is hard to get a complete

4 picture of how women obtain them in El Salvador.

5 What is clear beyond a doubt is that the advent of

6 abortion drugs has completely altered illegal

7 abortion.

8      Abortions used to be exclusively surgical

9 procedures.  Doctors would terminate pregnancies

10 by opening the cervix and suctioning or scraping

11 out the contents of the uterus.  Women unable to

12 find or afford a doctor to perform an illegal

13 abortion might try bringing on a miscarriage

14 themselves.  For example, by inserting a sharp

15 object into their uterus.  Opening the cervix is

16 enough to induce a miscarriage, although it

17 carries with it high risk of excessive bleeding

18 and infection.  Historically these so-called

19 botched abortions provided the only proof of crime

20 in illegal abortion.  Coat hanger abortions, for

21 example, were notorious in pre-Roe America, in

22 part, because they carried a high risk of

23 perforating a woman's uterus leaving behind a

24 telltale sign that the woman had deliberately

25 ended her pregnancy.



1        Beginning in the 1990s with the advent of

2    abortion drugs, illegal abortion became safer and

3    harder to detect.  Taken in the appropriate dose

4    at the right point in pregnancy the drug known as

5    RU-486 will safely end 98 percent of pregnancies.

6    Side effects include excessive bleeding or

7    incomplete abortion but readily resolved by a

8    visit to a doctor.  Although they are not always

9    safe or effective especially when taken too late

10   in pregnancy or at the wrong dose, compared with

11   the risk of illegal surgical abortion drugs,

12   RU-486 have completely altered women's access to

13   illegal abortion.

14        In El Salvador and throughout Latin America

15   women find easy access to illegal abortion drugs

16   via the Internet.  In Brazil, for example, when

17   abortion is illegal except in cases of rape,

18   threat to maternal life or where the fetus lacks

19   a brain, abortion drugs play a vital role in the

20   thriving Black Market.

21        An estimated one in five Brazilian women

22   under the age of 40 has had an abortion.  Even in

23   a poor country like El Salvador almost everyone has

24   a Smartphone, and provided that they have money and

25   time can go on line to purchase the drugs that will



1    end an unwanted pregnancy.

2        To be sure, illegal abortion remains risky

3    whether they use drugs or other means to terminate

4    their pregnancies.  Many women experience

5    complications from illegal abortion that

6    necessitate medical attention.  In Latin America

7    complications from illegal abortion constitute the

8    leading cause of mortality in young women.  The

9    inevitability of such complications has led to the

10   second concrete change set in motion by banning

11   abortions, doctors become entangled in the law

12   enforcement process.

13       If the first thing that happened when El

14   Salvador banned abortion was a proliferation of

15   illegal Black Market abortions the second thing

16   that happened was doctors were enlisted in the law

17   enforcement effort.  The overwhelming majority of

18   abortion cases in El Salvador began in the

19   hospital with the doctor's hunch that his or her

20   patient  had broken the law.

21       In 1998 Salvadorian government officials

22   charged with implementing the newly passed

23   abortion ban reached out to doctors to encourage

24   them to report patients they suspected of

25   terminating  their pregnancies.  Dr. Gradus,



1 former president of the El Salvadorian Association

2 of Obstetricians and Gynecologists described the

3 state's approach.  He told me officials from the

4 state prosecutor's office went to the hospitals

5 advising doctors that they had a legal obligation

6 to report women suspected of terminating their

7 pregnancies and  the hospital director supported

8 the obligation to report.  They collaborated.  The

9 push to enlist doctors in enforcing the abortion

10 law succeeded.  A 2006 survey of practicing

11 obstetricians found that more than half, 56 percent

12 of respondents reported having been involved in

13 notifying legal authorities about a suspected

14 unlawful abortion.  Inevitability a country seeking

15 to enforce laws against abortion will seek doctors'

16 collaboration.

17   Women must turn to doctors when an illegal

18 abortion goes wrong.  Doctors are therefore in the

19 best position to spot the crime.

20   THE SPEAKER:  The lady has one minute left.

21   REPRESENTATIVE SHANNON:  But there are

22 serious problems with using doctors to enforce

23 abortion laws.  In reporting their patients,

24 doctors break the law and violate the oldest of

25 ethical principles, patient confidentiality.



1   Furthermore, in the vast majority of cases, doctors

2   cannot tell whether a woman has had an abortion or

3   simply a miscarriage.  Thus their reports are based

4   on hunches rather than on medical advice.

5       The obligation of safeguarding a patient's

6   secrets is ancient.  For over 2,400 years medical

7   doctors have embraced the precepts articulated in

8   the Hippocratic oath recited at medical school

9   graduations worldwide.  One of the oaths central

10  tenets is the following pledge:  Whatever I see or

11  hear in the lives of my patients whether in

12  connection with my professional practice or not

13  which ought not to be spoken of outside I will

14  keep secret as considering all things should be

15  private.  The principle is based in part on policy

16  considerations.  Confidentiality is essential to

17  creating a solid doctor/patient relationship

18  dedicated to promoting the health and life of the

19  patient.  Doctors routinely treat patients whom

20  they suspect or even know to have broken the law.

