# EXHIBIT D

1       STATE OF GEORGIA GENERAL ASSEMBLY

2

3

4

5

6           2019-2020 REGULAR SESSION
            Monday, March 18th, 2019
7            Georgia State Capitol

8

9

10

11   BEFORE THE SENATE STANDING COMMITTEE ON
            SCIENCE AND TECHNOLOGY
12

13

14    Senator Renee S. Unterman, Chairperson
            Senator Greg Dolezal
15          Senator Lee Anderson
        Senator William T. Ligon Jr.
16        Senator Jennifer Jordan
            Senator Valencia Seay
17

18    Transcript of Hearing on Amendments

19

20

21

22      Reported from electronic media by
     Elizabeth R. Hollingsworth, CCR B-1319
23

24

25



1          March 18, 2019

2              8:00 a.m.

3          CHAIRPERSON UNTERMAN:  We'll get

4    started this morning.  I'd like to welcome you to

5    the State Capitol.  Today is March the 18th, and

6    it's a little bit after 8:00.  We were waiting on

7    amendments to be copied.  So I'd like to welcome

8    you, the Science & Technology Committee.

9              And, Senator Ligon, if you could have

10   us a morning devotional, I would appreciate it.

11             (Whereupon a prayer was given.)

12         CHAIRPERSON UNTERMAN:   Thank you.

13             So as many of you know, this committee

14   held a meeting last Thursday on House Bill 481

15   that lasted more than three hours.  That meeting

16   was devoted to public comment because of the

17   importance of the proposed legislation.

18             The individuals who appeared before the

19   committee presented passionate and well-reasoned

20   arguments both in support of and in opposition to

21   House Bill 481.

22             I was very impressed with the decorum,

23   restraint, and respect that was exhibited by the

24   audience last Thursday.  The comment part of the

25   legislative process is over, and now it is the job

1    of this committee to decide whether to take action

2    on House Bill 481.

3              I trust that everyone understands that

4    this committee needs an environment that is

5    conducive to a thoughtful consideration of House

6    Bill 481.  As a result, displaced disruptions and

7    outbursts will not be tolerated.  Specifically,

8    there will be no applause, boos, or hisses.  There

9    will also not be any loud conversations and other

10   such conduct which may disturb the proceedings.

11             Although this committee meeting will

12   differ from last Thursday because there will be no

13   public comment, I expect the individuals in this

14   audience to exhibit the same level of decorum,

15   restraint, and respect that the audience exhibited

16   last Thursday.

17             Please check your cell phones.  Cell

18   phones are permitted, but they either must be

19   turned off or placed on silent mode.  Phone calls

20   shall not be initiated or answered during the

21   meeting.  Texting and emailing on a cell phone are

22   permitted provided it is done silently.

23             To everyone who was not able to be

24   accommodated in this room or able to make it to

25   the Capitol today, you can live stream this

1  meeting at Senate.ga.gov by clicking on the

2  Committee Live broadcast link on the main webpage,

3  and then clicking on the Science & Technology

4  meeting.  It will take you to a page to view the

5  meeting.

6          Our nonpartisan Senate Twitter account

7  is also live tweeting this meeting and is sending

8  out the live stream link as I speak.

9          And thank you very much, Inis.

10          Their account is at Georgia Senate

11  Press.  Lastly, the TVs in the hall outside this

12  room are streaming the meeting.

13          So with that, we'll get started.  Make

14  sure everyone is working off of the same page.  I

15  had four amendments that were submitted this

16  weekend.  And I appreciate legislative counsel

17  staying here Sunday and working on these

18  amendments.

19          So there was some confusion about

20  Amendment No. 1 did not get sent.  So it has now

21  been copied, and it's on a single sheet.

22  Amendment No. 2 and Amendment No. 3, and I'm not

23  accepting the fourth amendment.  So 1, 2 and 3.

24  The fourth amendment I actually wrote, but I found

25  out that it was redundant and did not need to be

1    submitted.  So I left it in legislative counsel.

2              So we're working on LC 28 9331S in the

3    amendments.  Does everyone have a copy of all

4    three amendments?  Everyone got a copy?

5              (No audible response.)

6              The last -- 9335S, that's the one that

7    was in the committee on Friday.  That's the last

8    version.  The reason I said the other one, I

9    already had the other one marked up.

10             Okay.  Everybody have the three

11   amendments?  Everybody satisfied?

12             (No audible response.)

13             All right.  Representative Setzler, if

14   you'll take the stand, please.  And if you want to

15   clarify or give us --

16             We'll go through these amendments

17   individually, and you can answer them individually

18   after the presenter presents them.