21  The medical profession has long been clear that

22  its job is to heal rather than to work as agents

23  of the police.  In El Salvador as in other

24  countries, including the United States, the

25  ethical obligation of confidentiality has been



1    enacted into law.  It is illegal to share patient

2    information.  A doctor who reveals her patient's

3    medical information commits both a civil wrong for

4    which a patient might sue and a crime punishable by

5    imprisonment and the suspension of the doctor's

6    medical license.  Regardless of these ethical and

7    legal precepts it is easy to understand why a

8    doctor might struggle when encountering evidence

9    of an illegal abortion.  If you view abortion as

10   the taking of a life you might be willing to call

11   the police even if it means violating the norms

12   and laws governing confidentiality.

13        Salvadorian law supports such breaches of

14   confidentiality by requiring doctors to report

15   suspected crimes to the state.  Because abortion

16   is a criminal act, this requirement could be

17   construed to mean that providers must report cases

18   of unlawful abortion to police.  Plainly this was

19   the interpretation the Salvadorian officials meant

20   to convey when they toured hospitals in 1998.

21   Legally, though, they were wrong.  The law

22   explicitly excuses doctors from this duty when the

23   information is acquired in the course of a

24   confidential doctor/patient relationship.  The law

25   states that doctors, pharmacists, nurses and other



1   health professionals must report --

2       THE SPEAKER:  The lady was given a one minute

3   warning.

4       REPRESENTATIVE SHANNON:  -- unlawful criminal

5   acts that they become aware of --

6       THE SPEAKER:  And now is two minutes over the

7   time.

8       REPRESENTATIVE SHANNON:  -- in the context of

9   their professional relationship unless the

10  information they acquire is protected under the

11  term of professional secrecy.  There is no

12  conflict under the law then.  Doctors are required

13  to maintain patient confidentiality.  Still, when

14  the state sends prosecutors to inform hospital

15  personnel --

16      THE SPEAKER:  The lady will leave the well.

17  The lady will leave the well.  The lady would do

18  well to heed the advice of her colleagues.

19      We're going to -- we're going on now to the

20  Chairman's time.  And in the absence of the Chair,

21  Vice Chairman Newton will give the Chairman's time

22  and he's recognized for that purpose.  20 minutes.

23  By rule 20 minutes.

24      REPRESENTATIVE NEWTON:  Thank you, Mr.

25  Speaker.  Colleagues, what a passionate issue and

1   what a challenge for all of us to be like Solomon

2   in our decision-making.

3       23andMe, Ancestry.com, many people in Georgia

4   have learned of their relationships and their

5   ancestry.  They've done it with just a small

6   sample.  A small sample because we have the same

7   DNA in every cell, every cell in our body, a

8   genetically unique and a uniquely special

9   individual since before each of us was born, each

10  one of us in this room.

11      We all know that others may likely and

12  finally decide the degree of protection for unborn

13  children, but today we have an opportunity to take

14  a first step, a first small step in celebrating

15  and valuing life at all stages.

16      Foster children for whom many in this body

17  spent much of the last two years working to make a

18  difference in their lives, elderly fellow Georgians

19  for whom we're trying to advance protections even

20  now and, yes, the life of a pregnant woman along

21  with the life of the unborn child in her womb.

22      I did have the opportunity to meet several

23  women today at the ropes.  Women, young women who

24  are passionate on both sides of this issue.  But

25  if you will with me just a moment imagine a young



1  woman of 25 years old.  A young woman who deserves

2  our protection from those who would harm her.  But

3  she also deserved protection 15 years earlier as a

4  10 year old, a fifth grade student, a girl for whom

5  this body has recently increased funding for school

6  security and will continue to do more.  That same

7  10 year old deserved protection 10 years earlier

8  than that as a newborn infant girl, protections

9  this body has placed against those who would commit

10 child abuse against a helpless, innocent infant

11 girl.  But she also, 6 months before that with the

12 exact same DNA in every cell, the same uniquely

13 designed individual, and she deserved protection

14 then.

15      We know this in our minds because technology

16 and science has given us more and more information,

17 information that was not there 30 years ago much

18 less 40 plus years ago.  But we also know it in our

19 hearts, in our souls, and in the joy that one of

20 the fellow representatives mentioned about the

21 life in her womb is touching and she knows that

22 life is valuable today and I imagine she would

23 fight to the death anyone that would try to harm

24 that child either now or 6 months from now or 9

25 months from now or 15 years from now.  And that is



1  the right thing because we know it in our heart.