19             So is there anything you want to add to

20   the testimony from Friday?

21             REPRESENTATIVE SETZLER:  No, Madam

22   Chair.  As it pleases the committee, I'll be glad

23   to answer any questions as they arise.

24             CHAIRPERSON UNTERMAN:  Okay.  Does

25   anyone have any questions left over from Friday?

1    I know it was a long evening.  Does anyone have

2    any questions from last Friday?

3              (No audible response.)

4              Okay.  No questions.

5              Okay.  So we're working off the

6    substitute Amendment No. 1.  The author, I

7    believe, is Senator Seay.  If you want to present

8    that one?

9              SENATOR SEAY:  Thank you, Madam Chair.

10             Amendment No. 1 is simple.  It simply

11   eliminates the counting of fetuses in the

12   population measures.

13             CHAIRPERSON UNTERMAN:  So you're

14   striking lines 58 through 73?

15             SENATOR SEAY:  That's correct.

16             CHAIRPERSON UNTERMAN:  And what is your

17   rationale for this?

18             SENATOR SEAY:  I just don't agree with

19   it, Madam Chair.  But thank you for asking.

20             REPRESENTATIVE SETZLER:  And, Madam

21   Chair, at the appropriate time, I'd be glad to

22   address the amendment.

23             CHAIRPERSON UNTERMAN:  Okay.  Let me

24   just make sure.  So that eliminates the population

25   count?

1              SENATOR SEAY:  That's correct.

2              CHAIRPERSON UNTERMAN:  Okay.

3         All right.  Representative Setzler?

4              REPRESENTATIVE SETZLER:  And, Madam

5    Chair, without, you know, belaboring the point too

6    long, it does do more -- it does that, but it also

7    does more than that.

8              Again, as we recognized before, the

9    courts have told us that states have the ability

10   to recognize rights more expansively than the

11   minimum standard of federal law and our Federal

12   Constitution.  And this does provide the more

13   expansiveness recognition of natural persons to

14   include unborn children.  So that would be

15   stripped from this as well.

16             That's foundational to the bill, and I

17   would ask members to thoughtfully oppose the

18   lady's amendment.

19             CHAIRPERSON UNTERMAN:  Is there any

20   questions for Representative Setzler?

21             (No audible response.)

22             No questions.

23             Is there any questions for Senator

24   Seay?

25             (No audible response.)


Elizabeth Gallo
COURT REPORTING, LLC

1           No questions.

2           I'll entertain a motion on Amendment

3   No. 1 to amend.

4           (Motion by Senator Jordan.)

5           CHAIRPERSON UNTERMAN:  Okay.  There's a

6   motion.  Is there a second?

7           (Seconded by Senator Seay.)

8           CHAIRPERSON UNTERMAN:  Okay.  There's

9   a motion and a second.  Discussion on Amendment

10  No. 1?  Is there any discussion on Amendment

11  No.  1?

12          (No audible response.)

13          No discussion.  Let the record reflect

14  there's no discussions on Amendment No. 1.

15          All in favor of Amendment No. 1, say

16  aye.

17          All opposed?

18          Let the record reflect one, two, three

19  opposed and two in favor.  So the amendment fails.

20          Amendment No. 2.

21          SENATOR SEAY:  Are you

22  ready (inaudible)?

23          CHAIRPERSON UNTERMAN:  Yes, ma'am.

24          SENATOR SEAY:  I'm seeking to amend

25  Chapter 7 of Title 48 in the Official Code of

1    Georgia Annotated relating to the income tax so as

2    to provide for unborn child with detectable human

3    heartbeat as a dependable minor.  And so I wanted

4    to go back to 20 weeks for abortion --

5              CHAIRPERSON UNTERMAN:  Wait.  Wait.

6              SENATOR SEAT:  Am I on the wrong one?

7              CHAIRPERSON UNTERMAN:  I think you're

8    reading the wrong amendment.

9              SENATOR SEAY:  I'm sorry.

10              CHAIRPERSON UNTERMAN:  Amendment No. 2.

11              SENATOR SEAY:  Okay.  I'm sorry.

12    Getting ahead of myself.

13              CHAIRPERSON UNTERMAN:  That's okay.

14              SENATOR SEAY:  All right.  All right.

15    Everybody --

16              CHAIRPERSON UNTERMAN:  Can you talk a

17    little bit louder?  I don't think they can hear

18    you.  There you go.  I know you can talk louder.

19              SENATOR SEAY:  Oh, yeah.

20              CHAIRPERSON UNTERMAN:  No. 1

21    cheerleader.