2      This current bill doesn't ban abortion, it

3  still allows a certain amount of abortions so some

4  are not happy with that.  This bill would not ban

5  a morning after pill or a plan B if there was a

6  rape or incest with no police report required but

7  what this current bill would do is for that young

8  woman prior to her birth it would establish to the

9  degree of protection to those who would harm her.

10  And that protection would begin with her

11  detectable human heartbeat.  A heartbeat in which

12  every cell in that heart has the exact same DNA as

13  it's going to have 25 years later as a young 25

14  year old woman or 75 years later as an elderly

15  Georgian.  We have an opportunity to protect both,

16  to protect young women and protect young women and

17  young men before they're born.  I urge you to take

18  this first step to celebrate life, to protect it at

19  all stages and I urge you to vote affirmative, to

20  vote yes for this.

21      I yield the balance of the time to Chairman

22  Setzler.

23      THE SPEAKER:  The Chair recognizes a Chairman

24  Setzler for the balance of the Chairman's time.

25      REPRESENTATIVE SETZLER:  Thank you, Mr.



1    Speaker.

2        Ladies and gentlemen of the House, I

3    appreciate the deliberation and the thoughtfulness

4    and the passion that was part of this debate.

5    75 percent of the debate time was given to the

6    minority party on this debate.  We had a whole line

7    of speakers that came to talk to this issue because

8    we think that both sides need to be heard.  There

9    was no chilling of opportunity, there was no

10   chilling of people's perspective, we saw line after

11   line after line of person oppose this bill given

12   the opportunity to be heard.

13       Ladies and gentlemen of the House, as we

14   consider this question, as we consider the

15   question before us about the human life, I

16   appreciate the questions that were brought.  We

17   care deeply about women in this state.  In fact,

18   when you think about the services we provide for

19   prenatal care, it's more than two times what we

20   provide to other adults in settings in which they

21   are not pregnant.  Pregnant women we cover to 2.1

22   times the level that we cover other people in

23   terms of care.

24       We could go on and on and on about the

25   leadership that we've provided in addressing the



1    healthcare concerns of women.  But what we get back

2    to when we consider this question is this, friends,

3    as I look out that window right there -- I recall

4    when I first walked into the General Assembly I

5    stood there in the break room and I looked outside

6    the window and I almost drew a tear from it because

7    on March 18th, 1970 a 20 year old college student

8    from here in Atlanta found herself pregnant.  She

9    got pregnant in the summer of 1969, and with the

10   liberalization of abortion laws in Georgia that

11   this General Assembly passed in 1968 could have

12   gone through a process to abort the child.  But

13   that mother, a fragile, scared 20 year old college

14   student went to Grady Hospital and gave birth to

15   me on March 18th, 1970.  She offered me up for

16   adoption, and 27 days later I was put into the

17   hands of a 27 year old pastor and his wife who

18   cried themselves to sleep for year after year

19   after year of marriage without being able to have

20   a child.  Friends, that young pastor and his wife

21   were able to adopt two children in the 1960s and

22   1970s because there were children to be had.

23   Friends, before abortion took the lives of 25

24   percent of the children that are conceived in

25   this state, adoption was a loving solution that



1  was available to people throughout the State of

2  Georgia and was used time and time and time again

3  to give life.

4      I can't thank my birth mother enough.  I

5  don't know who she is, but I will see her some day

6  in heaven.  And I think about the four kids that I

7  have and the kids they may have and others and the

8  lives they'll touch and it all came from the gift

9  of adoption that this General Assembly two years

10  ago acted in a very bold way under the leadership,

11  the timeless ardent leadership of Representative

12  Reeves to expand access to adoption, make adoption

13  easier, make it more viable for women to choose

14  adoption as a choice.  We acted two years ago as a

15  General Assembly in a historic way to facilitate

16  people making that choice.

17      But friends, what we're left with today is

18  the choice as a legislator.  As legislators we've

19  got to choose do we want to let the child in the

20  womb, a living distinct human being be torn from

21  their mothers.

22      There has been a lot of discussion today and

23  it's been appropriate discussion care for women

24  and about the concern we all -- our hearts go out

25  to every woman who would be harmed through



```
 1  abortion.  But friends, every single year in this
 2  state 30,000 children are not just harmed, they're
 3  torn limb from limb.  Every single abortion takes
 4  the life of a human being.  And friends, I'm not
 5  going to show it because it's not polite to show.
 6  On my computer screen is the picture of the
 7  contents of an abortion, it's right here.  Now,
 8  why do I not put this on the board, I'd be boohed
 9  and hissed if I put a picture of an abortion up on
10  the big board.  It is so inconceivable what happens
11  in the practice of abortion that we can't even look
12  at it.  I can't turn this screen around without
13  getting boohs and hisses because it's so outside of
14  polite conversation.  The ripping apart of human
15  beings through abortion is just -- is the reality
16  that none of us want to face.  It's so outside of
17  polite conversation we can't talk about it in our
18  churches, we can't talk about it in the public
19  square, it's something we don't want to face.  In
20  fact, a member of the press asked me what do I wish
21  we had been able to do in committee yesterday after
22  three hours of debate.  I said, friends, I just
23  wish we could come face-to-face, face-to-face with
24  the little parts of a baby in a doctor's hand that
25  shows this is what abortion is.
```