22              SENATOR SEAY:  Okay.  What Amendment

23    No. 2 is it goes back to the 20 weeks that

24    eliminates abortions.  We want to just go back to

25    the 20 weeks that we already have on the books.

1              And if you want me to -- I can go ahead

2    and read the whole thing if you want me to.  I

3    think we've got it --

4              CHAIRPERSON UNTERMAN:  Well, we have it

5    in front of us.

6              SENATOR SEAY:  Okay.  That's what the

7    genesis behind the Amendment No. 2 does.

8              CHAIRPERSON UNTERMAN:  Okay.  So it

9    reverts back to the existing law?

10             SENATOR SEAY:  Exactly.

11             CHAIRPERSON UNTERMAN:  And it guts the

12   bill.

13             Representative Setzler?

14             REPRESENTATIVE SETZLER:  Madam Chair, I

15   think you just summarized the effect of the

16   amendment, and it does -- it guts one of the core

17   premises of the bill, to permit abortion except in

18   circumstances where there's a -- beginning at the

19   point at which there's a fetal heartbeat.

20             Our 20-week law is -- I think was the

21   wise action of the legislature in 2012.  But I

22   think as we follow science, we follow the dictates

23   of common sense and practicality, I think we

24   recognize that we'd do well to support the

25   heartbeat as the threshold.  And I would oppose

1    the amendment.

2              CHAIRPERSON UNTERMAN:  Okay.  Is there

3    any questions for Senator Seay?

4              (No audible response.)

5              No questions.

6              I'll entertain a motion on Amendment

7    No. 2 to the substitute.

8         (Motion by Senator Jordan, Seconded by

9         Senator Seay.)

10             CHAIRPERSON UNTERMAN:  Senator Jordan

11   makes a motion.  Senator Seay seconds.

12             Any other discussion?

13             (No audible response.)

14             All in favor, say aye.

15             All opposed?

16             Okay.  Let the record reflect the vote

17   is one, two, three opposed and two in favor.

18             Okay.  Amendment No. 3?

19             SENATOR SEAY:  Okay.  Finishing up with

20   Amendment No. 3, it simply eliminates the fetus

21   tax credit.  And I think y'all have the amendments

22   before you.

23             CHAIRPERSON UNTERMAN:  Okay.

24   Representative Setzler?

25             REPRESENTATIVE SETZLER:  Madam Chair,



 1    again, I think as we talked about earlier, this

 2    bill is sound scientifically, legally, and

 3    practically.  And one of the practical benefits of

 4    the bill as proposed is in recognizing the

 5    humanity of the unborn child.

 6                We're giving the opportunity for

 7    mothers to receive child support at a certain

 8    level of pregnancy.  Likewise, families ought to

 9    receive a tax deduction as with any other

10    dependent.  And the amendment would take that

11    away.

12                I think we're simply seeking to be

13    consistent across the code in a commonsense way

14    that helps working families.  And I think the

15    amendment would gut that benefit.

16                CHAIRPERSON UNTERMAN:  Okay.

17                SENATOR JORDAN:  Can I ask a question?

18                CHAIRPERSON UNTERMAN:  Sure.  Senator

19    Jordan?

20                SENATOR JORDAN:  Do we have a fiscal

21    note on this yet?

22                REPRESENTATIVE SETZLER:  We have done a

23    fiscal analysis.  I will tell you that as we

24    talked to the fiscal note process with OPB, one of

25    the reasons I think we're faced with where we

1    are --

2              One of the reasons we didn't require a

3    fiscal note in the House is because the

4    calculations are very straightforward and very

5    simple in terms of the cost.  I'd be glad to share

6    that with the lady if it pleases the Chair.

7              As we look at this, as we began

8    analyzing this earlier in session relative to the

9    federal tax code and our tax code -- I'm going to

10   give a little background, and then I'll answer the

11   question directly if I could.

12             Our tax codes historically track with

13   federal tax law in terms of exemptions and

14   dependents.

15             Channel 2 just lost their microphone.

16   Let me set that back.

17             The 2017 federal tax bill that passed

18   in Washington, a much larger standard exemption

19   was granted to families that's not tied

20   specifically to numbers of dependents.  A $24,000

21   threshold where the numbers of dependents did

22   not -- doesn't really matter.  It's just a very

23   large, generous standard deduction.

24             And as we've analyzed this looking at

25   where Georgia tax code is today and where it's



1    going in our current legislative process, there

2    was some question about whether we'd be tracking

3    with the federal standard exemption.

4              And, actually, Georgia is not moving in

5    that direction.  We're moving -- or staying where

6    we are where every family member and dependent

7    gets their own dependent exemption.