1      This is what we're talking about, friends.

2  This bill weighs the privacy interest of the mother

3  which we recognize as being valid, but when you

4  weigh the life interest of this human child, how

5  do we reconcile those two in a fair, balanced and

6  appropriate way.

7      I would ask you -- if I were to turn this

8  screen around and show you, and if I were to show

9  11 million Georgians what's on this screen right

10  here the product of an abortion, how do you think

11  they'd vote, what do you think they'd think,

12  should this child be protected or should we go on

13  with platitudes about trusting, trusting people's

14  decisions.

15      Friends, we have a very difficult balance to

16  strike.  And what I'm asking you to consider is --

17  this is not a new idea, this isn't something we

18  made up in 2019.  My friends, the lady from DeKalb

19  mentioned the Hippocratic oath.  The Hippocratic

20  oath was the foundation of modern medicine in the

21  western world.  In fact, it was written -- the

22  earliest records are about from 300 BC when the

23  Hippocratic oath was first written.  I'm going to

24  read from the Hippocratic oath.  I would ask you to

25  join.  I can't read the whole thing, but I'm going



1  to read a couple of sentences.  It says I will use

2  treatment to help the sick according to my ability

3  and judgment but never with a view to injury or in

4  wrongdoing.  Neither will I administer a poison to

5  anybody when asked to do so, nor will I suggest

6  such a course.  And similarly, I will not give to a

7  woman a pessary to cause abortion.

8      2,300 years ago, 23 centuries ago the pagan

9  Greeks recognized that taking the life in the womb

10 is always unacceptable.

11     Friends, this is a historic decision you've

12 got to make.  It's not easy for any of us.  It is

13 not easy for me to stand here.  I stand here with

14 deepest humility.  I'm inadequate to communicate

15 the enormity of this question, but when 60 million

16 children across the country in the last 46 years

17 have been lost to this barbaric procedure, when

18 women are faced with such tragically difficult

19 circumstances, friends, let's choose life, let's

20 help them make the loving choice of adoption and

21 give people life.  Let's not -- let's draw the

22 balance when there's a presence of a human

23 heartbeat and say if there's a beating heart,

24 there's a beating human heart inside of a human

25 being, they're worthy of our protection.



1       Friends, I'm honored to be able to speak

2   before you today, I'm humble to serve alongside of

3   you and I ask you to join me in supporting House

4   Bill 481.  I yield the well.

5       THE SPEAKER:  The previous question has been

6   ordered.  What purpose does the minority leader

7   rise?

8       REPRESENTATIVE TRAMMELL:  Mr. Speaker, to make

9   a motion.

10      THE SPEAKER:  State your motion.

11      REPRESENTATIVE TRAMMELL:  Pursuant to Rule 152

12  I move this House adjourn.

13      THE SPEAKER:  Is there objection?  There is

14  objection.  All those in favor of the gentleman's

15  motion -- all those in favor of the gentleman's

16  motion to adjourn will vote aye, those opposed

17  will vote no and the clerk will unlock the

18  machines.

19      (Machines unlocked.)

20      THE SPEAKER:  Have all members voted?  If so

21  the clerk will lock the machine.

22      (Machines locked.)

23      THE SPEAKER:  On the motion to adjourn the

24  ayes are 66, the nays are 95 and the motion has

25  failed.  What purpose does the minority leader



1   rise?

2        REPRESENTATIVE TRAMMELL:  To make a motion.

3        THE SPEAKER:  State your motion.

4        REPRESENTATIVE TRAMMELL:  Pursuant to Rule 93

5   I move to lay this matter on the table.

6        THE SPEAKER:  Is there objection?  We have a

7   motion to table.  All those in favor of the motion

8   to table will vote aye, those opposed will vote no

9   and the clerk will unlock the machines.

10       (Machines unlocked.)

11       THE SPEAKER:  Have all members voted?  Have

12  all members voted?  If so, the clerk will lock the

13  machines.

14       (Machines locked.)

15       THE SPEAKER:  On the motion to table the ayes

16  are 70, the nays are 96, the motion to table has

17  failed.

18       The previous question has been ordered.  Is

19  there any objection to adopting the committee

20  substitute?  The Chair hears none, the committee

21  substitute is adopted.