8              So as that was clarified last week,

9    we're at a place where we know the cost of this

10   will be between 10- and $20 million per year.  And

11   that's been verified at a number of levels.  I

12   could go through a formula and show you the way

13   that works.

14             Dependent family members have a $4,150

15   exemption times the 5.75 percent tax rate.  You'll

16   look at the number of children per year.  You walk

17   through all that.  It's a very straightforward

18   calculation, Senator.

19             I think the question of it being

20   potentially cheaper was the possibility of

21   standard exemptions, taking out 40 to 50 percent

22   of those in terms of the fiscal impact and it

23   being even cheaper.

24             But we know we're between 10- and $20

25   million in terms of the long-term annual impact.

1   And it's a pretty straightforward calculation I'd

2   be happy to share with the lady.

3           SENATOR JORDAN:  Well, do you have,

4   like, the note itself that was issued?

5           REPRESENTATIVE SETZLER:  Yeah.  And,

6   again, as you well know, we're in a place where

7   OPB and the fiscal office -- the answer is no.

8           SENATOR JORDAN:  Thank you.

9           REPRESENTATIVE SETZLER:  And I will say

10  the fiscal notes are required for propositions

11  that have multicomponent and complex calculations.

12          I think the lady will recognize we do

13  pass many bills through here that have a very

14  simple -- a very simple understanding of the cost

15  impacts without fiscal notes, and I think that's

16  how this would qualify.

17          CHAIRPERSON UNTERMAN:  Is there any

18  others questions?  Any other questions?

19          (No audible response.)

20          Okay.  Senator Seay, I'll entertain a

21  motion on Amendment No. 3.

22      (Motion by Senator Jordan.)

23          CHAIRPERSON UNTERMAN:  Is that your

24  amendment?  I just want to make sure.  I don't

25  have a name on it.  Senator Jordan's making a --

1          SENATOR JORDAN:  Yeah.  It's Senator

2    Seay's, and I'm making a motion.

3          CHAIRPERSON UNTERMAN:  Okay.

4          (Seconded by Senator Seay.)

5          There's a motion and a second.  Senator

6    Seay seconds.

7          Any other discussion?

8          SENATOR LIGON:  I'd like to make a

9    comment.

10          CHAIRPERSON UNTERMAN:  Yes, sir.

11    Senator Ligon?

12          SENATOR LIGON:  Thank you, Madam Chair.

13          I just think that removing this really

14    from a practical standpoint as well hurt families

15    and women because, I mean, when you're looking at

16    bringing a new child into the world, there are

17    expenses that accrue during the pregnancy,

18    expenses that accrue afterwards.  And we need to

19    help families as much as we can.

20          And I think this is an important step

21    in the right direction.  And I'm very familiar

22    with those expenses having a number of kids.  So I

23    think we need to keep it in.

24          REPRESENTATIVE SETZLER:  And, Madam

25    Chair, although no one asked, the specific amount

1  we're talking about is for an expecting family,

2  particularly that the child's conceived in the

3  latter half of the year.  If they're conceived in

4  January, they're likely going to be born in the

5  same year.  So there's no tax impact as you look

6  at this.

7           It's about a $238 net impact to a

8  family if they're able to achieve this benefit.

9  So it's modest, doesn't break our bank, but it is

10 significant inasmuch as it does help expecting

11 families in the cost of preparing to bring a

12 bouncing baby into the nursery.

13          CHAIRPERSON UNTERMAN:  So if they

14 become pregnant after April 15th, they get an

15 exclusion?

16          REPRESENTATIVE SETZLER:  And, again,

17 Madam Chair, as it works, when the child is --

18 again, all the benefits in the bill accrue at the

19 point of fetal heartbeat.

20          If that's recognized in a year in which

21 the child's not brought into the world -- you

22 know, if mom gets pregnant in January, she would

23 deliver in the same year.  So there's no -- and

24 they would be able to claim them under existing

25 law as a dependent.  So there's no net impact to



1    the State --

2         CHAIRPERSON UNTERMAN:  Right.

3         REPRESENTATIVE SETZLER:  -- for January

4    and February.

5         But as you get later in the year, there

6    is a net impact.  And that's where you allow

7    parents who, again, conceive a child later in the

8    year to achieve this -- to recognize this benefit.

9         CHAIRPERSON UNTERMAN:  And also could

10   you elaborate on if you had a miscarriage and you

11   claimed it, it's no different than if you had a

12   child that died?

13        REPRESENTATIVE SETZLER:  That's

14   correct.  And that's also, Madam Chair, why we

15   recognize it as a heartbeat.  You know, we know

16   oftentimes it's more likely in the very, very,

17   very earliest stages of the pregnancy to lose a

18   child.