22       Is there any objection to agreeing to the

23  report of the committee which was favorable to the

24  passage of the bill?  The Chair hears none, the

25  report of the committee is agreed to.

1     Shall this bill now pass?  All those in favor
2   of the passage of the bill will vote aye, those
3   opposed will vote no and the clerk will unlock the
4   machines.
5        (Machines unlocked.)
6        THE SPEAKER:  Have all members voted?  Have
7   all members voted?  If so, the clerk will lock the
8   machine.
9        (Machines locked.)
10       THE SPEAKER:  On the passage of House Bill
11  481, the ayes are 93, the nays are 73.  This bill
12  having received the requisite constitutional
13  majority is therefore passed.
14       What purpose does the minority leader rise?
15       REPRESENTATIVE TRAMMELL:  Mr. Speaker, to
16  serve notice pursuant to Rule 143 for a motion for
17  reconsideration.
18       THE SPEAKER:  I think we have to take that up
19  now.  All those in favor of reconsidering the
20  House's action in giving a constitutional majority
21  to House Bill 481 will vote aye, those opposed to
22  reconsideration will vote no and the clerk will
23  unlock the machines.
24       (Machines unlocked.)
25       THE SPEAKER:  Have all members voted?  Have



1    all members voted?  If so, the clerk will lock the

2    machine.

3         (Machines locked.)

4         THE SPEAKER:  On the gentleman's motion to

5    reconsider, the ayes are 73, the nays are 93.

6    This House has this failed to reconsider its

7    action in giving a constitutional majority to

8    House Bill 481.

9         The clerk will read the caption to House Bill

10   454.

11        THE CLERK:  House Bill 454 by Representative

12   Tanner of the 9th to be entitled an act to amend

13   Title 40 of the Official Code of Georgia Annotated

14   relating to motor vehicles and traffic so as to

15   provide for the operation of motorized mobility

16   devices and to provide for related matters.  This

17   bill having been referred to the committee on

18   transportation.  That committee recommends that

19   this bill do pass by committee substitute.

20        THE SPEAKER:  The Chair recognizes Chairman

21   Tanner to present the bill.

22        REPRESENTATIVE TANNER:  Thank you, Mr.

23   Speaker.  For the last several months GMA has been

24   working very closely with the scooter industry.

25   This is an issue we didn't hear a whole lot about



1    up until six, eight months ago.  They work very

2    closely with the scooter industry in the cities,

3    the larger cities around Georgia including Atlanta

4    to put some definitions in the Code defining what

5    the scooters are and to setting up some basic

6    rules of road that allows for permissive use in

7    bicycle lanes, permissive use on streets if

8    there's no bicycle lane and the street is less

9    than 35 miles an hour, and they also are allowable

10   on sidewalks if allowed by local ordinance.  They

11   also allow local governments the flexibility needed

12   to develop public strategy, safety strategies for

13   roads within their jurisdictions, they create

14   liability limits and they also set minimum

15   standards for parking removal including a Good

16   Samaritan statue.  They create requirements for

17   accident reporting.  This bill in no way restricts

18   local governments.  Local governments can further

19   restrict or ban scooters, but this does set some

20   basic rules of the road into the state law which

21   is much needed by the industry and wanted by GMA

22   in our cities across Georgia to have this new

23   technology.

24        With that, Mr. Speaker, I'll be glad to answer

25   any questions but I'd ask for favorable



1  consideration for House Bill 454.

2       THE SPEAKER:  You have no questions.

3       REPRESENTATIVE TANNER:  I yield the well.

4       THE SPEAKER:  The gentleman has yielded the

5  well.  Is there any objection to the previous

6  question being ordered?  The Chair hears none, the

7  previous question is ordered.

8       Is there any objection to adopting the

9  committee substitute?  The Chair hears none, the

10  committee substitute is adopted.

11      Is there any objection to agreeing to the

12  report of the committee which was favorable to the

13  passage of the bill?  The Chair hears none, the

14  report of the committee is agreed to.

15      Shall this bill now pass?  All those in favor

16  of the passage of the bill will vote aye, those

17  opposed will vote no and the clerk will unlock the

18  machine.

19      (Machines unlocked.)

20      THE SPEAKER:  Have all members voted?  Have

21  all members voted?  If so, the clerk will lock the

22  machine.

23      (Machines locked.)

24      THE SPEAKER:  On the passage of House Bill

25  454, the ayes are 133, the nays are 28.  This bill

1    having received the requisite constitutional

2    majority is therefore passed.

3         The clerk will read the caption to House Bill

4    470.

5         THE CLERK:  House Bill 470 by Representative

6    Sainz of the 180th and others to be entitled an Act

7    to amend Article 6A of Chapter 3 of Title 35 of the

8    Official Code of Georgia Annotated related to DNA

9    sampling, collection and analysis, so as to provide

10   for analysis and collection of DNA for individuals

11   charged with a felony offense but sentenced as a

12   First Offender.  This bill having been referred to

13   the committee in judiciary and now in civil.  That

14   committee recommends that this bill do pass by

15   committee substitute.