19        But when the heartbeat is established,

20   we recognize -- and I shared with the Chair and

21   Members on Thursday -- there is a 95-percent

22   chance of carrying to term when the heartbeat's

23   established.  So --

24        But should it happen late in the

25   pregnancy and you lose the child -- folks have

1    asked me the question -- just as if someone had a

2    child under our current law that was born and

3    tragically died three months later, after the

4    emotional impact's over and a family were actually

5    filing their taxes for that tax year, mom and dad

6    and the child that they lost, they would have a

7    third dependent for purposes of taxes under our

8    existing law.

9             This would be the same way.  If they

10   lost a child with a late-term miscarriage, they

11   would be able to claim them for that tax year just

12   as they had lost any other child under our

13   existing tax code.

14             CHAIRPERSON UNTERMAN:  Okay.  All

15   right.  So let's see.

16             I believe you made the motion.  Senator

17   Seay seconds.

18             Any other discussion?

19             (No audible response.)

20             All in favor, say aye.

21             All opposed?

22             Okay.  Let the record reflect the vote

23   is three to two, and the amendment fails.

24             Yes.  Senator Seay?

25             SENATOR SEAY:  Thank you, Madam Chair.



1              I just want to say for the record that

2      when I hear the term "common sense" -- here in

3      Georgia, we all recognize that public policymakers

4      for the great state of Georgia comes from this

5      body.  And in this body, I have made an attempt to

6      try to get commonsense approach to women having

7      the right to do what it is they do and that is

8      give birth.

9              Every woman who wants to give birth and

10     those who find themselves in a situation where

11     they have rape and incest -- and we've talked

12     about that.

13             But no man, which the three of my

14     colleagues are all men, are saying common sense

15     when common sense come from us who have delivered,

16     who have given birth, and who respect women making

17     a choice for themselves.

18             And I just wanted the record to say

19     that my heart is heavy.  I've made every attempt I

20     can to try to rectify this non-commonsense

21     approach to a woman's right to do what she does,

22     and that is her God-given right to give birth.  No

23     man can give a birth.

24             So I just do not appreciate

25     consistently hearing common sense as if I don't



1   have common sense.  I've got enough sense to bring

2   this amendment, to try to fix it to no avail.

3           But thank you, Madam Chair.

4           CHAIRPERSON UNTERMAN:  Thank you.

5           Senator Jordan, did you have anything

6   you wanted to say?

7           SENATOR JORDAN:  I think she covered

8   it.

9           CHAIRPERSON UNTERMAN:  Okay.  Thank

10  you.

11          All right.  So we have before us --

12          Did any other senator want to make a

13  statement?

14          (No audible response.)

15          No?  Okay.

16          So we have before us a substitute to

17  House Bill 481, LC 28 9335S.  I'll entertain a

18  motion on this substitute.

19          (Motion by Senator Ligon.)

20          CHAIRPERSON UNTERMAN:  There's a motion

21  by Senator Ligon.  Is there a second?

22          (Seconded by Senator Anderson.)

23          CHAIRPERSON UNTERMAN:  Senator Anderson

24  seconds.

25          Any other discussion on this bill?



1    (No audible response.)

2    All in favor, say aye.

3    All opposed?

4    Let the record reflect substitute to

5 House Bill 481 passes.  The vote's three to two.

6    So with that, no other business.  We do

7 have some other bills that are in committee.  And

8 I believe we're meeting on Thursday at 3:00.  So

9 we'll bring those bills forward.

10    I appreciate everyone's attention this

11 morning and getting up early and being here.

12    Thank you to the senators for meeting

13 the quorum.

14    So with that, the meeting's adjourned.

15    (Proceedings adjourned.)

16

17

18

19

20

21

22

23

24

25



```
 1              COURT REPORTER CERTIFICATE

 2   STATE OF GEORGIA:

 3   COUNTY OF CHEROKEE:

 4

 5        I hereby certify that the foregoing

 6   transcript was taken down from electronic

 7   media, as stated in the caption, and the

 8   proceedings were reduced to typewriting

 9   under my direction and control; that the

10   foregoing pages represent a true, complete,

11   and correct transcript of the evidence given

12   upon said hearing; and I further certify

13   that I am not of kin or counsel to the

14   parties in the case; am not in the employ

15   of counsel for any of said parties; nor

16   am I in any way interested in the result

17   of said case.

18        This, the 6th day of June, 2019.

19

20

21

22        _____

23        Elizabeth R. Hollingsworth, CCR B-1319

24

25
```