16        THE SPEAKER:  The Chair recognizes

17   Representative Sainz to present the bill.

18        REPRESENTATIVE SAINZ:  Thank you, Mr. Speaker.

19        I rise before you today to bring up House

20   Bill 470 which changes Title 35 to reflect

21   modifications made in Title 42 in 2016 on First

22   Offenders which made it to where First Offenders

23   were not labeled as a conviction.  This purely

24   makes it to where Title 35 recognizes both

25   convictions and First Offenders in collecting that

1    DNA.  It also adds added protection that the DNA

2    collection is automatically discarded after that

3    individual is done with the First Offender

4    sentence.  With that I yield if there is no

5    questions.

6         THE SPEAKER:  You have no questions.

7         REPRESENTATIVE SAINZ:  Thank you, Mr. Speaker.

8    I ask this body for its favorable consideration.

9         THE SPEAKER:  Is there any objection to the

10   previous question being ordered?  The Chair hears

11   none, the previous question is ordered.

12        Is there any objection to adopting the

13   committee substitute?  The Chair hears none, the

14   committee substitute is adopted.

15        Is there any objection to agreeing to the

16   report of the committee which was favorable to the

17   passage of the bill?  The Chair hears none, the

18   report of the committee is agreed to.

19        Shall this bill now pass?  All those in favor

20   of the passage of House Bill 470 will vote aye,

21   those opposed will vote no and the clerk will

22   unlock the machines.

23        (Machines unlocked.)

24        THE SPEAKER:  Have all members voted?  Have

25   all members voted?  If so, the clerk will lock the



1    machines.

2        (Machines locked.)

3        THE SPEAKER:  On the passage of House Bill

4    470, the ayes are 143, the nays are 15.  This bill

5    having received the requisite constitutional

6    majority is therefore passed.

7        The clerk will read the caption to House Bill

8    478.

9        THE CLERK:  House Bill 478 by Representative

10   Ballinger of the 23rd and others to be entitled an

11   Act to amend Article 8 of Chapter 5 of Title 49 of

12   the Official Code of Georgia Annotated relating to

13   the central child abuse registry so as to provide

14   improvements to the operation of the child abuse

15   registry.  This bill having been referred to the

16   committee on juvenile justice.  That committee

17   recommends that this bill do pass.

18       THE SPEAKER:  The Chair recognizes Chairman

19   Ballinger to present the bill.

20       REPRESENTATIVE BALLINGER:  Thank you, Mr.

21   Speaker.

22       Ladies and gentlemen, the evening grows long

23   so I will be very brief.  Section 1 just updates

24   the language.  Section 2 eliminates juveniles to

25   the child abuse registry and it adds the

1    information that needs to be submitted.  Section 3

2    sets forth procedures and allows for the

3    opportunity for a hearing before the placement on

4    the registry.  Before it was you had to appeal to

5    actually get off the registry and it also allows

6    for a stay when there is a criminal prosecution.

7    Section 4 covers the expungement provision.  This

8    is a consent piece of legislation supported by

9    GACDL, PAC, The Barton Law Center, Voices For

10   Georgia's Children, the Division of Family &

11   Children's Services and many others.

12        Mr. Speaker, I'll be happy to yield for

13   questions.

14        THE SPEAKER:  You have no questions.

15        REPRESENTATIVE BALLINGER:  Thank you, Mr.

16   Speaker.  I ask for your favorable consideration.

17   Thank you.

18        THE SPEAKER:  Is there any objection to the

19   previous question being ordered?  The Chair hears

20   none, the previous question is ordered.

21        Is there any objection to agreeing to the

22   report of the committee which was favorable to the

23   passage of the bill?  The Chair hears none, the

24   report of the committee is agreed to.

25        Shall this bill now pass?  All those in favor



1  of the passage of House Bill 478 will vote aye,

2  those opposed will vote no and the clerk will

3  unlock the machine.

4       (Machines unlocked.)

5       THE SPEAKER:  Have all members voted?  Have

6  all members voted?  If so, the clerk will lock the

7  machines.

8       (Machines locked.)

9       THE SPEAKER:  On the passage of House Bill

10  478, the ayes are 151, the nays are 2.  This bill

11  having received the requisite constitutional

12  majority is therefore passed.

13       The clerk will read the caption to House Bill

14  84.

15       THE CLERK:  House Bill 84 by Representative

16  Smith of the 134th and others to be entitled an

17  Act to amend Title 33 of the Official Code of

18  Georgia Annotated relating to insurance so as to

19  provide for consumer protections regarding health

20  insurance.  This bill having been referred to the

21  committee on insurance, that committee recommends

22  that this bill do pass by committee substitute.

23       THE SPEAKER:  The Chair recognizes Chairman

24  Smith to present the bill.

25       REPRESENTATIVE SMITH:  Thank you, Mr. Speaker.



1    For you freshman, I've been working on this bill

2    four years so don't give up when you get started

3    on something.

4        This bill has to do with transparency.  You

5    know, you go to the hospital, you've done

6    everything right, you've talked to the hospital,

7    they're in your insurance network, your doctors are

8    in your insurance network and then all of the

9    sudden you get home and about four weeks later you

10   get a bill in the mail, some times six months, some

11   times twelve months.  And there's someone you know

12   here, and I'm not going to tell you who it is, she

13   received a bill three years after a procedure was

14   done.  Now that's obscene.

15       This bill just says that when you go in for a

16   doctor's office or for a hospital visit that upon

17   your request they have to tell you the providers in

18   that procedure, they have to tell you if they're in

19   your insurance network.  They have to tell you what

20   the cost is.  And for -- these are normal

21   procedures.  And they also have to tell you how

22   much your insurance paid so that you'll know if you

23   have a bill coming.  Then at the end of that,

24   instead of getting these bills twelve months later

25   or three months later or whatever, they have to



1  send you the bill within 90 days after the final

2  adjudication with the doctors, insurance, hospital

3  and this and then you have 90 days to respond.  And

4  you can do an alternative dispute resolution

5  through the insurance department so there are

6  mechanisms to protect the hospital and also doctors

7  and also the patient.

8      Mr. Speaker, I'll yield for a couple of

9  questions.  Otherwise, I appreciate your support.

10     THE SPEAKER:  You have a question if you care

11 to yield.

12     REPRESENTATIVE SMITH:  Yes, sir.  I'll go for

13 two.

14     THE SPEAKER:  The Chair recognizes

15 Representative Newton to your right for a

16 question.

17     REPRESENTATIVE NEWTON:  Thank you, Mr.

18 Speaker.  Does the gentleman yield?

19     REPRESENTATIVE SMITH:  Yes, I do.

20     REPRESENTATIVE NEWTON:  I know the gentleman

21 will agree that you and I have both worked on this

22 challenge and I appreciate your work on this to end

23 the surprise insurance gap, the surprise billing.

24 Is it true that this bill does not solve any of the

25 emergency bills that someone would get or any of



1  the bills from on-call doctors?

2      REPRESENTATIVE SMITH:  That's exactly right,

3  this is just for scheduled procedures.

4      REPRESENTATIVE NEWTON:  Will the gentleman

5  further yield?

6      REPRESENTATIVE SMITH:  Yes, sir.

7      REPRESENTATIVE NEWTON:  I know there's

8  disputes among constitutional lawyers of which I'm

9  not and didn't play one on TV or anything, is it

10 the sponsor's concern that there could be a

11 possibility of another bill that would come from

12 the other chamber that we could hope to look at,

13 at least at a hearing or a possible vote on this

14 House floor that might solve both the emergency

15 consumer problem as well as the --

16     REPRESENTATIVE SMITH:  Well, I think you're

17 referring to Senate Bill 56.  And I've already

18 promised you that we would have a hearing in

19 subcommittee on this particular issue which is

20 something we haven't done in the past because

21 based on legislative counsel's advice on this

22 particular item on Senate Bill 56 they say I see

23 it as an unconstitutional impairment of contract

24 and restraint of trade, could also be an overreach

25 of legislative power and in the right circumstances



1  an unlawful deligation of power.  So that's -- we

2  will have a hearing but a hearing only.

3      REPRESENTATIVE NEWTON:  Thank you, sir.

4      REPRESENTATIVE SMITH:  Mr. Speaker, I'll

5  yield --

6      THE SPEAKER:  No further questions.  Oh, you

7  do have one -- no.  He waives.

8      Is there any objection to the previous

9  question being ordered?  The Chair hears none, the

10 previous question is ordered.

11     Is there any objection to adopting the

12 committee substitute?  The Chair hears none, the

13 committee substitute is adopted.

14     Is there any objection to agreeing to the

15 report of the committee which was favorable of the

16 passage of the bill?  The Chair hears none, the

17 report of the committee is agreed to.

18     Shall this bill now pass?  All those in favor

19 of the passage of House Bill 84 will vote aye,

20 those opposed will vote no and the clerk will

21 unlock the machines.

22     (Machines unlocked.)

23     THE SPEAKER:  Have all members voted?  Have

24 all members voted?  If so, the clerk will lock the

25 machines.

1          (Machines locked.)

2          THE SPEAKER:  On the passage of House Bill 84,

3     the ayes are 77, the nays are 78.  This bill has

4     failed to receive the requisite constitutional

5     majority.

6          The clerk will read the caption to House Bill

7     264.

8          THE CLERK:  House Bill 264 by Representative

9     Werkheiser of the 157th and others to be entitled

10    an Act to amend Article 4 Chapter 5 of Title 21 of

11    the Official Code of Georgia Annotated relating to

12    public officials' conduct and lobbyist disclosure

13    so as to provide that any natural persons

14    undertaking to promote or oppose any matter before

15    a local coordinating entity regarding the

16    Emergency Medical Systems Communication Program

17    are subject to transparency.  This bill having

18    been referred to the committee on Health and Human

19    Services, that committee recommends that this bill

20    do pass by committee substitute.

21         THE SPEAKER:  The Chair recognizes

22    Representative Werkheiser to present the bill.

23         REPRESETATIVE WERKHEISER:  Thank you, Mr.

24    Speaker.

25         I'm going to speak fast.  This bill came about

1  because constituents from all over the state have

2  asked that we looked at how our ambulance services

3  are selected and reviewed.  Currently our state

4  is divided into ten regions or coordinating

5  entities that select and oversee our ambulance

6  services.  The first section adds that those who

7  promote or oppose matters before these councils be

8  subject to the state ethics and transparency laws.

9  Secondly these councils would need to establish

10 bylaws which must be approved by the Department of

11 Public Health.  Thirdly, anyone who operates or

12 owns or submits a proposal shall be prohibited

13 from serving on any of these committees.

14      Lastly, the bill adds these entities to the

15 open meetings requirements.  There's other

16 provisions such as appeal processes, accountability

17 standards and reporting requirements that are

18 included and you can read for yourself.  With that,

19 Mr. Speaker, I will yield the well.

20      THE SPEAKER:  You have no questions.  The

21 gentleman has yielded the well, is there any

22 objection to the previous question being ordered?

23 The Chair hears none, the previous question is

24 ordered.

25      Is there any objection to adopting the



1  committee substitute?  The Chair hears none, the

2  committee substitute is adopted.

3      Is there any objection to agreeing to the

4  report of the committee which was favorable to the

5  passage of the bill?  The Chair hears none, the

6  report of the committee is agreed to.

7      Shall this bill now pass?  All those in favor

8  of the passage of the bill will vote aye, those

9  opposed will vote no and the clerk will unlock the

10  machines.

11      (Machines unlocked.)

12      THE SPEAKER:  Have all members voted?  Have

13  all members voted?  If so the clerk will lock the

14  machine.

15      (Machines locked.)

16      THE SPEAKER:  On the passage of House Bill

17  264, the ayes are 148, the nays are 6.  This bill

18  having received the requisite constitutional

19  majority is therefore passed.

20      I want y'all to help me recognize an

21  outstanding group of one young people that have

22  been with us all day long, our pages for today.

23  Thank y'all very very much.

24      And while you're in a good mood, The Chair is

25  going to get us out of here so that Representative

1    Mary Margaret Oliver can have about 50 minutes to

2    celebrate her birthday before midnight.  Please

3    wish a happy birthday to Representative Oliver.

4         On the floor of the House we have yet another

5    former member, former state representative, now

6    judge, Mike Jacobs.

7         The Chair recognizes the majority leader of

8    this House for a motion.

9         REPRESENTATIVE BURNS:  Mr. Speaker, I move

10   this House stand adjourned until 10:00 a.m.

11   Friday, March 8th, 2019.

12        THE SPEAKER:  And as I understand -- I hear

13   groans, weeping and whaling, we will have no rules

14   calendar but we will have First Readers tomorrow

15   so we can get bills that have come over from the

16   Senate.  There were some that they we did that

17   they didn't touch.  I'll have more to say about

18   that later.  But they've sent some bills over and

19   we're got put those in committee tomorrow and so

20   we'll be here at 10:00 o'clock and we'll get you

21   out of here very quickly.

22        The majority leader has moved that this

23   House adjourn until 10:00 a.m. Friday, March 8th.

24   All those in favor of the motion will say aye.

25   Those opposed will say no.  The ayes have it and



1    this House will be adjourned until 10:00 a.m. on

2    Friday, March 8th.

3        (Whereupon, the hearing was adjourned.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2      COURT REPORTER CERTIFICATE

3
       STATE OF GEORGIA:
4
       COUNTY OF FULTON:

5

6          I hereby certify that the foregoing transcript was

7      taken down from electronic media, as stated in the

8      caption and the proceedings were reduced to typewriting

9      under my direction and control; that the foregoing pages

10     represent a true, complete, and correct transcript of

11     the evidence given upon said hearing; and I further

12     certify that I am not of kin or counsel to the parties

13     in the case; am not in the employ of counsel for any of

14     said parties; nor am I in any way interested in the

15     result of said case.

16         This the 7th day of June, 2019.

17

18     _____

19     Susan H. Horner, B-808

20

21

22

23

24

25

