# EXHIBIT E

1          STATE OF GEORGIA GENERAL ASSEMBLY

2          THIRTY-FIFTH LEGISLATIVE DAY

3

4

5

6          2019-2020 LEGISLATIVE SESSION
            Monday, March 18th, 2019
7            Georgia State Capitol

8

9

10

    TRANSCRIPT OF HEARING ON HB 481 LIVING INFANTS
11        FAIRNESS AND EQUALITY (LIFE) ACT

12

13

14               BEFORE THE SENATE

15

16

17      SENATOR RENEE S. UNTERMAN, SPONSOR

18

19

20

21

22        Reported from electronic media by
         Elizabeth R. Hollingsworth, CCR B-1319
23

24

25



1        March 18, 2019

2        CHAIRMAN DUNCAN:  (In progress)  The

3    Senate will come back to order.  I'd ask that all

4    unauthorized persons exit the Chamber.

5        We'll now take up House Bill 481.

6    Before we read the caption, I'd like to remind us

7    to -- remind those in the gallery that the Senate

8    gallery is in place for the public to observe the

9    Senate and that shouting, applause, boos, hisses,

10   or loud conversation that disturbs the Senate is

11   prohibited.

12       Mr. Secretary, can you please read the

13   caption of House Bill 481?

14       MR. SECRETARY:  House Bill 481 by

15   Representative Setzler of the 35th and others.  A

16   bill to be entitled an act to amend Chapter 2 of

17   Title 1 of the OCGA, relating to persons and their

18   rights; to amend Article 5 of Chapter 12 of Title

19   16 of the OCGA, relating to abortion; to amend

20   Chapter 9A of Title 31 of the OCGA relating to the

21   "Woman's Right to Know Act"; and for other

22   purposes.

23       Mr. President, the Senate Committee on

24   Science and Technology offers the following

25   substitute to House Bill 481:  A bill to be



Page 3

1   entitled an act to amend Chapter 2 of Title 1 of

2   the OCGA, relating to persons and their rights, so

3   as to provide that natural persons include an

4   unborn child; to provide that such unborn children

5   shall be included in certain population-based

6   determinations; to provide definitions.

7          To amend Article 5 of Chapter 12 of

8   Title 16 of the OCGA, relating to abortion, so as

9   to provide definitions; to revise the time when an

10  abortion may be performed; to provide for

11  exceptions; to provide for the requirements for

12  performing an abortion; to provide for a right of

13  action and damages; to provide for affirmative

14  defenses.

15         To amend Chapter 6 of Title 19 of the

16  OCGA, relating to alimony and child support, so as

17  to provide a definition; to provide a maximum

18  support obligation for certain circumstances.

19         To amend Chapter 7 of Title 19 of the

20  OCGA, relating to parent and child relationship

21  generally, so as to provide that the right to

22  recover for the full value of a child begins at

23  the point when a detectable human heartbeat

24  exists; and for other purposes.

25         Mr. President, a minority report was



 1    filed.

 2              Mr. President, that concludes the

 3    order.

 4              CHAIRMAN DUNCAN:  For what purpose does

 5    the senator from the 41st rise?

 6              SENATOR HENSON:  Parliamentary inquiry,

 7    Mr. President.

 8              CHAIRMAN DUNCAN:  State your inquiry.

 9              SENATOR HENSON:  What would be the

10    proper time to raise a point of order that House

11    Bill 481 which has a tax implication due to a tax

12    credit and other reasons would need a fiscal note?

13              CHAIRMAN DUNCAN:  The time would be now

14    to raise that inquiry.

15              SENATOR HENSON:  Point of order,

16    Mr. President.

17              CHAIRMAN DUNCAN:  State your point of

18    order.

19              SENATOR HENSON:  HB 481 requires a

20    fiscal note, and I request that that be placed on

21    the desk.

22              CHAIRMAN DUNCAN:  Senate will stand at

23    ease for a moment while the Chair considers.

24              (Proceedings in recess.)

25              CHAIRMAN DUNCAN:  The Senate will come



1    back to order.  Thank you for your patience.

2              The Chair's prepared to rule.  The

3    immediate effect of the bill itself does not have

4    significant impact on the anticipated expenditure

5    level of the State.  As such, Senate Rule 3.1.4

6    and OCGA 28-5-42 does not apply.

7              The Senate may now proceed.

8              SENATOR HENSON:  Parliamentary inquiry.

9              CHAIRMAN DUNCAN:  State your inquiry.

10             SENATOR HENSON:  Would it be

11   appropriate at this time to challenge to decision

12   of the Chair?  I feel that it is quite certain

13   this bill has significant financial impact.

14             CHAIRMAN DUNCAN:  It would be

15   appropriate.

16             The Chair has ruled that the immediate

17   effect of the bill itself does not have

18   significant impact on the anticipated expenditure

19   level of the State.

20             The question is:  Shall the ruling of

21   the Chair be sustained?

22             All those in favor of the Chair, vote

23   yea.  Opposed, nay.  The secretary will unlock the

24   machine.

25             For what purpose does the senator from

1    the 45th rise?

2              SENATOR UNTERMAN:  Parliamentary

3    inquiry.

4              CHAIRMAN DUNCAN:  State your inquiry.

5              SENATOR UNTERMAN:  Is it not true that

6    we're asking for an upvote for a green vote on

7    this particular motion?

8              CHAIRMAN DUNCAN:  I'm certain the

9    senator knows of what she speaks.

10             Green vote sustains the ruling of the

11   Chair.

12             SENATOR JORDAN:  Parliamentary inquiry.

13             CHAIRMAN DUNCAN:  The Chair recognizes

14   the senator from the 6th.  For what purpose do you

15   rise?

16             SENATOR JORDAN:  Isn't it true with

17   respect to this bill --

18             CHAIRMAN DUNCAN:  For what purpose do

19   you rise?

20             SENATOR JORDAN:  Parliamentary inquiry.

21             CHAIRMAN DUNCAN:  State your inquiry.

22             SENATOR JORDAN:  Isn't it true that

23   with respect to this, we've just learned from

24   legislative counsel that this will impact Medicaid

25   programs and every other program in this state and



1  also costing over $20 million with respect to tax

2  exemptions?

3          CHAIRMAN DUNCAN:  I believe that's for

4  each and every senator to determine on their own.

5          For what purpose does the senator from

6  the 48th rise?

7          SENATOR ZAHRA:  Inquiry.

8          CHAIRMAN DUNCAN:  State your inquiry.

9          SENATOR ZAHRA:  Isn't it true that the

10  sponsor on the House side of this bill testified

11  before the Committee that this would cost 10 to

12  $20 million?

13          CHAIRMAN DUNCAN:  I'm sure the senator

14  knows of what she speaks.

15          On the appeal of the ruling of the

16  Chair, the yeas are 30.  The nays are 14.  And the

17  ruling of the Chair is sustained.

18          At this time, the Chair would like to

19  recognize the senator from the 45th to speak to

20  House Bill 481.

21          SENATOR UNTERMAN:  Thank you,

22  Mr. President.

23          I appreciate the debate already

24  beginning.  I can see how it's going to work out.

25  Look forward to a good debate.



1            Courage.  Courage.  Much has been

2      documented in history books about men having

3      courage, especially valid documented war stories

4      about men in the battlefield who were willing to

5      sacrifice their own life to protect their own

6      families, their own country.  Many soldiers have

7      died because of their bravery, and we thank all of

8      those who have served or currently serve.  Your

9      courage is appreciated.

10            Today I want to talk about another kind

11      of courage.  Courage that is not just courageous,

12      just a different type of courage but equally bold.

13      It is the courage of motherhood.

14            My daddy always told me I was special.

15      I was always a daddy's girl.  He taught me hunting

16      and fishing, competitiveness as an athlete, and

17      most importantly strength to endure anything.

18            My mama always told me I was different.

19      I could never figure it out.  I bet y'all can't

20      either.  Why was my daddy so encouraging but my

21      mama not so such?  She knew I was different.  She

22      had raised five kids and multiple grandchildren.

23      She knew in her heart, Renee is different.

24            My mother knew I was different than my

25      sister.  I knew when I became a teenager that my



1  mama was right.  She explained it to my dad, Renee

2  has female trouble.  Back then you didn't talk

3  about reproductive health like we are today.  Just

4  female trouble in the Old South.  And some of

5  y'all probably say that now.  It's just the way it

6  was back then.

7          When I was 18 years old, I had my first

8  surgery to remove a ruptured ovarian cyst and also

9  had a large, very large benign tumor on it.  I had

10 two subsequent abdominal surgeries.  Then when I

11 was just 22 years old, I had a total abdominal

12 hysterectomy.

13         I quit college.  I was devastated.  I

14 was barren.  The rest of my life lay before me as

15 a woman with no children and no hope.  And y'all

16 know, everyone in here, how much I adore children.

17 And it was my goal and my dream to become the best

18 mother ever.

19         The worst part lay before me, and I had

20 no idea.  I was going through menopause because I

21 was not placed on hormone replacement therapy.  I

22 suffered depression.  My hair fell out.  I looked

23 emaciated.  I was only 25 years old, but I looked

24 50 years old.

25         Fortunately when I was 28 years old, I



1  finally got help.  I met an endocrinologist who

2  took me off the roller-coaster ride.  He started

3  me on hormone replacement therapy.

4           And now -- and I know I'm going to cry,

5  and I'm sorry if I cry.  And now the shining light

6  at the end of the tunnel and why I am

7  passionately, passionately compelled to be

8  pro-life and why I have been a consistent advocate

9  for more and better healthcare for women unlike

10  the healthcare that I had.  I have seen courage,

11  courage eyeball to eyeball.

12           It must, it must rival any battlefield

13  courage that men talk about.  It is the ability of

14  one mother to hand over their tiny swaddled

15  brand-new newborn and essentially let go, let go

16  giving life to another mother, a mother who craves

17  life, who is awaiting another heartbeat to

18  cherish, to love, and give every ounce of energy

19  for that newborn to have a better life.  The

20  adoptive mother witnesses courage, strength, and

21  dignity from the birth mother.

22           Y'all know I'm going to cry when I talk

23  about my kids.  It is the story of Zach, who's

24  name is Zechariah, and Rachel, who is Raheel.  All

25  of you who know about them because you know



1  they're the love of my life.

2          Zach was a closed adoption.  I never

3  knew his 16-year-old mother who gave birth on an

4  airforce base.  Zach was born four weeks'

5  premature, had failure to thrive, and had low

6  birth weight.  Within a month of when I brought

7  him back home, I had to take him back to Eggleston

8  Hospital where he stayed for a while.  A special

9  needs' child his whole life.

10          I will never forget getting on the

11  Delta plane.  I cried for four hours home.  And

12  the pilot, everybody on the plane knew what was

13  going on, that I was a newborn mother.  And when I

14  got off the plane, the pilot announced -- he said,

15  baby Zach is home.  He let me get off the plane

16  first, and everybody on the plane clapped.  I

17  still have Zach's Delta wings.  They're on a satin

18  heart pillow that I keep on my bed.

19          Rachel was an open adoption.  Knowing

20  that birth mother and going on the journey with

21  her during her pregnancy was completely different.

22  Listening to the heartbeat and knowing that

23  heartbeat was going to be mine, there is

24  absolutely no words that can explain that elation.

25          Being in the delivery room and watching



1    the sacrifice that birth mother was enduring, and
2    then the next morning the birth mother handed me
3    that bundled swaddle of joy, of pureness.  She
4    cried.  I cried.  We cried together.  The blanket
5    was wet with tears.  Tears of sadness.  Tears of
6    joy.  Tears of fear.  Tears for the future of
7    Rachel.  Courage to let go.  Courage to assure a
8    better life.  And that's the same courage that I
9    began with.  The courage to let go.
10            I've never told my personal story.
11   I've told all of y'all about Zach and Rachel, but
12   this isn't about me.  This is about women in their
13   personal journey.  Sometimes sadness, sometimes
14   tragedy, but sometimes joy.  But one thing for
15   sure, one thing for sure because we share one
16   common, unique trait; women have that inner
17   strength.  We have that inner courage.  We have
18   that inner resilience.  And we have that ability
19   to muster courage when we have to.  And I have to
20   tell you it's taken me a lot to get up here and do
21   this.
22            There are thousands of women in Georgia
23   who possess courage when it comes to the gift of
24   life in their womb.  One of them is a woman named
25   Kristen from Madison, Georgia.  She was going to

1   come today and sit in the gallery with me, but

2   y'all know what happened.  She can't find a

3   babysitter.

4           Kristen first heard her child's

5   heartbeat when she became pregnant with baby Cam

6   four years ago.  When she was offered the chance

7   to listen to Cam's heartbeat and see her photos in

8   utero, Kristen knew her child was a precious life,

9   a gift from God.

10          Sadly when seeing her doctor 13 weeks

11  later, her child was diagnosed with a rare

12  deformity that produces an abnormal, small brain.

13  Kristen was told her baby probably would never

14  make it to birth, let alone live many days outside

15  the womb.  But Kristen had faith and courage.  She

16  said, who am I to say that Cambry couldn't do what

17  any other child can do and live?  And that's what

18  I said about Zach.  So she trusted God and

19  rejected every call for an abortion from her

20  friends, from her obstetrician, from her

21  specialist.

22          No one, no one had any hope for a child

23  with microlissencephaly, which is as debilitating

24  as cerebral palsy, but Kristen did.  Today Cambry

25  is not only still with us but a joy to Kristen's



1   life.  They celebrate every day and have with Cam

2   despite the fact that she was born with a tiny

3   brain and is physically and developmentally

4   delayed.  She is perfect.  She is perfect just the

5   way she is, Kristen says.

6            Now, that's courage.  A mom who heard a

7   heartbeat was overjoyed with love and has a

8   special needs' child that is making a difference

9   in one couple's life.

10           That, my colleagues, is why we as

11  Georgians are not like New York or Virginia.  We

12  will not throw away these children who are not

13  perfect because all children are perfect in the

14  eyes of God.

15           Kristen, I want to thank you.  I know

16  you're watching from home on the live stream.

17  And, yes, you are one of those courageous ones

18  giving so much to take care of the child that you

19  love.

20           I want to thank all the women who have

21  taken the time to call or write, and there's been

22  quite a few on both sides of the issue.  But let

23  me just start out by saying, thank you.  Thank you

24  to the police officers that are in the room.  I

25  know we have the Georgia State Patrol, and we have



1    the Capitol police.  They've been here with us

2    every step of the way this session, and we

3    appreciate you every single day.

4              We had public testimony with 64

5    individuals entered into the Science and

6    Technology Committee records in a four-and-a-half

7    hour Senate hearing.  It is very much appreciated.

8    Many folks drove a long ways to come to the

9    Capitol for the very first time because I asked

10   them -- I didn't ask them to come.  They just

11   came.

12             But what I want you to know -- and

13   there's people watching out there now in the

14   halls -- this is the people's building.  It's your

15   beautiful building, and we're glad you came no

16   matter what side of the aisle that you're on.

17             The Living Infants Fairness and

18   Equality Act provides findings by the General

19   Assembly that the State of Georgia recognizes the

20   benefits of providing full, legal recognition of

21   an unborn child above the minimum required federal

22   law.  The bill defines that a natural person -- a

23   natural person is any human being including an

24   unborn child.  Detectable human heartbeat is

25   described as the steady and repetitive, rhythmic



1   contraction of the heart within the gestational

2   sac.

3          Personally, personally I know about the

4   heartbeat as a former cardiovascular nurse.  I've

5   been in those hospital rooms when the heartbeat

6   stops, unfortunately many, many times holding a

7   loved one's hand.  Every time it gave me a better

8   appreciation of life and the courage to defend the

9   life of the unborn child.

10          This bill includes four exceptions: a

11   medical emergency if the probable gestational

12   period is at 20 weeks or less; the pregnancy is

13   due to incest or rape, and a police report has

14   been filed alleging the same; or if a physician

15   determines the pregnancy is medically futile.

16   I've had many people write to me about that

17   question, and that is included in the bill.

18          Medical aid must be rendered to the

19   child if the abortion results in a child capable

20   of sustained life.  The bill requires that all

21   abortions be performed by a licensed physician,

22   and any abortion after the first trimester must be

23   performed in a licensed hospital, ambulatory

24   surgical center, or abortion facility.

25          Any woman subject to an abortion where



1    the physician or facility violated these laws can

2    recover for damages in civil action affirmative

3    defenses from prosecution for licensed physicians,

4    nurses, pharmacists, and physician assistants

5    providing care which results in accidental or

6    unintentional injury or death of an unborn child.

7            The bill further provides an

8    affirmative defense from prosecution for women

9    that sought an abortion who reasonably believe

10   that an abortion was the only way to prevent a

11   medical emergency.  The bill provides recovery for

12   direct medical expenses and pregnancy-related

13   expenses from the father.

14           Children in the womb also qualify as a

15   dependent minor for tax purposes.  This is much

16   like the tax credit for a live birth.

17           The LIFE Act also updates something

18   that I'm very proud of, and I talked about this at

19   the beginning of the session.  Fortunately, I

20   helped write "The Woman's Right to Know."  And it

21   took us almost a year working with Department of

22   Public Health and then Department of Human

23   Services to be able to formulate and publish this

24   book.  And I think it did a great job.  It's been

25   handed out to not hundreds but thousands of



1    people.

2                The provisions of the LIFE Act are

3    effective January 1st, 2020.

4                Y'all excuse me.  I would like to

5    address some of the issues that I have repeatedly

6    heard in the last few weeks.  First, yes, yes,

7    Georgia is one of the lowest ranking states in the

8    nation for infant and maternal mortality.  I only

9    wish the critics that are out there in the hall

10   would work as hard as we have to improve these

11   statistics like the Senate Health and Human

12   Services and the House Health and Human Services

13   Committee.

14                And also let's don't forget about

15   Governor Nathan Deal and First Lady Sandra Deal

16   and what they did before they left.  Fortunately,

17   fortunately now we have a new governor, Brian

18   Kemp, whose mission is also to help Georgia

19   families.  Thank goodness for Governor Kemp for

20   your commitment.  During the campaign, we all say

21   things on the campaign; but now it's boots on the

22   ground.  Boots on the ground improving infant and

23   maternal mortality rates.

24                In 2016 -- and some of y'all were here,

25   and some of you went with me -- the National



Page 19

```
1    Conference of State Legislatures, the National

2    Governors Association, the American Academy of

3    Pediatrics, the National Academy of State Health

4    Policy, the Association of Maternal and Child

5    Health Programs, and other groups -- I couldn't

6    even write them all down -- targeted Georgia and

7    other Southern states with equally dismal

8    statistics.

9            We were targeted.  We knew we were

10   targeted.  We were glad we were targeted.  We

11   wanted to improve.  We developed a statewide plan,

12   and it was called Improving Quality and Access to

13   Care in Maternal and Child Health.  The Department

14   of Public Health, legislators, and various

15   institutions in Georgia participated.

16           We are on a mission.  We started that

17   mission years ago, but we're still -- and, yes, we

18   are making steady improvements in changing our

19   healthcare delivery systems and infrastructure.

20   We've also consistently added -- and I

21   purposefully have spent the last week, and I want

22   to thank the Senate Budget Office.  In the last

23   five years, millions of dollars have gone into

24   family, women, and infant health programs.

25           So I went through the budget -- and
```



1  you're welcome.  You're welcome.  I went through
2  five years' worth of the budget.  And I want you
3  -- because there's been so much criticism about
4  this -- to understand how much money we've
5  actually put into the budget and how hard we're
6  working.  This is just from the 2019 budget.
7  Women's health, family planning programs -- I
8  heard from lots of women who said, why don't you
9  put more money into contraceptives and family
10 planning.  We put in $15,772,580 in the 2019
11 budget.
12            Family planning program offer
13 reproductive healthcare services designed to
14 provide women's support with planning when to have
15 children, reducing unintended pregnancies,
16 determine effective birth control methods and
17 improving family well-being, maternal mortality,
18 funds for rural birthing facilities for the
19 purpose of implementing perinatal, quality care
20 improvement initiatives to improve maternal and
21 neonatal outcomes in Georgia.
22            I'm going to go down the list, and I
23 want you to listen.  It's remarkable how much
24 money.  Injury prevention: $550,000 in the 2019
25 budget.  This purchases equipment such as child



1    safety seats, bike helmets, smoke detectors, and

2    other things.  I can't even read them all.

3         Babies Can't Wait.  Everybody's heard

4    about Babies Can't Wait:  $24,973,000 provides a

5    coordinated, comprehensive, and integrated system

6    of care for infants and toddlers with special

7    needs just like that baby we were just talking

8    about.  Children Medical Services:  $12,680,030,

9    families caring for children with special care

10   needs.  Children First.  Children First

11   facilitates early identification of at-risk

12   children and links them with early intervention

13   services.

14        And my favorite because this is what

15   Zach suffered from, autism.  In this year's

16   budget, as you know, we have consistently,

17   consistently funded autism:  $1,614,000, early

18   identification screening, diagnosis, early

19   intervention, and family support for children

20   suspected of having or diagnosed with autism

21   spectrum disorder.

22        Home visiting:  $11 million.  Genetic

23   sickle cell, the minority parties always lobbies.

24   And thank goodness, thank goodness you do lobby

25   for that, but $2,661,000.  And I put that money in



1    the budget to provide medical genetic services

2    that include evaluation, treatment, and disease

3    management for children diagnosed with heritable

4    disorders.

5              Infant and child oral health:

6    $3,479,000.  Perinatal maternal health:

7    $2,194,000.  Perinatal services are focused on

8    health of the women and babies before, during, and

9    after birth.

10             And I can tell you one of the best

11   experiences I ever had was going to Albany,

12   Georgia, about five years ago, I think it was, and

13   I went to the very first Pregnancy Centering

14   Program in the state of Georgia.  We put it in

15   Southwest Georgia because we knew that was the

16   highest incidence of infant and maternal

17   mortality.  And I can tell you that was the pilot

18   program.  And guess what?  We've expanded that

19   program.  It is so successful.  I actually went

20   through the program with a group of pregnant

21   women.

22             Regional tertiary care centers:

23   $1,578,000.  Comprehensive Child Health:  $9

24   million.  So for the 2019 budget, just this budget

25   alone, $90,896,944.



1               But I want to tell you about some other

2    money.  And I hate to be talking about money, but

3    this is what the critics kept repeatedly bringing

4    up, we're not doing anything.  The OBs, the OBs

5    that are out in the hall.  The Senator from

6    Bainbridge from the 11th, he always helps with the

7    ob-gyn residency program.  Over five years, we've

8    put in $1 million for that program.

9               The FQHCs, everybody in this room wants

10   an FQHC in their region.  We have expanded them.

11   We have put in $3.5 million.  Medicaid add-on

12   payment for newborn delivery in rural counties.

13   This is the OBs who said, we can't even turn the

14   lights on.  We're going to quit seeing the

15   Medicaid babies.  We can't even keep our office

16   doors open.

17               So what did the State do?  The State

18   stepped in.  The State stepped in, and we

19   reimbursed them at a higher rate in these rural

20   counties.  And that accounted for $1.3 million.

21   Medicaid reimbursement for evidence-based group

22   perinatal care, $500,000 in 2019.

23               So as you can see, the list goes on and

24   on.  I mean, I could have gone into Child Welfare

25   Reform.  I could have gone into the literacy



1  program.  There's no way.  And thank goodness,

2  like I said, Governor Deal and now Brian Kemp,

3  he's stepping up to the plate.  We're all

4  elevating these services together, and we need to

5  be very proud of it.  We've worked hard, and we're

6  going to work harder.  And we are committed to

7  these women with accessed care and keeping these

8  babies alive.  So I'm going to show you five

9  years.  I went back five years.  In five years, it

10  totaled $117 million.

11          The second criticism I've heard was the

12  number of OBs leaving Georgia.  Well, let me tell

13  you, the OBs aren't going to rural Georgia.

14  They're not going to rural Georgia.  You want to

15  know where the OBs go?  And I don't blame them.

16  They go where there's a reimbursement stream.

17  They go to Roswell.  They go to Alpharetta.  They

18  go to Marietta.  They go to Lawrenceville, and

19  they go to Fayetteville because that's where they

20  get an insurance reimbursement.  They do not go

21  down to Dr. Karen Kinsell who works in Clay County

22  in the 1960s Tasty Freeze.  They aren't going down

23  there to help Dr. Kinsell.  They're not going down

24  there.

25          And, lastly, because I know we're going



1  to go down this rabbit hole.  I know we're going.

2  I'm waiting to go down the rabbit hole with you.

3  The Medical Association of Georgia sent out a

4  letter.  Said they opposed this legislation.  Let

5  me tell you, they've opposed me on a lot of

6  things.  And you know what?  By golly, I'm glad

7  they have opposed me on a lot of things because

8  you know why?  I'm standing up for the patient.

9  I'm standing up for the consumer.

10            And if I have to get on top of this

11  building, on top of this gold dome and dance up

12  and down every day for the consumer, you better

13  believe I'm going to do it.  And I have fought

14  them tooth and nail and so has the senator from

15  Rome about surprise billing.  And everybody in

16  this room knows what surprise billing is.

17            So does it affect me that the Medical

18  Association of Georgia put out this letter?

19  They've put out letters on me before, but it's

20  because I stand up and you stand up for the

21  consumer.  And I'm proud to stand with you and to

22  stand collectively.  That's a good thing.

23            The other thing they opposed me on --

24  and this is my pet topic.  There's over 170,000

25  nurses in the state of Georgia; 140,000 registered



1   nurses; 32,757 licensed practical nurses; and the

2   nurses that I'm most proud of, the nurses that are

3   handing out those contraceptives in those public

4   health departments, there's 811 RNs in the public

5   health department; 174 LPNs; and most importantly,

6   133 advanced-practice registered nurses that these

7   physicians that put the letter on the desk, have

8   held them back.

9           Because they go to your schools.  They

10  go to Augusta.  They go to Macon.  They go to

11  Mercer.  They go to Atlanta.  They go to Brenau.

12  I think there's about 13 nursing schools in the

13  state of Georgia.  Emory University produces some

14  of the best APRNs, nurse midwives, and they're

15  held back.  They're held back by that same group

16  that put that letter on your desk because they

17  don't want to expand their scope of practice.

18          And you talk about access to care.  You

19  can talk about access to care all you want.  They

20  are nurses out there that will go to work in these

21  rural areas.  But guess what?  They're held back.

22  They're held back and told not to go there.  So we

23  can go down that rabbit hole.  We'll go down that

24  rabbit hole I'm sure in a few minutes.

25          So I'm going to close out.  And I want

Page 27

1  to tell you there's a few changes.  Everybody says

2  they don't like this bill.  Some people say they

3  don't like it.  In the minority party, they don't

4  like this bill.

5           Well, guess what?  When this bill came

6  over from the House -- guess what?  When it came

7  over to the Senate -- we're pretty smart cookies

8  over here, aren't we?  We refined, and we changed

9  the bill just like we do on multiple bills that

10 come over.  And just like the bills that go over,

11 even though sometimes they won't even call our

12 bills up -- but we changed the bill.

13          In the Senate, Science and Technology,

14 we added definitions and made changes throughout

15 the House-passed version to reflect the detectable

16 human heartbeat standards.  The House used the

17 terminology human heartbeat.

18          The Committee removed law enforcement

19 agency access because they're going to talk about

20 criminalization, access to health records, and

21 maintains that district attorneys have access to

22 those records.  When it came over from the House,

23 it said law enforcement agency.  We went back to

24 the existing law, and we added just one small term

25 about residing in the county in which it was



1    filed.

2              The Committee also added something that

3    I was very proud to change, the word -- I believe

4    in the original bill, it talked about child

5    support.  I know when I adopted the second child,

6    that there was a lot of medical expenses.  It

7    wasn't the shelter over the head or the food that

8    you eat.  What it was, was you had to buy perhaps

9    new clothing.  Your feet may swell.  You had to

10   buy new shoes.  And that's the whole purpose of

11   that.

12             So with that -- I think there was a

13   couple of other minute changes.  But with that,

14   Mr. President, if I can just get a Kleenex and

15   clean my glasses just a little bit so I can see

16   better, I'll answer questions.

17             CHAIRMAN DUNCAN:  Senator, you have no

18   questions.

19             SENATOR UNTERMAN:  Thank you.

20             Thank you very much.  And I'm sure

21   there's going to be more debate, and I'll be glad

22   to close out the bill.  And I appreciate y'all's

23   attention.  Thank you very much.

24             CHAIRMAN DUNCAN:  Thank you, Senator.

25             The Chair would like to recognize the



1   senator from the 55th to speak to the measure.

2           SENATOR BUTLER:  Thank you,

3   Mr. President and Members of the Senate.

4           I come to speak to you today to voice

5   my opposition to House Bill HB 481.  I know many

6   of you know me.  You know me as a Democrat.  You

7   know I am the chairwomen of the Senate Democratic

8   Caucus.  You know me as a senator from DeKalb

9   County.  Some of you may even know me from when I

10  worked in Washington, DC.

11          You might not know me as a woman.  So

12  let me just elaborate.  I am the third child of

13  six.  I was born in 1941 in Daytona Beach,

14  Florida.  My father was in the dry-cleaning

15  business which meant in those days, he was a

16  businessman.  We were considered a middle class

17  family to the larger community.  In the black

18  community, we were viewed as being rich.  My

19  parents were able to provide everything we needed

20  even if we didn't have everything we wanted.

21          I had a loving family even if my

22  parents were at times strict, especially on me.

23  As a girl growing up in the 1940s and 50s, I

24  learned about sex from my peers, from my friends

25  talking about what we heard or what we read about.



1 There was no sex talk in my family.  Certainly my

2 mother told me a few things like keep your dress

3 down, and keep your legs closed; but the

4 information didn't go much farther than that.

5 People didn't openly talk about sexuality, not

6 even within the family.  It was totally taboo.

7           When I was in high school, a young

8 friend and classmate found herself in a scary

9 position.  She was pregnant, and she was

10 desperate.  With few options available, she took

11 matters into her own hands.  My friend lived in

12 the projects and met her fate with a hanger.  Both

13 she and her baby died.  When they found her, the

14 baby lie dead inside of her.

15           By 1973, having been married twice, I

16 was 35 years old, married with two children of my

17 own.  I thought my family was complete.  But there

18 weren't many options for birth control available.

19 A decade earlier in 1965, married couples were

20 given the right to use birth control.  In a court

21 ruling, it was protected in the US Constitution.

22           In 1968, intrauterine devices, better

23 known as IUDs, had come on the market.  So in

24 1973, I opted for the Dalkon Shield.  Some of you

25 may remember that a physician would only agree to



1    provide an IUD to a married woman who had already

2    completed her childbearing.  A year later in 1974,

3    the FDA suspended sales of the Dalkon Shield due

4    to infections and seven documented deaths among

5    users.

6              These were women who weren't seeking

7    abortions but already had children and relieved

8    that they had completed their childbearing years.

9    I suppose I was one of the lucky ones.  The Dalkon

10   Shield required only my complete hysterectomy.  I

11   am happy and grateful to be standing before you

12   today.  Still today, I wanted then and I want now

13   to control my health decisions and have every

14   option available to me and other women.

15             Throughout my life, I've witnessed and

16   experienced a great deal of what women must deal

17   with to take care of their families and their own

18   health.  Decade after decade I've been witness to

19   the healthcare needs of women being shuffled off

20   to the side, ignored, and denied.  Court case

21   after court case we've endured.  In 1973, 46 years

22   ago, a woman's right to choose was enshrined into

23   law.  And since then, we've seen the chipping away

24   at our constitutional rights over and over of our

25   own bodies.  And now here we go again telling



Page 32

1    women what to do with their bodies.

2              I don't remember how many times I've

3    come to this well since I've been elected and

4    advocated for choice.  Make no mistake, we know

5    you people who will come to this chamber and

6    propose laws to cut funding for medical care of

7    mothers and babies and come in the next day to

8    pass a law in the name of life that doesn't serve

9    to do anything more but make it harder for our

10   most vulnerable people to receive the healthcare

11   they need.

12             Over the course of history, thousands

13   of women have died through complications of

14   childbirth, trying not to become pregnant, or

15   having become pregnant.  Your laws of trying to

16   prevent abortions doesn't prevent them.  Your laws

17   send women underground into back alley clinics or

18   underground pill markets.  Your laws prevent good

19   research and good outcomes.  Your laws create fear

20   and danger and, for some, death.

21             The Democratic women of this senate

22   body are saying, enough.  We have a right to

23   determine whether or not we give birth.  It is

24   enshrined in our Constitution and has been

25   defended by the courts over and over and over



1    again.  What we are doing here -- what are we

2    doing here?  We're putting on a show.  Kids on the

3    street would say it's a trick.

4              Today you are trying to pass a law that

5    says, we in Georgia care about life, when, in

6    fact, this legislation will reduce pregnant

7    women's access to doctors.  It will increase our

8    already unconscionable infant and maternity

9    mortality rates.  But we will not leave this

10   chamber today without you hearing from us, who

11   have lived this experience.  We know about life,

12   we know what planned childbirth is like, and we

13   know our bodies.  We know what it was like when

14   abortion was illegal, and we are determined we are

15   not going back.

16             Mr. President and Members of this body,

17   I appreciate your listening to me today.  And at

18   this time, I'll yield the well.

19             CHAIRMAN DUNCAN:  Senator has yielded

20   the well.

21             Chair would like to recognize the

22   Senator from the 13th to speak to the measure.

23             SENATOR KIRK:  Thank you,

24   Mr. President.

25             The debate around abortion is not new.



1   Until the early 1800s, abortion was legal through

2   common law before they called it quickening, the

3   baby's first detectable motion in the womb.

4   Quickening was a term also uses by Aristotle.  He

5   apparently studied the issue of abortion and even

6   aborted babies in his day, and he drew conclusions

7   about the beginning of life.  He concluded that

8   abortion should not be allowed after quickening.

9            Aristotle didn't have the technology we

10  have today.  You look at a 4D image of a child in

11  the womb, and tell me that baby isn't alive.  I've

12  said for years that the pro-life proponents will

13  win this debate because technology removes all

14  doubt that life begins at conception.

15           However, the pro-abortion proponents

16  say that the rights and the wishes of the mother

17  outweigh the rights of the unborn child.  It

18  appears that an unborn child has no rights until a

19  certain stage of life as some are even debating

20  whether a child that survives abortion can be

21  attended to by a physician or just left to die.

22           Last month I invited this body, both

23  members of the Democrats and Republican party, to

24  preview a film that debuts next week in theaters

25  all over the country.  The movie is called



1    "Unplanned."  The movie brought home to me how

2    real this issue is.

3            All my life I've known abortions were

4    performed, but I never observed one or knew the

5    details.  In fact, I didn't really want to know

6    the details.  Last month I saw an abortion

7    performed in the film "Unplanned," and I just

8    can't get those images out of my mind.

9            In the movie, Abby Johnson had two

10   abortions herself and was one of the youngest

11   Planned Parenthood clinic directors in the

12   country.  The clinic she ran performed 22,000

13   abortions.  What changed her mind was when she was

14   called in to assist in an abortion in the clinic,

15   and Abby observed the baby trying to escape the

16   catheter that was sucking the baby out of the

17   womb.  If you've never seen an abortion performed,

18   I challenge you, go see this film and see if it

19   doesn't have an affect on you.

20           A few weeks ago -- a couple of weeks

21   ago, I had the privilege of standing before this

22   body and proclaiming God's word as pastor of the

23   day.  I shared the story of Samson.  And in

24   Judges 13:3 is the foretelling of his birth to his

25   parents, the Bible says that he would be a



1    Nazirite and would begin to deliver Israel from
2    the Philistines.  The Bible foretells of the birth
3    of Jesus, John the Baptist, Samson, Ishmael, and
4    others.
5            Psalms 139:13 says, "For you created my
6    inmost being; you knit me together in my mother's
7    womb."  Isaiah 44:2 says, "He who made you, who
8    formed you in the womb."  And Jeremiah 1:5 says,
9    "Before I formed you in the womb, I knew you;
10   before you were born, I set you apart."  There are
11   many scriptures that make it very clear to me God
12   knew us and had a plan for us when we were still
13   in our mother's womb.
14           The word "abortion" is not going to be
15   found in the Bible.  But children were sacrificed
16   for selfish purposes throughout the Bible.  Many
17   of the abortions done today are done so as a form
18   of birth control and convenience.
19           Norma Nelson was a woman who had an
20   awakening of her own.  She was born in 1947 and
21   just died a couple years ago in 2017.  So she saw
22   a lot of changes to the abortion law throughout
23   her lifetime.  At the age of ten, she was sent to
24   a state-ran institution in Texas because of her
25   delinquent behavior, and she remained in and out



1    of institutions until she was 15 years old.  She

2    recalled her time in the institution as the

3    happiest time of her childhood.

4              She said she was raped by a family

5    member when she was still just a teenager.  And

6    when she told her mother about the incident, her

7    mother didn't believe her.  At the age of 16, she

8    married Woody McCorvey.  She later left him as the

9    result of abuse and moved in with her mother and

10   gave birth to her first child, Melissa, in 1965.

11   McCorvey developed a severe drinking problem after

12   Melissa's birth.  McCorvey's mother also had a

13   drinking problem for years, but Melissa apparently

14   changed McCorvey's life as she eventually took

15   custody of Melissa and kept her from Norma.

16             In 1966, McCorvey gave birth to her

17   second child that was given up for adoption.  In

18   1969, McCorvey became pregnant again and returned

19   to Dallas, and she was advised to falsely accuse

20   that she had been raped -- someone of rape so that

21   she could obtain a legal abortion because under

22   Texas law, that was the only way she could obtain

23   one at the time.  She was not successful in

24   obtaining an abortion, and the baby was also given

25   up for adoption.



1          McCorvey never attended a single trial

2     but was the subject of the 1973 Roe versus Wade

3     ruling.  She identified to the press as Jane Roe,

4     and that's where the case name came from.

5     McCorvey identified as a lesbian and lived out a

6     quiet life with her partner for many years in

7     Dallas, Texas.  In 1994, she became a Christian

8     and voiced her remorse for her part in the Supreme

9     Court decision.

10          In 1995, she stopped working

11    for an abortion clinic and started working for a

12    pro-life group called Operation Rescue.  In her

13    second book, "Won by Love," published in 1998, she

14    made the following comments.  She said she was

15    "sitting in Operation Rescue's office when I

16    noticed a fetal development poster.  The

17    progression was so obvious.  The eyes were so

18    sweet.  It hurt my heart just looking at them.  I

19    ran outside.  And finally it dawned on me,

20    'Norma,' I said to myself, 'they're right.'

21          "I had worked with pregnant women for

22    years.  I had been through three pregnancies and

23    deliveries myself, and I should have known.  Yet

24    something in that poster made me lose my breath.

25    I kept seeing the picture of the tiny 10-week-old



1  embryo, and I said to myself, 'that's a baby.'

2        "It is as if the blinders just fell off

3  my eyes and I suddenly understood the truth.

4  'That's a baby.'  I felt crushed under the truth

5  of the realization that I had to face up to the

6  awful reality.  Abortion wasn't about products of

7  conception.  It wasn't about missed periods.  It

8  was about children being killed in their mother's

9  wombs.

10        "All those years I was wrong.  Signing

11 the affidavit I was wrong.  Working in abortion

12 clinics I was wrong.  No more for the first

13 trimester, second trimester, third trimester

14 stuff.  Abortion at any point was wrong, and it

15 was clear, painfully clear."

16        You know, some of you who will vote

17 against this bill today would support fines of

18 $100,000 plus prison time for disturbing sea

19 turtle eggs, and $250,000 fines for disturbing

20 eagle eggs and jail time.  Yet, according to the

21 Georgia Department of Public Health, between 2013

22 and 2017, there were an average of 27,455 babies

23 aborted in this state each and every year.  Around

24 40 percent of those abortions each year were

25 aborted by a woman who had had a previous

1    abortion.

2              Abortion is not a form of birth

3    control.  Life begins at conception.  The

4    scientific evidence is clear.  I urge your support

5    of the bill.  It's the right thing to do.

6              Mr. President, I would love to yield

7    for questions, but I know your board's lit up, and

8    others want to come speak to this bill.  But I

9    urge you to vote in support of this bill.

10             Thank you.  I yield the well.

11             CHAIRMAN DUNCAN:  Senator has yielded

12    the well.

13             The Chair would like to recognize the

14    senator from the 39th to speak to the measure.

15             SENATOR WILLIAMS:  Thank you,

16    Mr. President.

17             I rise today because I believe that

18    stories matter and should be included in the

19    public record.  I rise because as the mother of a

20    beautiful baby boy, my Carter Cakes, I believe

21    that every woman should have the choice to decide

22    when it is time for them to give birth.

23             I rise today on behalf of myself, a

24    woman of child-bearing age, knowing that it is not

25    up to any of you if my husband Leslie and I decide



1   to expand our family.  I rise for my late

2   mother-in-law who told me about her friend when I

3   first told her that I was working at Planned

4   Parenthood.  She told me of her friend that died

5   in the late '60s trying to self-abort because she

6   was born during a time when her choice was denied

7   just as you're trying to do with HB 481.

8              I rise for my friends who have had

9   complications late in their pregnancy and wouldn't

10  have any choices under HB 481.  Today I stand here

11  as one but on behalf of the thousands of women who

12  need their voices and experiences shared in this

13  body today.

14             "I was married.  My husband is a

15  physician.  We had a reasonably comfortable

16  lifestyle.  We had just had our second child

17  together, and I was diagnosed with a pelvic floor

18  prolapse.  The labor and delivery of my son was

19  very stressful, and I had a precipitous delivery

20  which essentially meant that my body did not have

21  the proper time to labor, soften the ligaments so

22  that delivery would be easier.

23             "I experienced a significant birth

24  trauma, and the thought of having a child again

25  was something I just couldn't do.  I had gone back



1    to my ob-gyn at 12 weeks' postpartum to have an

2    IUD.  At that examination, it was determined that

3    I was pregnant again.

4            "I was breast-feeding regularly, had

5    not begun to menstruate again, and we thought that

6    we were practicing family planning.  My husband

7    was planning to have a vasectomy, and I decided to

8    be proactive and get the IUD because we were

9    certain we didn't want to risk another pregnancy.

10           "When my doctor told me that I was,

11   indeed, pregnant again, I was in shock.  It was an

12   early pregnancy.  I had absolutely no symptoms and

13   assumed that breast-feeding had offered some

14   contraceptive protection as this is often the talk

15   of women as a part of natural family planning.

16           "I was sitting confused, scared, and

17   dealing with the trauma of a previous birth that

18   had just happened less than three months prior and

19   the early onset of postpartum depression.  In

20   addition to my infant son, I also had a

21   two-year-old toddler and a 14-year-old.

22           "My husband and I, with the

23   consultation of our clinician, made the decision

24   to terminate the pregnancy.  The thought of having

25   to carry another baby as my body was healing from



1   the traumatic birth of the baby I was holding in

2   my arms was something I never want any woman to

3   have to face.

4            "Many women who have abortions are

5   married.  They have the financial means, yet for

6   reasons we can't control, the risk of carrying

7   another child unfortunately mitigates that

8   decision."

9            That is story number one from a

10  constituent here in Atlanta.

11           "I am one in four women who had an

12  abortion by the age 45.  I was 21 years old,

13  engaged, and in the middle of my second semester

14  of my third year at Mercer University.

15           "I didn't realize how common abortion

16  was until I opened up to some friends about mine.

17  Two of my husband's coworkers in the Air Force

18  shared with him that they had had an abortion.  I

19  found out four friends on campus had an abortion

20  while in college.  Abortions are going to happen

21  as long as unplanned pregnancies happen.

22           "When I interned for Access

23  Reproductive Care - Southeast, an abortion fund in

24  Atlanta, I remember one caller sigh in relief

25  after I helped her with some financial assistance



1    for her appointment.  She was afraid she would

2    have to throw herself down some stairs.  While it

3    sounds crazy, desperation will drive people to

4    great extents.

5              "If abortion is outlawed in Georgia, we

6    will see maternal mortality rates increase

7    dramatically, and Georgia already ranks at the

8    bottom of that pile nationally.

9              "Please do not put pregnant people's

10   lives in danger for a procedure that is so safe.

11   Please do not punish abortion providers for giving

12   us the medical care we need.  Please do not let us

13   become another number for maternal mortality."

14             That is story number two, a senior at

15   Mercer University.

16             "My husband and I were both married

17   previously.  And I jokingly say, we have his,

18   mine, and the dogs are ours.  I was 36 when we

19   married, and we became a beautiful blended family

20   with three children between us: his 10-year-old

21   son, his five-year-old daughter, and my

22   three-year-old.

23             "We loved the idea of having a child

24   together, but being older, we knew it might not

25   happen.  So we decided to let fate take its course



1    and be grateful for whatever might come.

2              "About a year into our marriage, we

3    found out we were pregnant and were thrilled.

4    Because of our age, we knew it was riskier.  So we

5    decided to wait to tell anyone.

6              "I'll never forget that 12-week

7    ultrasound.  I was so thrilled to see our

8    beautiful child on the screen.  And it looked just

9    like my daughter did five years before.

10             "As we began to think about telling our

11   children, my husband became nervous that his kids

12   might not be as excited because they might feel

13   like this child would somehow replace them.  They

14   were already understandably jealous that their dad

15   spent more time with my daughter -- let's just

16   call her B for this conversation, but this child

17   would be a part of both of us, and we knew they

18   might feel a little threatened by that.

19             "At the 12-week ultrasound, there's

20   also a blood test which can identify any genetic

21   abnormalities.  It was a long weekend with all

22   three kids at our home.  So we asked the doctor if

23   we could go ahead and tell the kids before getting

24   the blood test results because we wanted the full

25   three days to let them absorb the news while they



1    were with us.

2            "The doctor said obviously he couldn't

3    guarantee anything without the blood test, but

4    everything looked good.  So it would probably be

5    fine to go ahead and tell them.  So we did.  B was

6    thrilled at the idea of having a full-time sibling

7    in the house.  His kids were more apprehensive,

8    just like we thought they might be.  But by the

9    end of the weekend, they seemed okay.

10           "B was so sweet.  She started kissing

11   my belly and talking to the baby every day.  The

12   following Tuesday I received a call that started

13   one of the most tragic events in my life.  The

14   doctor said the blood test showed the baby had

15   trisomy 18.  He said we could take some tissue and

16   verify it through DNA testing.  That would

17   absolutely confirm it but to prepare myself

18   because typically the results are the same.

19           "I had no idea what trisomy 18 was, so

20   I began my research.  I was devastated.  It was a

21   genetic disorder that results in either

22   stillbirth, or the baby cannot survive outside the

23   womb for more than a few hours or a few days at

24   the longest.  And if it survives, its organs are

25   often outside its body.  There is no quality of



1    life for the very brief period he or she might

2    live.

3                "I raced in for the DNA test, and it

4    confirmed our worst nightmare.  Our doctor said

5    our options were to terminate or to continue the

6    pregnancy and prepare ourselves to bury our child.

7    I asked if we could have some time to think about

8    it, and I remember he said we could take some time

9    but not too much time because the law becomes more

10   complicated the further along I became in my

11   pregnancy.

12               "I went home and continued to scour the

13   internet for the one doctor in some remote country

14   who was going to save my baby because as a parent,

15   you think there has got to be a solution

16   somewhere.  The idea of giving up is just out of

17   the question.  But through tears and sleepless

18   nights, I continued reading the medical data and

19   finally had to accept that I just wasn't going to

20   be able to save my baby.

21               "All the while B, my sweet

22   five-year-old, continued talking to the baby and

23   kissing my belly every night.  I read through

24   hundreds of parents' stories, some who chose to

25   terminate and others who made the decision to



1  carry the baby and bury it.  All were

2  heart-wrenching as I continued to try to figure

3  out how to make this impossible decision.

4         "As B was talking to the baby one

5  night, I knew I couldn't make a choice that would

6  hurt her any more than necessary.  The longer she

7  talked to the baby in my belly, the more she was

8  falling in love with her little brother or sister.

9  And I couldn't stand the thought of watching her

10  bury him or her.

11         "I was going to put all five family

12  members through four-and-a-half months of this

13  baby growing inside me knowing the tragic end to

14  the story.  So my husband and I ultimately decided

15  to terminate the pregnancy at about 14 weeks.

16         "If HB 481 passes, women who find

17  themselves in the same heart-wrenching situation

18  as mine will have to make the right and the best

19  decision for their family.  Government should not

20  be involved in a women's medical decisions about

21  her body or her family.

22         "For those who think women make these

23  decisions lightly, you were wrong.  It was truly

24  the most difficult decision I've ever made.  But I

25  don't regret making the decision to minimize the



Page 49

1   traumatic suffering for me and my family.

2           "Please do not pass HB 481.  Trust

3   women to make the decision that is right for them

4   and their families."

5           A resident of Sandy Springs, Georgia.

6           "Living in Middle Georgia, my access to

7   reproductive healthcare shrunk so much that I

8   couldn't even find an ob-gyn that accepted

9   Medicaid.  When I tried to get an IUD, the

10  procedure was too painful to go through.

11          "So the next options I have for

12  contraception were implant or shots.  Nexplanon

13  and Depo shots weren't available at my

14  gynecologist's office.  And it was this lack of

15  reproductive care that led to my unexpected

16  pregnancy.

17          "I didn't know I was pregnant until

18  about six-and-a-half weeks, and I had to wait to

19  schedule an appointment for a three-day weekend

20  when school was out.

21          "Implementing a six-week abortion ban

22  would effectively ban abortion across the board

23  since most people don't even know that they're

24  pregnant by that time.  People already have

25  mandatory 24-hour waiting periods and have to



1   reschedule work, school, and their lives overall

2   to seek care.  Adding additional restrictions

3   places unnecessary burdens on Georgia women."

4                A constituent of Senate District 18.

5                "I grew up sheltered, the only child of

6   an older couple in the Atlanta area and decided I

7   could have an expectation by getting accepted and

8   matriculating at a prestigious university in the

9   Boston area.

10               "When I was only 18 and on Christmas

11  break working a temporary job back in Atlanta, I

12  discovered I was pregnant.  I knew that if I

13  followed through, that would be an end to my

14  aspirations for a better life and for providing

15  for any future family.  I knew plenty of young

16  women I had been in high school with who had to

17  drop out, had minimum wage jobs, no prospects, no

18  future, and more importantly no future for their

19  offspring.

20               "And before you try to minimize my

21  situation or shame me into silence, understand

22  that I had used birth control available to me.

23  The young man in question did not use any birth

24  control available to him.

25               "I kept myself together just barely and



1    returned to campus.  Mercifully, Massachusetts has

2    long understood that all humans, female as well as

3    male, are deserving of body sovereignty.  The

4    concept, really not difficult to grasp, that each

5    actual human being who's achieved majority is

6    capable and blessed with ownership and stewardship

7    over all of their body parts.

8            "A female friend of mine who would

9    never terminate her own pregnancy nevertheless

10   recognized my need and desire to and honored my

11   ability and right to self-determination and went

12   with me to an abortion clinic.  Since it was

13   legal, the clinic was clean; the staff,

14   compassionate; and I recuperated quickly.

15           "I finished my undergraduate work,

16   moved back to Atlanta, worked, volunteered with

17   disadvantaged children, homeless, and more.

18   Attended graduate school.  Gave birth to two

19   children who are truly spectacular.  Provided for

20   them in a way that would have been completely,

21   abjectly impossible had I given birth at the

22   tender age of 18.  My two children, now

23   practically grown, are poised to exert a positive

24   influence on others and help save the planet.

25           "Was my decision to terminate easy to



Page 52

```
 1   make?  Of course not.  I cried, was panicked,
 2   definitely afraid that my parents would disown me
 3   and kick me out of the family for having the
 4   temerity to be a sexual being.
 5            "Did I enjoy being in a position to
 6   make a difficult decision?  Of course not.  Was
 7   the procedure easy?  No, it wasn't.  Even though
 8   the clinic was clean, the staff compassionate, the
 9   pain was there though transient.  I'm still happy
10   I made the decision.
11            "Was I entitled to it?  Yes, I was.
12   I'm an entire human, not a baby-making machine,
13   merely a womb for the convenience of the other
14   half the species.  All women should have body
15   sovereignty just as white men have had since
16   before the founding of this country.  Besides,
17   look at the statistics.  Numbers don't lie unlike
18   hypercritical humans.
19            "Countries that have access to sex
20   education, birth control, and pregnancy
21   termination have a much, much lower incidence of
22   abortion.  If you truly care about babies,
23   children, and adults and aren't just pandering and
24   trying to regulate and shame women for controlling
25   their sexuality, you will trust us with our
```



1  bodies."

2          That is story number five from a

3  Brookhaven resident.

4          "While this bill will no longer affect

5  me, it will affect all young women and should not

6  be approved.  My sons are nine years old and

7  nine months apart in age.  This is not a gap we

8  had planned, but our youngest son is also not an

9  accident.

10          "He was many years in the making.  I

11  had three first trimester miscarriages.  And under

12  this bill, I would more than likely be criminally

13  investigated for those.  We thought three

14  miscarriages was horrible.  We had no idea what

15  horrible truly was.

16          "I made it to 16 weeks with my fifth

17  pregnancy and not easily took our five-year-old

18  with me to a routine ultrasound.  We wanted him to

19  see the heartbeat of his future sibling.

20          "My dreams were shattered with the

21  words, there's a major problem.  In the next few

22  days, my husband and I saw multiple maternal fetal

23  specialists and a geneticist.  Our son had

24  multiple neural tube defects that were

25  incompatible with life.  He had a heartbeat but



1    would never draw a breath outside of my body.

2              "We had options, and those were

3    explained many times.  I could continue the

4    pregnancy, but our child was dying.  We chose to

5    end the pregnancy.  And, yes, this was a decision

6    that my husband and I made together after many

7    days of crying and praying.  There was no ripping

8    of limbs.  There was a labor and a delivery, and

9    we held our son.

10             "This was not the end of our nightmare.

11   One year later I was pregnant again.  And once

12   again, this time at 19 weeks, the neural tube

13   defect and encephali was found.  Our daughter had

14   no brain or skull, but she did have a heartbeat.

15   Once again, we had options: plan a funeral or end

16   the pregnancy.  We chose to end it at 19 weeks,

17   6 days.

18             "Yes.  We held her and unwrapped her

19   blanket, removed her head covering.  I will tell

20   you that is an image that will remain with us for

21   the rest of our lives.  It's not an easy thing to

22   end a pregnancy, much less two.

23             "We were married, working, responsible

24   parents.  Not what you think of in terms of people

25   receiving abortions.  This is a decision that



1    should be between a woman, partner, and medical

2    staff.  Politicians have no place in a medical

3    decision.

4              "The people who support this bill don't

5    trust women enough to make their own informed

6    medical choices.  We never wanted perfect, but we

7    did want viable.  Our long journey ended on

8    September 25th, 1994 with the birth of our son.

9              "I urge those of you that support this

10   bill to meet with families that have walked this

11   journey and listen to them with an open heart and

12   mind."

13             That is from a constituent in Athens,

14   Georgia.

15             And my final story:  "I've been on

16   medication for a few years now that is critical to

17   my daily activity.  It makes getting up in the

18   morning possible.  It helps me to maintain a

19   meaningful career and enables me to live my life

20   more fully in spite of my clinical depression.

21             "It's also US FDA pregnancy category C

22   which means that while they don't have enough

23   human research yet, animal studies have shown that

24   exposure can cause adverse reactions in fetuses.

25   So when my husband and I are ready to start our



1  family, part of our family planning journey, like

2  many women, will be taking the time to transition

3  off of my medication just like I'll do with my

4  birth control, with an occasional glass of wine,

5  with certain face creams, and manicure procedures.

6  No big deal; right?  Totally normal.

7           "Well, it's a really big deal if we

8  conceived inadvertently before the transitioning

9  off the medication occurred because in spite of

10 its critical role in my day-to-day experience, as

11 one of the millions of American women living with

12 diagnosed depression, it's potentially lethal to

13 abruptly discontinue.

14          "HB 481 would make it so that in the

15 event of our contraception failing, resulting in

16 an unplanned but very wanted pregnancy, we would

17 have to subject our baby to any and all of the

18 possible side effects, many of which are not

19 totally understood yet, or risk maternal mortality

20 by discontinuing the medication to preserve the

21 pregnancy.

22          "Abortion isn't the weapon of a single

23 woman.  It is a critical medical intervention for

24 married and unmarried women alike.  And more often

25 than I think men realize, it's a question of life



Page 57

1    or death for both parties."

2            An abortion is a medical procedure that

3    ends a pregnancy.  It is a healthcare need for

4    millions of women and girls who become pregnant.

5    An estimated one in four pregnancies end in

6    abortion each year.  One in four.  That's someone

7    you know.  It's not just Democrats.  It's not just

8    people that live in Atlanta.  Those are people

9    that all of you know.  One in four women by the

10   age of 45 will have had an abortion.

11           As you can tell from the stories that

12   I've shared, no two pregnancies are the same.  We

13   shouldn't put ourselves in the middle of the

14   doctor-patient relationship, and we should oppose

15   HB 481.

16           Mr. President, I yield the well.

17           CHAIRMAN DUNCAN:  Senator has yielded

18   the well.

19           The Chair recognizes the senator from

20   the 9th to speak to the bill.

21           SENATOR MARTIN:  "O Lord, You have

22   searched me and known me.  You know when I sit

23   down and when I rise up; You discern my thoughts

24   from afar.  You search out my path and my lying

25   down and are acquainted with all my ways.



1          "Even before a word is on my tongue,

2    behold, O Lord, You know it altogether.  You hem

3    me in before and behind -- behind and before --

4    excuse me -- and lay Your hand upon me.  Such

5    knowledge is too wonderful for me, it is high.  I

6    cannot attain it.  Where shall I go from Your

7    Spirit?  Or where shall I flee from Your presence?

8          "If I ascend to Heaven, You are there.

9    If I make my bed in Sheol, You are there.  If I

10   take the wings of the morning and dwell in the

11   uttermost parts of the sea, even there Your hands

12   shall lead me; and Your right hand shall hold me.

13         "If I say surely the darkness shall

14   cover me, and the light about me be night; even

15   the darkness is not dark to You.  The night is

16   bright as the day.  For darkness is as light with

17   You.  For you formed my inward parts; you knitted

18   me together in my mother's womb.

19         "I praise You, for I am fearfully and

20   wonderfully made.  Wonderful are Your works.  My

21   soul knows it very well.  My frame was not hidden

22   from You when I was being made in secret,

23   intricately woven in the depths of the earth.

24         "Your eyes saw my unformed substance.

25   In Your book were written, every one of them, the



1 days that were formed for me when as yet there was

2 none of them."

3        A reading from the 139th Psalm, verses

4 1 through 16.

5        Mr. President, Colleagues, I think

6 everyone in this body knows that I'm not one who

7 likes to take myself too seriously.  Even though

8 we have serious work to do, we can do it in a way

9 that builds up each other and edifies those that

10 we disagree with.  I like to laugh, but today's

11 subject isn't funny.  It isn't lighthearted.

12        As a matter of fact, it's probably the

13 heaviest subject we'll take up.  The heaviest

14 subject we'll probably ever deal with in our

15 lives.  Life versus death.  Potential versus

16 potential extinguished.

17        I've heard from many people on both

18 sides on this issue.  I've heard many new words

19 that haven't been mentioned in this arena or at

20 least that I've heard before now: reproductive

21 freedom, maternal healthcare, most intimate

22 decisions.  These are shiny words.  They're focus

23 group tested words.  They're powerful words.  And

24 they're chosen intentionally because they are

25 convincing words.  More on this later.



Page 60

1          When my wife and I decided to make an

2    intimate decision of starting a family, I never

3    knew the difference it would make in my life.  It

4    opens you up to more love and the possibility of

5    more pain that you can ever imagine.  We made this

6    decision within the context of our marriage, and

7    we made a careful intent to create a loving home

8    in a dedicated, loving relationship.

9          In this decision God created, carefully

10   knit a new life.  A combination of two coming

11   together to create one new life.  The two shall

12   become one.  In our children, the two of us, my

13   wife and I -- excuse me.  In our marriage, the two

14   of us, my wife and I, are one.  It is completely

15   representative of the marriage covenant and

16   probably the most perfect institution created by

17   God.

18          I am not foolish.  I know there are

19   choices made every day in a passionate moment that

20   create fear that can only be known by the one

21   feeling it.  I understand that when carried alone,

22   this intended blessing can become crisis.  I know

23   that I will never personally know what it feels

24   like to carry this burden.  We must always be

25   mindful to provide care and counsel to those women



1    who are in crisis.

2              It is a broken world in which we live.

3    And there are some tough and heartbreaking

4    situations that require decisions nobody ever

5    wants to make, and we weren't intended make.  But

6    it is the opposite of justice and compassion to

7    create a false framework for such a decision where

8    the good of only one person is considered while

9    the very existence of the other is denied.

10             Science and biology through things like

11   DNA and heartbeats and brainwaves and pain

12   response tells that there are two unique human

13   beings involved.  And, yes, the faith of billions

14   of people from all backgrounds point to the full

15   dignity of the person in the womb.  Arguments

16   about the rights and freedoms of women are

17   compelling, and they're not without merit.  But

18   they are incomplete and result in injustice and

19   the oppression of the weakest people when the full

20   humanity of the baby is ignored or denied.

21             When this debate began, I wasn't

22   100 percent where I would fall because there was a

23   lot of chatter about the problems of this

24   legislation.  And I'm so thankful to the senator

25   of the 45th and her work along with her committee



1   mates to make changes in this legislation that

2   made it better.  She is a stalwart in the fight

3   for life.

4            She has spent her career caring both

5   literally through her work as a nurse and

6   figuratively through her work in public service

7   caring for those in need, caring for those who are

8   incapable of caring for themselves.  I hope when

9   my time of public service is over, that people

10  will say the same for me.  Thank you.

11           People in the halls will tell you that

12  I have engaged with them on this issue.  I've

13  asked questions, and I've listened.  I've listened

14  to their concerns on the bill.  I'll admit that

15  from phone calls, emails, and personal

16  conversations that I've had, it is interesting to

17  hear the identical words and phrases being

18  repeated by almost every caller.  There is a

19  carefully planned opposition to this bill.

20           As I told you earlier, I wasn't

21  100 percent on this bill initially.  And in one of

22  the many conversations I had, I was speaking to a

23  group.  And after engaging and listening, they

24  seemingly ran out of tested phrases and arguments.

25  And one person added, "Senator, if we pass this



1    legislation" -- and I'm quoting.  "If we pass this

2    legislation, imagine how many more poor people we

3    would have and how many more people we would have

4    on welfare and on Medicaid?"  Let it sink in.

5            Folks, that's a bone-chilling comment.

6    I didn't fully catch the enormity of that

7    statement right away.  As I sat the next morning

8    drinking coffee in thought and prayer, I couldn't

9    help but hear it repeat in my mind as if I was

10   still standing out on those ropes.

11           This is the battle we fight.  Our

12   choice is life or the extermination of the

13   limitless potential that life represents.  This

14   isn't something that I take lightly.  I choose to

15   stand and fight for the lives of those who can't

16   fight for themselves so that they may see the

17   wonders of this world and partake in the liberty

18   that our nation provides.

19           Mr. President, I yield the well.

20           CHAIRMAN DUNCAN:  Senator has yielded

21   the well.

22           The Chair recognizes the senator from

23   the 22nd to speak to the measure.

24           SENATOR JONES:  Thank you,

25   Mr. President.  And I'll be brief as we have many

1    speakers to go.

2           I rise in opposition to this bill

3    because, first, I support a woman's right to

4    choose.  And today one of the things I hope not to

5    do is get into an esoteric discussion about right

6    to privacy or Justice Douglas in the Fourth and

7    the Ninth -- Fourteenth and the Ninth Amendment

8    and things of that nature because in reality, this

9    bill has pretty much ended that conversation.

10           It hasn't been stated, but in reality

11   what this bill has done is eliminated the right to

12   choose for women.  We say that it's there up to

13   six weeks, but we recognize that -- and certainly

14   those more qualified than me, as I can't have

15   children -- a person may not even know they're

16   pregnant up to that time period.

17           So what this body has done or may do or

18   has started to do is basically overturn Roe versus

19   Wade and Planned Parenthood versus Casey.  And

20   that's not just myself saying that.  Because the

21   fact of the matter, as the author of this bill

22   stated in hearings, that if we determine

23   personhood different outside of Roe versus Wade,

24   the viability standard, then the whole context of

25   Roe and Casey falls.  And today we have determined



Page 65

1    or this bill attempts to determine what personhood

2    is.

3              But we're no closer to being able to

4    determine what personhood is today than we were

5    when Roe was decided.  Quite frankly, you can find

6    any theologian, you can find any medical person,

7    you can find any philosopher that can define

8    personhood in any way that you want it to be

9    found.

10             It's no different than when the court

11   in Roe said, we as jurors are not in a position to

12   determine personhood.  If the medical and

13   philosophers and theologians cannot decide, we

14   certainly can't do it either.  And they created

15   the standard that they created.

16             Well, for some -- but some magical way,

17   HB 481 has decided that it now has the answer.

18   And that's fine.  It now knows personhood

19   basically.  And it appears to be unambiguous,

20   unwavering, somebody said courageous possibly.

21   And it appears that there's nothing political

22   about it at all.

23             This definition of fetal heartbeat,

24   that you cannot have an abortion after fetal

25   heartbeat which could be up to maybe six weeks, it

Page 66

1   seems that this is very unwavering.  But when you

2   really look at this bill, there's one little part

3   in it that tells you this is totally political.

4   And at first blush, it seems like it's

5   done -- it's a good thing, but you have to

6   understand what's behind it.

7              It's politics, and it is a recognition.

8   It's both.  It's politics and a recognition that

9   at the end of the day, the right to choose is

10  exactly what it is.  It's a constitutional right,

11  and it is a right that a woman should have.

12             And you say, what could you possibly

13  mean?  How could you possibly say that?  This bill

14  is very clear.  It talks about -- it has language

15  in there from the Declaration of Independence.  It

16  talks about fetal heartbeat.  And basically it's

17  trying to define personhood, and that could be up

18  to six weeks.  It basically takes away the right

19  to choose.  It seems so clear, that this is

20  obvious, that this is just unwavering.  There's

21  nothing political about this at all.

22             There is no way you can say that

23  there's a recognition that a woman actually has a

24  right to choose within this bill.  But I would

25  say, no, that's not accurate.



1            There's an exception that I agree with,

2    but it shows the total contradiction of this whole

3    bill.  The exception of nonconsensual sex and

4    incest.  It shows the complete contradiction of

5    this whole bill.  You cannot -- if you believe in

6    this personhood that has been advertised, you

7    cannot do that.

8            So the belief is not a true belief.  It

9    is a political belief.  Because at the end of the

10   day, no man is going to tell a woman who is a

11   victim of nonconsensual sex, rape, or incest that

12   you must have that child.

13           But what is beneath that is a

14   recognition -- it has to be -- that there is a

15   right to choose.  That's what's beneath it.  So in

16   this bill, you actually are contradicting yourself

17   because -- you are acknowledging this because

18   otherwise you couldn't do it.  Otherwise you could

19   not do it.

20           And it goes up to 20 weeks, which is

21   interesting because that means there is no right

22   in Georgia to have this procedure, to have this

23   choice, other than those two exceptions.  And this

24   is important because when this goes to court, the

25   court is going to ask, when you're saying there's



1    no right, what is your rational basis for it?

2              Let me give you some language that

3    doesn't come from Senator Harold Jones.  You guys,

4    those who support this, have heard this.  This I

5    know is political because those who support this

6    have heard this and have told the people who have

7    said these statements, we can't do this.  Because

8    you can't expect me in a neighborhood association

9    meeting to tell a woman who stands up and says,

10   I'm a victim of rape -- I'll just say it, "rape,"

11   and you're telling me that I can't have an

12   abortion?

13             And that man's going to say, yep, you

14   can't do it.  And you have told many of the people

15   who are supporting this, I can't do it.  That's a

16   political decision, and it's wrong if you really

17   truly believe it.  I contend that the true belief

18   is you know that this is a constitutional right,

19   but you've gone so far down this rabbit hole you

20   can't get out of it.

21             Because some of the commentators,

22   conservative commentators, have stated, let's not

23   punish the wrong person by inflicting upon the

24   innocent child our rage against the rapist.  Y'all

25   have heard that, but you've ignored it because you



1    know that you can't tell politically a woman that.

2    And you've told those conservative commentators, I

3    can't do this.  Oh, yeah.

4            Both are done at the expense -- meaning

5    the criminal act and the medical, both are done at

6    the expense of an innocent person.  And they've

7    told you if you truly believe this person at the

8    end that you're advising, you can't do these

9    exceptions.  In fact, it's gotten so deep in

10   y'all's circles that there's now the creation of

11   the National Personhood Alliance, which is now

12   separated from other anti-choice groups because

13   they say, well, look, there has to be at least a

14   choice for rape and incest.

15           You choosing to put that language in

16   there shows the inherent contradiction; shows,

17   number one, it's political because you have no

18   problem saying to some extent to a poor woman who

19   hasn't been a victim of that, the end result is

20   the end result.  Your conservative commentators

21   have told y'all that.  The end result is the end

22   result.

23           But if it's a poor woman who can't

24   afford it, she says, no, it wasn't -- it was not

25   nonconsensual sex, it wasn't incest, but this is



Page 70

1    where I am in life.  I've been to community

2    college, I got a GED, and I had unprotected sex.

3    I'm sorry.  This is where I am.  This is going to

4    hurt me.  Can I please be part of this exception?

5    And our bill says you can't.

6                And the court is going to say, what's

7    your basis for that?  The end result is the end

8    result.  How do you make this determination that

9    one person can have access to this exception and

10   another cannot?  Because your own conservative

11   commentators have said that the trauma on the lady

12   is the same.  So don't come up here and talk about

13   that.  Y'all know that's not true.

14               Conservative commentators have said,

15   there's no difference in the trauma of the woman

16   who does it out of economic concerns and the woman

17   who does it for nonconsensual sex or incest.  And

18   the court is going to hear this and look at this

19   record and say, what was your answer to that?

20   Because if you're giving an exception here, why

21   are you not giving an exception -- what's your

22   rational basis of not doing that?  We just didn't

23   want to do it?

24               This law is so blatantly -- we all know

25   it's blatantly unconstitutional, but that in



1    itself just makes it that much more problematic.

2    So as I looked at this, I recognized that in

3    reality, we recognize that this is a

4    constitutional right.  Otherwise we wouldn't be

5    making these political, even legal, exceptions.

6    But I think some people have gone so far down this

7    political rabbit hole, anti-choice, anti-women,

8    you can't get out of it.

9            And I will say this to those of you who

10   believe thoroughly in the right, who have gone

11   down this rabbit hole, you know what's coming

12   next.  You know that these groups are not stopping

13   here, and they're going to demand that you take

14   these exceptions out.  And you know it's not

15   right.  Not only from a political, but from a

16   legal and from a moral standpoint, you know it's

17   not right.

18           Today is your day to do what's right.

19   Stand up.  Stand up.  Get out of this rabbit hole

20   that you've gone down and say, it's got to stop.

21   If you didn't think it had to stop, you wouldn't

22   have put this exception in there.

23           This isn't to help me.  You've ended

24   the right to choice.  I believe in the right to

25   choice.  You've done nothing for me.  You've done



Page 72

1  nothing for women.  You ended choice with this

2  bill.  Make no mistake.  This was for you.

3           Thank you.  I yield the well.

4           CHAIRMAN DUNCAN:  Senator has yielded

5  the well.

6           Chair recognizes the senator from the

7  3rd to speak to the measure.

8           SENATOR LIGON:  Thank you,

9  Mr. President and Members of the Senate.

10           Our Georgia Constitution begins with

11  the Bill of Rights.  And the controlling provision

12  of that Bill of Rights that is key for our debate

13  today states that the "Protection to person and

14  property is the paramount duty of government ..."

15           Our state -- we first adopted our Bill

16  of Rights in -- Bill of Rights in 1861, and

17  ironically Georgia's Bill of Rights arose out of

18  the Secession Convention.  And yet the legislators

19  who adopted our Bill of Rights and the people of

20  this state who ratified it within our 1861 revised

21  Constitution failed to consider that there was an

22  unrecognized class of the human family who could

23  not enjoy the protections of the newly adopted

24  Bill of Rights.

25           Such high and lofty words, whether they



1    appeared in our Federal Constitution or in our

2    Georgia Constitution, meant nothing for those

3    under the institution of slavery until after the

4    end of the Civil War and the passage of the

5    Thirteenth and Fourteenth Amendments.

6              Our duty today is to determine if those

7    same words mean anything for another unrecognized

8    class in the human family who still remain at the

9    mercy of those holding power over their lives.

10             Shall we not recognize now that it is

11   every living human being who ought to enjoy the

12   protection of those words?  Would anyone be able

13   to say that a child in the womb is not living?

14   Would anyone be able to say that the child in a

15   mother's womb is not a living, distinct human

16   being?  Then why would we not want to protect the

17   most fragile and vulnerable and innocent among us?

18             Even those without the medical

19   knowledge that we have today, the Greeks, had

20   enough wisdom 23 centuries ago to recognize that

21   it was an offense against humanity to take the

22   life of an unborn child.  Now when we have

23   attained the scientific evidence that their wisdom

24   was correct, why are we so willing to ignore the

25   Hippocratic Oath that has guided Western medical



1    practice in its successes for over 2000 years?

2              In fact, there was enough evidence in

3    1859 for the American Medical Association's report

4    on abortion to consider whether the human being

5    in utero is a person.  That report called for the

6    protection of the independent and actual existence

7    of the child before birth as a living being.  They

8    decried the unnecessary and unjustifiable

9    destruction of the human life both before and

10   after quickening.

11             Does not the word "person" in our

12   Fourteenth Amendment and here in our Georgia

13   Constitution refer to a living member of the human

14   family?  A human being at any stage of life ought

15   to be recognized as a person.  However, at the

16   very least, we need to recognize that when a human

17   heartbeat has begun, that the interest of life

18   must be paramount.

19             In modern medicine, we know that life

20   in the womb begins at inception.  We know that the

21   child's life is unique with his or her own DNA and

22   blood type.  Certainly we know, even as a child

23   would know, that life is present at the sound of a

24   heartbeat.

25             In every other context of law, we



1   recognize that a person is alive if they have a

2   beating heart that is beating on its own without

3   artificial life support.  And when that heartbeat

4   stops, life has ended.  Why wouldn't we recognize

5   that a new person is alive in the womb in the

6   presence of a beating heart?

7              Even when a little child sees a

8   sonogram taken of that developing life in a womb

9   with a beating heart, they recognize that it is a

10  baby, a little person with a life of its own.  And

11  studies have shown that once a heartbeat begins,

12  that the developing child has a 95 percent chance

13  of being carried successfully to term.

14             The Federal Constitution establishes

15  the minimal threshold for our rights and

16  liberties, but it states we are free to offer more

17  protections to persons within our jurisdictions.

18  For example, under the Kelo versus City of

19  New London case, the federal government allowed

20  property to be -- private property to be taken for

21  redevelopment.  However, in Georgia in 2006, we

22  prohibited that practice and offered our property

23  owners more protection for their property.

24             That is essentially what this bill does

25  but on a matter of greater importance.  We do this



1   by weighing the life interest of the child and

2   recognizing the personhood of that child at the

3   point of its heartbeat.  The personhood status is

4   further established by recognition that tax

5   benefits, medical expense claims, tort rights,

6   inclusion in the census accrue at that point of

7   the heartbeat.

8            Now, we have plenty of scientific

9   evidence to guide our discussion today.  And it's

10  not my purpose to go over the scientific facts as

11  much as it is to say that as our society gains

12  scientific knowledge and is more enlightened over

13  time, the appropriate recognition of that

14  knowledge must be reflected within our legal

15  system.

16           As the US Supreme Court stated in

17  Planned Parenthood versus Casey, "In

18  constitutional adjudication as elsewhere in life,

19  changed circumstances impose new obligations, and

20  the thoughtful part of the Nation could accept

21  each decision to overrule a prior case as a

22  response to the Court's constitutional duty."

23           Due to today's strong scientific

24  evidence and the fact that the American College of

25  Obstetrics and Gynecology in its 2015 guidelines



1  provided that the standard for viable intrauterine

2  gestation is the presence of a heartbeat, we're on

3  solid scientific ground to legally recognize that

4  person in the womb and provide legal benefits and

5  protections to that new person.  Thus, the life

6  interest of the child is truly established at that

7  point in time.

8           As we balance the liberty interest of

9  the mother and the life interest of the child, the

10 life interest of the child should prevail in the

11 presence of a heartbeat.

12          Do not our evolving standards of

13 decency demand that we look at this evidence again

14 today?  Should we not rely upon the growing

15 enlightenment we see from our expanding scientific

16 knowledge?

17          Over and over in our law, we revisit

18 the code, and we update it.  Our courts overturn

19 decisions that were wrongfully made.  What if our

20 nation had let the Dred Scott decision stand?

21 What if the court had not revisited Plessy versus

22 Ferguson?

23          We know that the nation's policy of

24 segregation festered for far too long.  When

25 television revealed the ugliness of segregation in



1  pictures that we could not avoid, the nation had

2  to face and deal with the truth.  The policy of

3  segregation was wrong, and it denied an entire

4  class of persons dignity and the protection of the

5  laws to which they were entitled.

6           The decision of Roe v Wade has been

7  festering far too long in this country.  We're

8  beginning to see the ugliness of abortion and what

9  it does to the unborn.  Images are now available

10 which reveal the barbaric practice of tearing

11 apart a living person in the womb, a person with a

12 heartbeat.  As a country, we've seen the product

13 of abortion.  Little pieces of body parts stacked

14 on cold steel trays too gruesome to show here

15 today.

16           I have pictures, but I can't show them

17 on the screen because it's not proper to do that

18 in polite society.  But if anyone wants to see the

19 truth, I have a box with those pictures in there

20 on my desk.  If you want to see the truth about

21 abortion, you can come by and pick up a set of

22 pictures.  I have one for everyone in this body.

23           For far too long we've refused to see.

24 We've looked the other way, and we've denied the

25 most vulnerable class of human beings the



```
1    protections of the law to which they're entitled.
2    It's time for us to recognize our error as a
3    nation in allowing the millions of children to
4    have been aborted since 1973.
5              The life interest of the child,
6    especially at the point when a heartbeat begins,
7    is paramount.  It's time that we recognize the
8    personhood of the unborn because we know when an
9    unborn child is allowed to survive to term, that
10   that child has the opportunity to become maybe a
11   great scientist, a teacher, a musician, doctor,
12   nurse, electrician, artists, firefighters,
13   policemen, inventors, and maybe even a
14   legislature.
15             We have a legislature here with us
16   today whose mother decided to give him up for
17   adoption out of necessity.  He's the author of
18   this bill.  We're glad that he's with us.
19             I urge you to stand firm for those who
20   cannot speak yet with their voices in this battle,
21   that their bodies bear the witness to the truths.
22   Our state has the freedom to choose a policy that
23   favors life.  So let's do that.  Let's do what is
24   right.  Let's pass this bill.
25             I yield the well, Mr. President.
```



1          CHAIRMAN DUNCAN:  Senator has yielded

2     the well.

3          The Chair recognizes the senator from

4     the 48th to speak to the measure.

5          SENATOR KARINSHAK:  Thank you,

6     Mr. President.

7          I rise today to speak against House

8     Bill 481 for every Georgian; for the thousands

9     who've reached out to me, men and women; and for

10    those who have no voice.  For I too was a person

11    with no voice until I was able to escape poverty

12    and become a lawyer and become a state senator by

13    the grace of God to stand here with you today.

14    And I too know God.

15          Like all of us, I wear a number of

16    hats.  And I'm going to wear a few of them as I

17    speak today.  I'm going to start by speaking as an

18    attorney, a former federal prosecutor, and counsel

19    to a former governor of this great state.

20          Ladies and gentlemen, this legislation

21    is blatantly unconstitutional.  We should just

22    tear this up, the Constitution.  It would be

23    difficult, not to mention extremely expensive and

24    fiscally irresponsible, to defend in court.

25          Now, I could go line by line through

1   the entire history of this issue, but I'm not

2   going to.  I'm going to give you a brief overview.

3   The Fourteenth Amendment of the US Constitution

4   holds that "No State shall ... deprive any person

5   of life, liberty, or property without due process

6   of law."

7            The Due Process Clause is not

8   restricted to nor found in other guarantees

9   enumerated in the Constitution.  Rather, it is a

10  rational continuum which protects against

11  arbitrary and unnecessary restraints or burdens

12  placed upon the individual, here women, by the

13  government.

14           The constitutional protection of a

15  woman's choice with her family and her doctor and

16  her God, or whatever the family believes in as a

17  greater power or not, about the pregnancy

18  originates from the Due Process Clause of the

19  Fourteenth Amendment.

20           In the 1992 case Planned Parenthood

21  versus Casey, the Supreme Court of the

22  United States affirmed the 1973 ruling in Roe

23  versus Wade, the constitutional right to have

24  an abortion.  The Casey court adopted what is

25  called the Undue-Burden standard, that "If the



1    primary purpose of a state's legislative or

2    regulatory scheme 'is to place a substantial

3    obstacle in the path of a woman seeking an

4    abortion before the fetus attains viability,'

5    an undue burden on a woman's right to decide to

6    have an abortion exists, and the provision of a

7    law is constitutionally invalid."  That means

8    unconstitutional.

9            "While the state has a legitimate

10   interest in promoting life or some other rational

11   goal, a statute is nevertheless unconstitutional

12   if the effect of the [impugned] statute or

13   regulation creates an obstacle to a woman's free

14   choice."

15           The court in Casey held that

16   "... unnecessary health regulations that have the

17   purpose or effect of presenting a substantial

18   obstacle to a woman seeking an abortion impose an

19   undue burden on the [constitutional] right ..."

20   And you can check those quotes.

21           20 years later in 2016, Whole Woman's

22   Health versus Hellerstedt, the United States

23   Supreme Court was presented with the issue of

24   whether two provisions of Texas law, HB 2, the

25   first provision being the so-called Admitting



1    Privileges requirement and a second provision

2    regarding necessary clinic upgrades to meet

3    surgical center requirements violated a woman's

4    right to choose.

5              The court applied the Undue Burden

6    standard test utilized in Casey to that law and

7    determined the two provisions were in violation of

8    the Due Process Clause of the Fourteenth

9    Amendment.  By finding the law in violation of the

10   Constitution, the Supreme Court of the

11   United States furthered the notion that the

12   Constitution protects a woman's right to choose

13   abortion, and courts have an obligation to

14   carefully review state regulation of abortion to

15   ensure that it respects the Fourteen Amendment's

16   guarantee of liberty for all.

17             The court held that the Undue Burden

18   standard requires the courts to consider the

19   burden the law imposes on abortion access together

20   with the benefits those laws confer.  Therefore,

21   more than just rubber-stamping state laws is

22   needed to protect the rights of women.  There

23   should be no rubber stamps.

24             Just last year a district court judge

25   ruled that the 15-week ban in Mississippi was



1  unconstitutional because it unequivocally violated

2  women's constitutional rights.

3           In a statute similar to this one, the

4  Eighth Circuit Court of Appeals struck down an

5  Arkansas law banning abortions at 12 weeks of

6  pregnancy if a fetal heartbeat is detected.  The

7  court ruled by banning abortions after 12 weeks'

8  gestation, the act prohibits women from making the

9  ultimate decision to terminate a pregnancy at any

10  point before viability.

11          North Dakota's abortion ban, which

12  also banned abortion when a fetal heartbeat

13  is detectable, was also struck down as

14  unconstitutional.  The district court issued a

15  preliminary injunction in 2013 to block

16  enforcement of that law and in 2014 struck it down

17  as an invalid and unconstitutional measure that

18  cannot withstand constitutional challenge.

19          The following is from the temporary

20  restraining order granted just last week against a

21  Kentucky bill, Senate Bill 9, that would have had

22  more or less the same effect as the legislation

23  before us today.  Referring to those who oppose

24  the legislation, the restraining order says that

25  the "Plaintiffs have shown a strong likelihood of



Page 85

1    a success on the merits of their Fourteenth

2    Amendment Due Process challenge to Senate Bill 9."

3              So you can see from the case law and

4    with laws that are substantially the same as what

5    we are looking at today, that the case for this

6    proposed legislation for Georgia violates the

7    privacy provisions of the Fourteenth Amendment and

8    is weak, if any justification exists at all.

9              For this reason, I call on each of you

10   to vote no on House Bill 481.

11             Now I'm going to speak to you as a

12   state senator.  I, like the rest of you, took the

13   oath of office just two months ago.  When we did,

14   we swore to, quote, "support the Constitution of

15   this state and of the United States and on all

16   questions and measures which may come before us,"

17   end quote.

18             This legislation, House Bill 481, would

19   be difficult and expensive to defend.  But we

20   shouldn't even be defending or passing it in the

21   first place when doing so is in direct

22   contravention of our duty, our sworn duty.

23             Furthermore, we're also neglecting our

24   unstated obligation to perform due diligence by

25   ignoring the recommendations of such expert groups



1   as the Medical Association of Georgia, which has

2   submitted a letter here; the Georgia Academy of

3   Family Physicians; the Midwives of Georgia; the

4   National Association of Social Workers; Georgia

5   medical students; the Georgia OBGyn Society; and a

6   petition from the 7th Congressional District which

7   was delivered to us.  Those are just to name a

8   few, but these are on your desk.

9            We also have failed yet again to obtain

10  a fiscal note.  We have failed to obtain a fiscal

11  note and to understand the financial impact of

12  this legislation which significantly expands the

13  definition of a, quote, "dependent," and could

14  cost and will cost, if passed, this state millions

15  of dollars.  Testimony before the Committee by the

16  author of the bill was 10- to $20 million, but

17  that's just a guess.  That's on top of the legal

18  fees Georgia taxpayers will have to pay to defend

19  this statute in court.

20           And let's talk about those attorney

21  fees for a second.  Based on what we know about

22  other states' experiences in defending blatantly

23  unconstitutional law such as this, Georgia

24  taxpayers will be paying millions of dollars to

25  defend this law, a defense that they have not



1    asked for.  They have not voted for us to do this.

2    And, in fact, a majority of Georgians do not

3    support this bill.

4              This recent Supreme Court case

5    regarding abortion cost the state of Louisiana

6    approximately $4.7 million.  Indiana spent

7    $2.8 million; and Texas has spent more than

8    $4.5 million defending laws; and Arizona, about

9    $2.2 million.

10             Even Tennessee's Catholic bishops

11   recently concluded that, quote, "Given the field

12   of legal realities that we must consider, we

13   believe it would not be prudent to support the

14   'Heartbeat Bill' knowing the certainty of the

15   overturning of it when it is challenged, in

16   addition to the court-ordered fees that would be

17   paid ..."  That is a statement from the Knoxville

18   Bishop Stika, the Nashville Bishop Spalding, and

19   the Archbishop Kurtz who is currently overseeing

20   the Memphis diocese.

21             As you can see from my somewhat short

22   survey of legal fees and the cost of defense, this

23   is not good use of taxpayer dollars.  And we are

24   supposed to be stewards of those dollars, and we

25   are failing to do so.  And we don't even know how



1    much we're spending.

2              So to recap, so far I've worn my

3    attorney hat and my senator hat.  Now I'm going to

4    put on one more hat, and it's probably not the one

5    you're expecting.  Yes, I am a mother.  I am a

6    woman.  But clearly our points about women

7    deserving equal rights and equal protection under

8    the law have fallen on deaf ears in this body and

9    in the body across the hall.

10              So I'm going to speak as someone who

11   grew up in Northwest Georgia, Walker County, rural

12   Georgia; as a person who moved between trailer

13   parks and a public housing project.  My sister

14   Scarlet McGovern is here today.  Please stand.  We

15   grew up there together.

16              On the off chance this legislation is

17   able to make it through the courts, there will

18   still be a small population in this state who

19   cannot obtain safe, legal abortions.

20              The people affluent enough to travel to

21   states where they are legal will be able to get a

22   safe abortion.  The only people truly impacted by

23   this legislation are those who come from families

24   like the one I grew up in, that my sister Scarlet

25   grew up in, and where currently there is no ob-gyn



1    in Walker County.  I looked it up.

2              There are a few words that are thrown

3    around a lot in debates like this: values, moral,

4    immoral, quoting scripture.  I want to talk for a

5    second about the word "immoral."  When I walked in

6    this morning, I was shocked by the number of

7    police cars lined up outside here by the Capitol.

8    As a former federal prosecutor who has prosecuted

9    some of the most egregious crimes, I have never

10   seen such a police presence.  And I ask you, if

11   we need this much police presence and law

12   enforcement, we might be doing somebody wrong.

13             I would say it's pretty clearly immoral

14   if we're going to sit here in this fancy marble

15   building in the middle of a thriving metropolis

16   and ignore the true weight of this legislation and

17   to forget the desperation of those who would be

18   affected by it; people like the family I grew up

19   in, the very people so many of you represent or

20   are supposed to be representing.  I ask you to

21   think about that.

22             Thank you, Mr. President.  I yield the

23   well.

24             CHAIRMAN DUNCAN:  Thank you, Senator.

25             Chair recognizes the senator from the



```
1    14th to speak to the measure.

2              SENATOR THOMPSON:  Thank you,

3    Mr. President.

4              I rise today in support of HB 481 more

5    commonly known as the heartbeat bill.  My support

6    is not because it's politically correct or that

7    science supports that these little ones are alive

8    and valuable.  My support is rooted not only in my

9    faith but because this issue is deeply personal.

10             It's deeply personal to me and to many

11   others in our state, and this issue has been

12   impacted and affected my life for the last

13   30 years.  You see, it's an issue that people on

14   both sides are deeply passionate about and for

15   several different reasons.  We often talk about

16   being a voice for those that have no voice, and I

17   100 percent agree.  But that statement refers to

18   the unborn.

19             I would ask you what about the poor

20   girl that's faced the abortion?  Have we

21   considered how this decision affects her and the

22   multitudes of others in her life?

23             Each and every one of us have a story,

24   our story.  Please allow me to share mine.  It

25   involves four young women.  You see, I was married
```



1    when I was 23 years old, and I was incredibly

2    excited about starting this new chapter in my

3    life.  Like many young couples, we didn't have

4    much money.  We had each other, and we had a plan.

5              And over the next four years, we bought

6    a house; paid off student loans; and then in our

7    fourth year into the marriage, we began to try to

8    have a child.  We tried for one-and-a-half years

9    using -- because of infertility, we used drugs and

10   all the other procedures and treatments.  It was

11   extremely frustrating and very emotional.  For

12   those of you that endured or experienced

13   infertility, you understand.

14             One particular day I came home from the

15   office to find my wife curled up on the floor in

16   tears.  She wasn't just a little upset.  She was

17   physically and mentally exhausted from sobbing all

18   day.  After nearly two hours of consoling her and

19   wondering what in the world would have caused her

20   to be so upset, she revealed a deep, dark secret

21   that she had hidden from me and most of the world

22   for many years.

23             You see, she had terminated a pregnancy

24   years and years ago, and it had haunted her all

25   these years.  Now she was convinced that God would



1 not allow her to get pregnant because of her

2 actions.  She said, at the time, I didn't think I

3 had any other choice.  I was young, scared, and

4 alone.

5            We sought out professional counseling

6 to help her grieve and to understand that the God

7 that we believed in was full of grace, mercy, and

8 forgiveness.  And I hoped and prayed she could

9 forgive herself as we thought to get back to being

10 Barbie and Ken.  But, you see, that was not

11 enough.  She just couldn't forgive herself.

12            She turned to alcohol and many other

13 vices.  And a year and a half later, our storybook

14 marriage ended in divorce.  See, the divorce

15 didn't end there.  She continued to spiral down

16 for the next five years until she nearly succeeded

17 in ending it all.

18            A few years later, the Lord brought

19 me a sweet girl from Mississippi, and several

20 months later we were engaged.  Becky dealt with

21 endometriosis for most of her life.  But it was

22 during our engagement, we had discovered that she

23 had accelerated endometriosis that had destroyed

24 part of her colon, an ovary, the cecum, and much

25 more.  The result was an emergency hysterectomy.



1   Our dreams crashed.  We had hoped to start a

2   family one day.  But clearly this development

3   meant we would never have biological children, and

4   the heartbreaking reality set in for both of us.

5   "Why Lord?," we asked.

6               Three years passed, and we decided to

7   adopt, as many of you know.  We started the

8   process, and it was extremely difficult and

9   expensive as all get-out.  After becoming

10  frustrated with the process, we decided to go a

11  private adoption route and began contacting

12  thousands of people in search of an opportunity.

13              That opportunity came one day when I

14  called a center in Nashville, Tennessee.  And that

15  day a scared 20-year-old girl was sitting with a

16  counselor.  You see, she was all alone, scared,

17  and feeling inadequate.  Sound familiar?  She had

18  decided an abortion was her only option.  And with

19  the termination papers and a pen in her hand, she

20  was prepared to end her five-month pregnancy.

21              But God had a different plan.  It was

22  then at that time the phone rang -- our phone rang

23  into the center.  And after much discussion, she

24  realized that she had another option.  Today that

25  young woman lives a happy, fulfilled life in



1    another state.

2              Ladies and gentlemen, there are women

3    all over this state that have made the un-fateful

4    decision to have an abortion.  As I stand here

5    before you, many of these young ladies not only

6    regret it, but they take it with them for the rest

7    of their life.

8              Listen to these statistics, not from me

9    but a 2011 study published in a British Journal of

10   Psychiatry.  The study examined 877,000 women of

11   which 164,000 had an abortion.  The women who had

12   an abortion were 81 percent more likely to

13   experience mental health struggles, 34 percent

14   more likely to develop anxiety disorder,

15   37 percent more likely to experience depression,

16   110 percent more likely to abuse alcohol,

17   155 percent more likely to commit suicide,

18   220 percent more likely to abuse marijuana and

19   drugs.

20             I realize that tremendous passion

21   exists on both sides of this issue, and I don't

22   want your personal stories -- I don't know your

23   personal stories or how you may have been

24   impacted, but I hope as challenging as this was to

25   share mine, that you'll consider the decision of



1  terminating a pregnancy is much more than just

2  ending the life of a baby or a child.  It impacts

3  that woman for life and the family for generations

4  to come.

5          With that, my friends, I ask that you

6  prayerfully consider supporting this bill.

7          I yield the well.

8          CHAIRMAN DUNCAN:  Senator has yielded

9  the well.

10         The Chair recognizes the senator from

11 the 44th to speak to the measure.

12         SENATOR DAVENPORT:  Thank you very

13 much, Mr. President.

14         I rise this evening to oppose House

15 Bill 481.  Colleagues, I'd just like to talk a

16 little about maternal mortality, the death of a

17 woman caused -- related to her pregnancy during

18 and approximately a year afterwards.

19         There are disparities in healthcare.

20 And I'm concerned because we haven't expanded

21 Medicaid.  I am concerned about poverty and

22 healthcare.  And it's all about access to

23 healthcare.

24         Giving birth to a child is supposed to

25 be the happiest time of your life; and many times



Page 96

1    it ends up being a nightmare, a deadly event.

2    Time and time again persons tell us about events

3    where the patient was fine and then died.  The

4    quality of care is the problem.

5               There is a lack of mental health

6    services.  And then you have rural health

7    hospitals, have limited stored blood products.

8    Then there's a lack of diligent follow-up for

9    women with complications and women with chronic

10   health issues postmortem.  Hemorrhaging is the

11   leading cause of death.  It's hard to predict, and

12   still more could have been done during labor.

13              Colleagues, I want you to understand

14   that banning abortions does not eliminate

15   abortions.  It just makes it less safe and puts

16   more pregnant women at risk.  Thousands of women

17   lost their lives to unsafe abortions before Roe

18   versus Wade.  And since legalization, it is one of

19   the safest medical practices in the US.

20              You know, in the 1960s, rich girls got

21   safe abortions.  And then poor girls many times

22   got unsafe abortions with complications from

23   infections, and then some of them just bled out.

24   You know, that's a hard pill for parents to

25   swallow.  And it's hard for their friends.  Those



1    who loved those girls so much, it was hard for

2    them to absorb.

3            I digressed a little, but let me just

4    get back to maternal mortality.  This is an

5    important discussion.  There have been many

6    studies and reports.  One report suggests that

7    women are in poorer health when they get pregnant

8    and are not getting proper care.

9            Dr. Brenda Fitzgerald, an ob-gyn, wrote

10   that "Chronic health conditions like obesity,

11   hypertension, diabetes, and heart disease are more

12   and more common in pregnant women.  These

13   conditions make delivery more dangerous."

14   And then a report from the Georgians for a Healthy

15   Future say that "More than 70 of the state's 159

16   counties do not have OB-GYNs.  Since 1994, 35

17   labor and delivery units, mainly in rural

18   hospitals, have closed."  And then closures have

19   accelerated in recent years according to the

20   Georgia OBGyn Society.

21           The review indicated that 70 to 80

22   percent of women who died had received prenatal

23   care, but then it's still not clear how regular

24   and how extensive that care was.  The report says

25   that only 35 percent began prenatal care in the



Page 98

1    first trimester.

2              So we do understand that it's about the

3    access to care.  And it's not just rural Georgia.

4    It's all over Georgia.  Education and prenatal

5    care are both important.  Women must know that

6    they can still hemorrhage after leaving the

7    hospital.  So you need some healthcare.

8              You can have a good job with the best

9    insurance, a high-paying job; but then in an

10   instance if you're laid off or you go on contract

11   work, then you do not have that insurance.  And

12   let's think about it.  People who do not have

13   insurance put off going to the doctor.  They put

14   off getting care.  They just don't have it.  And

15   so they wait until it's too late.  So we want to

16   take care of these people.

17             So a summary of the report that

18   highlights questions raised by maternal outcomes

19   within a global community, the analysis of the US

20   research, says that "maternal health and death are

21   influenced by socioeconomic, cultural, and

22   political environments, which are shaped by

23   policy-level decisions."

24             So in conclusion, we are number 48 in

25   maternal mortality.  So we must address this issue



1    about healthcare and providing quality healthcare

2    because the quality of care is the problem.  We

3    must be concerned about this access to care.

4              So I'm here today just to say I oppose

5    HB 481, and I advocate for choice.  And I suggest

6    and recommend that we give women the right to make

7    decisions about their own bodies and not the men.

8              Mr. President, I yield the well.

9              CHAIRMAN DUNCAN:  Senator has yielded

10   the well.

11             Chair recognizes the senator from the

12   28th to speak to the measure.

13             SENATOR BRASS:  Thank you,

14   Mr. President.

15             I rise today to tell everyone here I am

16   pro-choice.  Every women should have a right to

17   choose their own doctor, to choose their own

18   partner, to choose their own place to live, choose

19   their own job, and there are many others.  And a

20   fundamental role of government is to protect these

21   liberties.

22             Another fundamental role of government

23   is to protect the most sacred unalienable right

24   endowed to each of us: Life.  And nobody is

25   allowed to choose to kill an innocent human being



Page 100

1    simply because they are in the way.  Abortion is

2    wrong because it intentionally kills innocent

3    human beings.  And a society that allows abortion

4    is a society that has adopted the idea that some

5    human beings matter more than others.  And that,

6    my friends, is a dangerous idea.

7              We all know that ideas have

8    consequences, especially in this place.  But

9    dangerous ideas have victims.  And the dangerous

10   idea that some human beings matter more than

11   others is the same one that produced the Holocaust

12   and slavery, both of which we still feel the

13   ill-effects of today.  So what we decide about

14   abortion in this state and in this nation, it does

15   matter.  And future generations will be looking to

16   us with either pride or disgust.

17              Now, almost all the justifications

18   given for abortion assume that the unborn is not a

19   human being like you and like me.  And if the

20   unborn were not human, then killing them requires

21   no more justification than getting a haircut or

22   simply getting a tooth pulled.

23              But I'll be the first to admit these

24   justifications are unquestionably important

25   issues.  Appeals to privacy, poverty, disability,



Page 101

1   the child being unwanted, neglected, women being

2   able to pursue their education, their career.

3   Again, very serious and very complex issues but

4   none of which would justify killing a

5   two-year-old.

6            No one in their right mind questions

7   the humanity or the value of a toddler.  So what

8   we want to know is whether the unborn is human

9   like the toddler is human?  So let's focus on

10  answering the question, what is the unborn?  And

11  let's do that before we begin to talk about

12  killing it.  And if we focus on that and that

13  alone, abortion becomes a very simple issue.

14            So what is the unborn?  Science has

15  definitively answered that question.  Leading

16  embryology books say that from the very beginning,

17  from conception, the unborn is living.  It is

18  distinct, and it is whole.  It is a whole human

19  being.

20            So how is it living?  It fits the

21  definition of an organism that we all learned

22  about in junior high Life Science class.  It

23  grows, meaning it undergoes cellular reproduction;

24  it metabolizes, meaning it turns food into energy;

25  and it responds to stimuli.



1            What makes it distinct?  Well, it is a

2    separate entity from its mother with its own

3    unique genetic code that is different from its

4    mother's and yes, its father's.  If it was part of

5    a woman's body and not simply attached to her, a

6    pregnant mother would be said to have four arms or

7    four legs or two heads.  And we all know that's

8    crazy.

9            Is it whole?  When you scratch your

10   arm, your skill cells, all of which contain your

11   DNA, they fall to your lap or the ground in front

12   of you.  Some of those cells are still alive when

13   they land there, and they will die in a couple of

14   minutes.  But you have not just committed mass

15   murder.  Your skin cells, just like your other

16   cells, are part of you.  Their job is to

17   contribute to the overall function of the

18   organism:  You.

19           Unlike your skin cells, an embryo is a

20   whole entity in and of itself.  Even at the

21   single-cell stage, its parts contribute to its

22   overall function.  And it goes on to do something

23   remarkable.

24           And this leads to another crucial

25   difference.  We tend to think of embryos as things



1    that are constructed, nothing more than a sum of

2    their parts.  Things that are put together piece

3    by piece.  This is why we commonly hear things

4    like, it's just a clump of cells, or it's just a

5    chunk of tissue as if you could add more parts to

6    it and all of a sudden there's a baby.

7               But the embryo does something that no

8    constructed thing could ever do.  The embryo

9    develops itself from within.  None of us were

10   constructed.  From the point you came into

11   existence as a single-celled human being or a

12   single-celled embryo, you drove your own

13   development to whatever point you are at today.

14   And many of us are still developing.

15               But we aren't just a sum of our parts

16   like a piece of machinery.  Human beings are the

17   kinds of things that come into being all at once

18   and then mature accordingly.  And when does all

19   this happen?  At conception.

20               Now, the only difference in you as an

21   adult and you as an embryo -- it's simple.  It's

22   four things: your size, your level of development,

23   your environment, and your degree of dependency.

24               So first, let's look at size.  Yes,

25   embryos are smaller in size than newborns and



1   adults.  But are large people more valuable than

2   small people?  Men are generally larger than

3   women.  But does that mean that they should

4   deserve more rights?  Size is not relevant in this

5   argument.

6           Second is the level of development.

7   Yes, embryos are less developed than newborns.

8   They are less developed than adults.  But my

9   two-year-old daughter is less developed than my

10  four- and five-year-old sons.  Should my boys have

11  more rights than my daughter?  Again, level of

12  development is irrelevant in this argument.

13          Third is the environment.  Where you

14  are has no bearing on who you are.  And I'm going

15  to say that again.  Where you are has no bearing

16  on who you are.  Your value as a human did not

17  change when you left your home today.  So explain

18  to me how the unborn can simply move a few inches

19  down a birth canal and all of a sudden go from

20  nonhuman to human.  Explain to me if the unborn is

21  not human, how changing their location all of a

22  sudden makes them valuable.

23          Fourth and final is degree of

24  dependency.  If viability makes us human, the

25  newborns who cannot feed themselves or take care



1   of themselves have no right to life.  A diabetic

2   requiring insulin has no right to life.

3            I look around this body, and I look up

4   in the gallery, and I know we're all different.

5   We all think different.  But I hope we can all

6   agree on several things.  I hope that we can agree

7   we all come in different shapes and sizes.  We

8   come from different parts of the globe.  We have

9   different degrees of development and different

10  levels of dependency, yet we are all equal.  Yes,

11  we are all equal because we share a common human

12  nature.

13           Thank you, Mr. President.  I yield the

14  well.

15           CHAIRMAN DUNCAN:  Thank you, Senator.

16           The Chair recognizes the senator from

17  the 34th to speak to the measure.

18           (No response.)

19           The Chair recognizes the senator from

20  the 35th to speak to the measure.

21           SENATOR JAMES:  Thank you,

22  Mr. President.

23           I had to squeeze through the cars this

24  morning that were blocking the street.  I didn't

25  know what was going on; if I should come in this



1   building or not.  I've been here since the '90s

2   off and on.  I've never seen such a thing.  But I

3   committed to the people.  I'm not committed to the

4   politics always.  It was a tangled maze that was

5   leading in, and I didn't know who, what, when,

6   where, or why.  But I came in, and I was praying.

7   I'm Christian.

8            And I was called out in the hallway on

9   the ropes a little while ago by friends that I've

10  known for years who are strong Christians.  We've

11  been in a clergy organization together.  I've

12  spoken at some of their churches.  And they called

13  me out and truly admonished me because they

14  assumed that I was going to speak against the bill

15  because I have on all white.  They were right.

16           I'm asking that you who have decided to

17  vote for it look at it again even and make your

18  decision.  And I hope that we can vote this bill

19  down.  Because, yes, I'm a Catholic, but I'm a

20  Catholic for pro-choice.  They reminded me that I

21  shouldn't go against the Catholic hierarchy and

22  the beliefs of many.  And I am still personally

23  committed to the instruction book that I've always

24  had, and I call that the Holy Bible.

25           And I was thinking about Ephesians 6



1   and 12 that says, "For we wrestle not against
2   flesh and blood, but against principalities,
3   against powers, against the rulers of darkness of
4   the world, against spiritual wickedness in high
5   places."
6            I had prayed all morning the beatitudes
7   where Jesus said to the disciples when he opened
8   his mouth and talked to them saying, "Blessed are
9   the poor for theirs is the kingdom of heaven."  I
10  thought about the poor who want to do things with
11  their bodies that I might not do to mine.  And
12  then I thought about them, "Blessed are the
13  merciful ... Blessed are the pure of heart...
14  Blessed are the peacemakers for they are called
15  the children of God," and it goes on and on.
16           So I'm using my free will that my Bible
17  teaches me, that God gave us because I have to
18  answer for myself.  I can't answer for anyone
19  else, and you can't answer for me when that day
20  comes.  So God gave me that free will, and I
21  believe it.
22           You know, my family's very
23  conservative, and they might not even all agree
24  with me.  But they didn't even agree that I should
25  come and be a politician; but they trust me, and



1   they truly support me.

2            I believe that God gave us this free

3   will, and it's given to all of us.  And we should

4   use it.  So I used the right and the privilege to

5   marry before sex or anything with my husband who

6   is in Heaven now.  We decided when to have

7   children, and God only blessed us with two.

8            So one might say that I'm pro-life.

9   Maybe I am if that's my free will, but I'm

10  pro-choice because I think that everyone should

11  have the same right that God gave me and others to

12  decide what they want to do with their bodies.  So

13  I trust women.  And why trust women?  What does it

14  mean to trust women and value individual

15  consciousness?

16           World-renowned experts agree, even

17  Catholics, and many other people of different

18  faiths all over the world believe that pro-choice

19  is what God has given us a chance to do.  They

20  have to answer to themselves, to maybe their God

21  or their religion, and maybe to their spouse.

22           It was Helen Reddy that said in her

23  song that I Am Woman.  And this is why I trust

24  women.  I know who I am.  I have five sisters and

25  no brothers.  I grew up with a strong grandmother,



1    great grandmother, and my beautiful mother.  And,

2    I am woman, hear me roar, in numbers too big to

3    ignore; and I know too much to go back and

4    pretend, cause I've heard it all before; and, you

5    know, I've been down there on the floor and no

6    one's ever going to keep me down again.

7              So, yes, I am wise, but it's wisdom

8    born of pain.  Yes, I've paid the price, but look

9    how I've gained.  If I have to, I can do anything

10   because I'm strong.  I'm invincible.  I'm woman.

11   And I feel that other women should be able to do

12   what they need to do.

13             Politicians said that Catholics of

14   choice say that Catholic bishops are allowing

15   women to be treated as second-class citizens,

16   especially in facilities supported by public

17   dollars because they say that we just keep

18   chipping away and chipping away and chipping away

19   at Roe versus Wade.  And that's that bill that a

20   lot of people don't want to hear about and say is

21   wrong.

22             But on January the 22th of 1973, the US

23   Supreme Court handed down its landmark decision in

24   the case of Roe versus Wade which recognized that

25   the constitutional right to privacy extends to a



1    woman's right to make her own personal medical

2    decisions including the decision to have the

3    abortion without interference from politicians.

4            The court held that a woman has the

5    right to choose abortion care until fetal

6    viability.  That's God's law I talked about

7    earlier, and that's man's law.  In stages of

8    pregnancy -- this particular bill, one reason that

9    I really couldn't support it, it's been debated

10   for so many years:  When does a baby really

11   happen?  Is it an embryo?  You know, when?

12           Well, first, it's conception.  Then

13   it's the first trimester.  And that starts at

14   4 weeks to 14 weeks, not 6 weeks.  And then it's

15   the third trimester -- the second trimester is

16   16 weeks to 26 weeks, and the third trimester to

17   28 weeks to 38 weeks.  And then lastly the baby

18   comes at 40 weeks.

19           But this bill, HB 481, calls for

20   6 weeks, and that's before most women even know

21   that they're truly pregnant.  The embryo is about

22   one-fourth inch long, not, what, 14 inches long.

23   At that particular time of 6 weeks, one-fourth

24   inch long, the embryo does not have a brain yet.

25   It's beginning to get a head and a torso, but



1    that's all.  Some people say it looks like a

2    peapod.

3                 And it's a pumping that begins.  But

4    what I learned in biology is that it is a vessel

5    that begins and eventually turns into a heart

6    maybe at 8 to 12 weeks.  It's not a heart yet.  So

7    the heart is not beating, in my opinion, from what

8    I learned in school.  And I do have a Ph.D.  Thank

9    you very much.

10                You know, I'm truly appalled that I

11   have to stand here today to defend or address this

12   personal issue about what a woman should be doing

13   with her body.  I am, like I said earlier, one of

14   five daughters.  My mother had no boys.  And, you

15   know, I want all of my sisters and all of the

16   people that I represent to do what they need, you

17   know.

18                In state legislatures across the nation

19   from Oregon to Illinois to New York, but not in

20   Georgia, have passed a wave of progressive laws to

21   protect access to abortion and safeguard a woman's

22   autonomy to make her own moral choices over deeply

23   consequential reasons, deeply complex decisions

24   around when and whether to continue a pregnancy.

25                You know, the so-called heartbeat bill



1   that we have now has been passed in some other

2   states, and it's always -- already having trouble.

3   About 90 individual organizations testified

4   against this bill in, say, Ohio, for example.  It

5   included some national organizations that's

6   standing with us here in Georgia: the American

7   College of Obstetricians and Gynecologists; State

8   Medical Association; Ohio Religious Coalition for

9   Reproductive Rights; the medical professionals in

10  many states; and the group that I'm a part of,

11  Catholics for Choice; and so many different other

12  organizations and doctors and nurses.

13          The president of Catholics for Choice

14  said abortion is a personal choice and not

15  something in which legislatures need to insert

16  themselves.  And I quote, "As Catholics in full

17  accordance with the teaching of our faith, we

18  shape and advance sexual and productive ethics

19  that are based on justice, reflect a commitment to

20  women's well-being, and respect and affirm the

21  capacity in women to make moral decisions about

22  their lives."

23          And I know that my husband and I wish

24  we could have had ten children if God had so

25  blessed us.  We only had two boys.  So we



1    didn't -- that was our choice, and that's what we

2    did.

3              So in closing, I just want to say,

4    "Yes, I am wise, but it's wisdom born of pain.

5    And, "Yes, I've paid the price, but look how much

6    I gained."  If I have to, I can face anything.

7    Yes, "I am strong.  I am invincible.  I am woman."

8    I am woman.  I am woman.

9              So let us obey God's law and man's law.

10   Let's vote no to HB 481.

11             Mr. President, I yield the well and ask

12   that all of you trust a woman and trust her to do

13   what she can with her free will.

14             I yield the well.

15             CHAIRMAN DUNCAN:  Thank you, Senator.

16             The Chair recognizes the senator from

17   the 54th to speak to the bill.

18             SENATOR PAYNE:  Thank you,

19   Mr. President.

20             Friends, I rise today in support of

21   House Bill 481 just two days following my family's

22   praise to God in the birth of my first grandson.

23             But long before two days ago on April

24   4th, 1990, nearly 29 years ago, my wife and I

25   entered the hospital in anticipation of our first

1    child's birth.  Not knowing if we would have a boy

2    or a girl, we found ourselves as all new parents

3    do just trusting God in all that would come.

4              That day we received -- that day we

5    received our daughter, and we named her Heather.

6    Six months later I returned home from working the

7    nightshift at the Youth Development Center, known

8    as the adult in our YDC, as a youth development

9    worker.  And I got home about 1:00 in the morning.

10             As I walked in, I thought I would look

11   in at my daughter.  And as I looked in, she was

12   lying there awake, laying on her back, less than

13   six months old.  And she was looking in one

14   direction.  And when I veered over the crib, she

15   turned and looked at me.  And then gave me the

16   most precious smile.  And I was just overwhelmed

17   because in just a few weeks, she already knew who

18   I was.  She already knew who I was.

19             So that night I stayed up, and I just

20   was overwhelmed by the moment.  And I stayed up,

21   and I wrote this poem for my wife.  And it's on

22   each of your desks.  The title of this poem is

23   God's Smile.  And I wrote this for my wife.

24             "The pains had started, but it would be

25   a while yet as the baby wouldn't arrive until your



1   body was set.  We were so nervous and scared of

2   the unknown."  I was only 25.

3                "We were so nervous and scared of the

4   unknown.  I'm glad you were for I couldn't have

5   done this alone.

6                "As the day went along, the pains would

7   get worse.  The nurses had warned that you'd

8   probably curse.  It would be a boy, so we

9   believed; but God doesn't show what's up his

10  sleeve.

11               "Now the pains are really strong.

12  O Dear God, let nothing go wrong.  I tried and I

13  tried to ease your pain, but no matter what, they

14  would always remain.

15               "A nurse came in.  'Its time to have

16  this child.'  They told you to push, and you

17  really went wild.  You pushed and you pushed until

18  the head popped out.  It was so big, no wonder you

19  shout.

20               "Just a few more pushes.  We were

21  almost there.  This baby sure doesn't have much

22  hair.  'It's a girl,' they shouted as I grinned

23  ear to ear.  God was smiling through me at what

24  he'd put here.  They handed her to you.  You

25  should have seen your face.  God was smiling



1    through you too.  I'd know that smile anyplace.

2              "Now sometimes we argue and jest whose

3    features she has and who she likes the best.  She

4    has your nose.  She has my eyes.  But she has

5    God's smile, and that's no surprise."

6              Unlike those in 1973, medical science

7    has shown the viability of life in utero.  We now

8    know so much more than we did when Roe versus Wade

9    passed.  Because of the advances in medicine and

10   technology, we know that any child with a

11   heartbeat just as anyone in this room, they

12   possess their own and unique DNA, their own and

13   unique blood type.  They have brain functioning

14   and have begun developing motor skills.  Most

15   importantly, we know that a child with a heartbeat

16   feels pain the same as any of us.

17             Two days ago my daughter gave birth --

18   two days ago my daughter gave birth to a miracle

19   just as she was 28 years ago.  No one names

20   tissue.  No one gives a name to tissue.  My

21   grandson's name has been known for many months.

22             We are a nation that was founded on a

23   promise.  A promise that each and every soul was

24   endowed by our creator with certain and

25   inalienable rights, which means they cannot be



1    taken away; that we all have a right to life,

2    liberty, and a pursuit of happiness.  What we need

3    to understand is this is bigger than us.  It's

4    bigger than the issue of the last 20, 30, 40 years

5    in this country.  A political issue.  We're

6    looking at the future of our nation.

7             Because the truth of the matter is it

8    was a contest to find out could people live

9    without a king?  And what rights do individuals

10   have that they could live -- without a king above

11   them to tell them how they could live, to tell

12   them how they should live, to tell them if they

13   could be free?

14            The question we have in front of us is:

15   Are we still going to be a free nation?  Do we

16   have a right to life?  Do we have a right to

17   liberty?  And do we have a right to the pursuit of

18   freedom and happiness?

19            Because the truth of the matter is, is

20   the very second that we decide that one person

21   doesn't -- and that's the question here.  It's

22   personhood.  The question -- as soon as we realize

23   that one person doesn't, the truth of the matter

24   is none of us do.  None of us do.  And once it's

25   deemed that none of us do, heaven help our country



1    and our nation and our state.

2              I ask you to support this bill and this

3    measure before you.  Many of you know I don't come

4    to the well very often, but I just hope we'll make

5    the right decision.  I pray we make the right

6    decision.

7              Let's remove ourselves from this

8    equation.  Let's remove our grandstanding from

9    standing at this podium and for our folks back

10   home.  And let's just take a moment and sit at our

11   desk and say a prayer and ask God to give us

12   direction and simply follow him.  That's what

13   truly gave birth to a nation.

14             Thank you, Mr. President, and I'll

15   yield the well.

16             CHAIRMAN DUNCAN:  Thank you, Senator.

17             Chair recognizes the senator from the

18   42nd to speak to the measure.

19             SENATOR PARENT:  Thank you,

20   Mr. President.

21             Abortion is a very complex and

22   emotional topic.  It's not black and white because

23   nothing about raising a child is black and white.

24             Women get angry when a legislature that

25   is almost 70 percent male considers legislation

1    that has very serious repercussions for women,

2    their health, their lives and livelihoods.  That

3    is because laws about forcing a woman to give

4    birth when it may not be the right time for her or

5    her family is not something that one can truly

6    grasp, truly understand on a gut level until your

7    life, your future is the one under consideration.

8              Maybe some men have had it hit them

9    almost as hard when it was their girlfriend or

10   daughter, but it is not the same thing.  And

11   that's how it was for me.  Growing up abortion to

12   me seemed scary and like something immoral,

13   something that people would only whisper about.

14             But it was when I grew to be 17 or

15   18 years old that I fully comprehended the

16   ramifications to my life if I had a baby as a

17   teenager.  I never had to make that decision,

18   thankfully.  But I realized at that time that it

19   would have been completely changed the trajectory

20   of my life, of my education, of my career goals,

21   and of my plans for marriage and family when the

22   time was right.

23             Men by and large cannot truly

24   understand this the way women do because it is not

25   something that can happen to them and throw off



1  the course of their lives.

2        Throughout the history of humankind, it

3  is women who have done the work of giving birth to

4  the next generation and the large majority of the

5  work raising children.  So we take umbrage when

6  men tell us that we have to give birth and spend

7  the next 18 years raising that child if we don't

8  want to or if we can't.

9        Access to abortion and contraception

10  means a woman can take charge of her educational

11  and career goals.  The ability to put off having a

12  child and to decide when the time is right to have

13  a family has a very powerful impact on a woman's

14  economic stability and mobility.

15        Affordable quality childcare is

16  currently a huge problem in our state.  According

17  to a study released last fall by the Metro Atlanta

18  Chamber of Commerce and the Georgia Early

19  Education Alliance for Ready Students, or GEEARS,

20  over a quarter of Georgia's parents of children

21  under five reported a significant disruption to

22  their or a family member's employment: quitting,

23  not taking or greatly changing a job in the past

24  year.

25        This study found that these challenges



1    lead to at least $1.75 billion in economic

2    activity annually lost and an additional $105

3    million in lost tax revenue.  The cost of

4    childcare for an infant or toddler in Georgia

5    exceeds 40 percent of the earnings of a low-income

6    family.

7            Since this is already a problem for our

8    state and many of its families, if the State of

9    Georgia limits the ability of women to make

10   personal reproductive decisions, then it follows

11   that we also have an obligation to ensure that

12   mothers have the necessary resources to support

13   their children.

14           If the State is going to mandate that a

15   woman give birth, it must also mandate or pay for

16   paid maternity leave and high-quality childcare

17   starting when the baby is four weeks old until he

18   or she begins kindergarten to ensure that the

19   mother's education and career is not derailed by

20   the State's mandate that she give birth to the

21   child.  I had an amendment to that affect but was

22   unable to present it.

23           Since the majority party is interested

24   in establishing the rights of fetuses at

25   conception, why should the concern and support of



1    the rights and livelihood and at birth [as said]?

2              If the majority party is genuinely

3    invested in the sanctity of life, they would also

4    prioritize access to healthcare, Medicaid

5    expansion, paid family and medical leave,

6    affordable childcare, and other public policies

7    that support maternal health.

8              However, Georgia has one of the highest

9    rates of child poverty in the country at over

10   20 percent.  We are worse than all states but

11   three others.  That's pathetic.  Our child poverty

12   in this state, as large as we are and as large as

13   our economy is, is worse than every state other

14   than three, and it's over 20 percent.  The

15   government, which means us, clearly is not doing a

16   good enough job of taking care of the children who

17   are already here.

18              There are serious legal and logistical

19   concerns as well surrounding this bill, especially

20   its recognition of fetuses as people with rights

21   equal to the women carrying them.  If it were ever

22   attempted to be implemented, it would open up a

23   legal and ethical minefield.  The implications

24   could mean that there would no longer be an

25   ability to use reproductive assistance like



Page 123

 1   invitro fertilization, and there could be an

 2   imposition of all kinds of restrictions on the

 3   lives and freedoms of pregnant women.

 4            First on the list of unworkable

 5   problems in the legislation is the mandate that

 6   the father pay for medical- and pregnancy-related

 7   expenses.  How do we know who the father is?  The

 8   technology isn't there for safe paternity tests

 9   that early in a pregnancy.  The tax deduction for

10   the fetus is another, which, of course, has a

11   fiscal impact.  Talk about being ripe for tax

12   fraudsters?  I've heard no discussion about how we

13   intend to address that problem.

14            What about women who use drugs or

15   engage in other unsafe or risky behaviors while

16   pregnant.  Once a child is born, the State has the

17   division of Children and Family Services to step

18   in when a child is endangered by the actions of

19   its parents.  If the State through this

20   legislation is extending the same rights to unborn

21   children, it follows that the State will need to

22   investigate or surveil women who engage in

23   behavior that could be detrimental to their fetus.

24   Would it be possible at this point for the woman

25   to lose guardianship of her fetus while it is



1    still inside of her?

2              What if the person claiming to be the

3    father thinks that the mother is an unsafe mother?

4    Could he be granted custody by a court?  Could the

5    pregnant woman be prevented from traveling across

6    state lines if the putative father believes that

7    the mother is attempting to kidnap the fetus?

8    Could a woman be locked up or surveilled for the

9    duration of her pregnancy?  If she engaged in

10   unsafe behaviors and miscarried, could she face

11   murder or manslaughter charges?

12             Will we now have a new department of

13   fetal protection at DFACS?  What about a mother

14   who says she had a miscarriage, but someone

15   suspects that perhaps she truly had an abortion?

16   How will our state go about investigating that?

17   Will law enforcement search her home, seize her

18   phone and computer to determine her intent?

19             What about women who may not do

20   something as dangerous as abusing drugs during

21   pregnancy but aren't careful about taking their

22   prenatal vitamins or they might eat foods during

23   pregnancy that doctors recommend they not eat like

24   foods high in mercury such as tuna, processed

25   meats, and unpasteurized cheeses?



1              Recommendations to women during

2    pregnancy are constantly evolving.  They are very

3    different between my two pregnancies, which were

4    only two- and three-quarters years apart.

5              How will the government determine which

6    recommendations need to be enforced by the State

7    against a pregnant woman as the government steps

8    in to take charge of the fetus?  These and many

9    other questions remain unanswered, but they are

10   very real and very significant issues.

11             We have crises in our state of maternal

12   mortality, infant mortality, child poverty,

13   affordable childcare, a serious shortage of

14   ob-gyns and doctors in rural Georgia.  We should

15   address those issues.  Issues that impact children

16   who are already here, that is what we should spend

17   our time on.

18             This is a difficult issue.  It's a

19   tough issue.  It's an emotional issue.  But women

20   realize that life is not black and white.  We

21   realize that abortion is not black and white but

22   very, very gray.

23             I urge you to vote against this bill.

24   Women can listen to information, evaluate it, and

25   come to our own wise decisions.



1           Thank you, Mr. President.  I yield the

2    well.

3           CHAIRMAN DUNCAN:  Thank you, Senator.

4           Chair recognizes the senator from the

5    17th to speak to the measure.

6           SENATOR STRICKLAND:  Thank you,

7    Mr. President.

8           You know, the other night after about a

9    five-hour judiciary committee hearing -- and, yes,

10   they can last about five hours this time of year.

11   About as long as this debate, I think -- I decided

12   to call my mama on the way home.  And I was

13   telling her about what was going on at the

14   Capitol, and I told her about his bill.

15          And she said, well, Brian, that's

16   pretty simple, isn't it?

17          And my mom knows I'm a lawyer, and so

18   nothing's ever simple.  And I said, Mama, it's a

19   little bit more complicated than that.

20          I won't go on to tell you the advice

21   she gave me after that, but I can tell you this:

22   When you get away from this bubble of this

23   building, you get away from the signs out there,

24   you get away from the emails, you get away from

25   the phone calls, you get away from the debates

1   that we have here, maybe this issue is not really

2   as complicated as we think.

3            And there are two moments for me in the

4   last couple weeks where I confirmed that voting

5   for this bill was the right thing.  The first was

6   when three activists called me out to the ropes

7   last week, and we had a great discussion.  They

8   were very kind people.  And we start discussing

9   this and said, isn't this what this is really

10  about, is the value of privacy versus the value of

11  life?

12           And so I looked at them, and I said, so

13  tell me, do you agree at least with this point:

14  At some point, the value of life outweighs that

15  privacy, at some point?  Do you at least believe

16  that?

17           And two of them said, yes, I believe

18  that.  And they said, to us, it's the 20 weeks is

19  the current law.

20           I said, okay.  That's fair.

21           The third person looked at me and said,

22  no.

23           I said, okay.  I said, we're going to

24  have to disagree on that.

25           But then what she said to me has



Page 128

1    haunted me ever since.  She said, do you really

2    want unwanted children?

3              Think about that for a minute.  Do we

4    really want these unwanted children, these

5    children we can't afford, children we can't take

6    care of?

7              You know, I don't know about y'all, but

8    what really inspired me to get in politics was to

9    fight for the unwanted, to give voice to those

10   that can't fight for themselves, that little guy.

11   That's how I was raised.  That's what makes me get

12   up here every day to fight for those unwanted

13   people.

14              And if you really think about it, it's

15   the foundation of our Constitution to stand up for

16   the unwanted, those without a voice.  It's the

17   foundation of the faith that we all share:

18   fighting for the unwanted, standing up for them.

19              The second moment for me was when I got

20   this book that's on your desk.  And if you haven't

21   looked at it yet today, please take a look at it.

22   One of the great things and also maybe the bad

23   things about technology is you can now really see

24   what's going on with a pregnancy.  You can see in

25   that womb.



1             And we start looking at valuing, as the

2  courts have said, privacy versus life.  I look at

3  these pictures.  Please look at these pictures.

4  Look at 20 weeks.  And flip the page back.  Look

5  at 18 weeks.  Look at 16 weeks.  Look at 14 weeks.

6  Go on back from there all the way down to the

7  beginning.  And you tell me -- tell me that the

8  child at 18 weeks is less valuable than the child

9  at 16 weeks.  14 weeks is less valuable.  12 weeks

10  is less valuable.  Go back to 20.  Is that child

11  more valuable than the one at 18?  I can't answer

12  those questions because, to me, they're all a

13  child.

14             So all I can do is go back to where we

15  say life ends, with the beating of the heart.

16  That's the only place I know that I can draw this

17  line logically.

18             And as I was thinking about this vote

19  today, you know, history a lot of times will tell

20  us that one side of this issue is going to be

21  proven right.  One side is going to be proven

22  wrong.  Maybe history will say they both had some

23  merit.  I don't know where we'll go with this in

24  history.

25             But if I vote yes and I'm right, the



1    numbers say we may have hundreds or thousands more

2    lives in our state every single year, more babies

3    in our state.  If I vote yes and I'm wrong and

4    this was a wrong decision, statistics say this

5    bill passes, we'll have hundreds, maybe thousands

6    more lives in our state every year.  I can live

7    with that decision either way.

8              Thank you, Mr. President.  I'll yield

9    the well.

10             CHAIRMAN DUNCAN:  Thank you, Senator.

11             The Chair recognizes the senator from

12   the 43rd to speak to the measure.

13             SENATOR ANDERSON:  Thank you,

14   Mr. President.

15             Good afternoon, Senators.  I rise today

16   because I know that we are all concerned about

17   ensuring that there is quality healthcare in the

18   state of Georgia.

19             When I'm not serving in the

20   legislation, I am a minister and a life coach.

21   Parishioners come to me often with their life

22   stories.  I listen without judgment to the stories

23   of their life, sometimes life that hasn't turned

24   out the way that they expected.

25             Last year a woman told me she'd lost a



1  child.  A couple of years ago, my sister-in-law
2  lost her child.  Just Tuesday night a woman told
3  me she lost a child, not through abortion but
4  through the lack of maternal healthcare.  I grieve
5  each life and each circumstance.  It's not mine to
6  judge.  It's mine to pray.  It's not mine to
7  condemn, but it's mine to extend grace.
8          We can disagree about abortion and
9  agree on what gets us to optimal healthcare
10 outcomes.  My colleague spoke about maternal
11 mortality, but I want to shine the light on the
12 topic of infant mortality in the state of Georgia.
13          As heartbreaking as it is to think
14 about losing a child before their first birthday,
15 Georgia ranks in the bottom eight of states.  I
16 said, Georgia ranks in the bottom eight as recent
17 as 2018, and 2018 was only three months ago.
18          House Bill 481 will only add to the
19 infant mortality rate in our state.  There are
20 three reasons, only three that I'm going to name.
21 One, lack of access to care; two, pregnancies that
22 a woman would have to carry to term that should be
23 terminated for lack of a quality of life that the
24 unborn child will have based on lack of early
25 testing in the pregnancy.  And those we cannot



1    predict what circumstances the child would be born

2    in that may place a child in an unsafe or an

3    unhealthy environment.  And all of these reasons

4    have a remedy.  It's called full Medicaid

5    expansion.

6                For clarification, the infant mortality

7    rete is defined by the number of infant deaths per

8    live births.  And as of 2018, Georgia was

9    estimated to have eight deaths per 1,000 live

10   births.

11               Why would I focus on infant mortality

12   when we are talking about banning abortion you may

13   ask?  Because disparities persist across states

14   according to reports released by the Center for

15   Disease Control and Preventions National Center

16   For Healthcare statistics.

17               It's simple.  Infant mortality is as

18   important of a -- is an indicator of a state's

19   health as it highlights the level of maternal

20   health; the quality of public health, training,

21   and practices; ease of access to healthcare; and a

22   woman or a family's socioeconomic conditions that

23   afford her the ability to provide healthcare

24   options for her family.

25               So as my colleague stated, if we're

1   given -- God gives us choices, and it's not ours

2   to judge but ours to extend grace.  Judge not that

3   you not be judged.  For with the judgment you

4   judge, you will be judged.  And with the measure

5   you use, it will be measured back to you.

6              And why do you look at the speck in

7   your brother's eye but do not consider the plank

8   in your own eye?  Or how can you say to your

9   brother, let me remove the speck from your eye

10  and, look, a plank is in your own eye?  First,

11  remove the plank from your own eye, and then you

12  will see clearly to remove the speck from your

13  brother's eye.

14             Thank you, Mr. President.  I yield the

15  well.

16             CHAIRMAN DUNCAN:  Thank you, Senator.

17             The Chair recognizes the senator from

18  the 16th to speak to the measure.

19             SENATOR HARBIN:  Thank you,

20  Mr. President.

21             We come here together to speak on

22  somebody who's not said anything, and that's the

23  life of the unborn.  Well, he didn't get to weigh

24  in on this.

25             I have six children.  All of those have



1  come to C-section.  And we've listened to the

2  sonograms, and we've watched the heartbeat.  We've

3  watched the child work and move.  And then I've

4  sat in the operating room, and I've watched the

5  doctor with his skilled hands take that child out

6  of my wife.  And it is life.  It is life from the

7  time that heartbeat started to the time that it

8  ended.

9          Who will speak for them?  They don't

10 have a representative.  They don't have a senator.

11 But we are their representatives and their

12 senators.

13         I did a tour of a neonatal center in

14 our local community.  Walked through the unit.  It

15 was unreal.  Millions of dollars spent.  Babies in

16 boxes, if you will, being treated.  I said, wow.

17 This is absolutely awesome.  I said, what's the

18 youngest?  What's the youngest that you've got?

19         The nurse said, 22 weeks.

20         And with 22 weeks, I said, wow.  She

21 showed me where that child was.  That was the

22 diaper that went on that child.  You could hold

23 him in the palm of your hand.

24         Someone chose for me.  Someone chose

25 for you.  And I believe that we need to choose for



1   those who cannot choose for themselves.

2           Modern medical technology shows us

3   things that are beyond.  We can see that child

4   move.  We can see that child breathing.  We can

5   see a sucking of the thumb.

6           The baby in the womb is a living

7   person.  It's his own creation.  It has DNA.  It

8   has fingerprints.  It has a soul.  It's a unique

9   human being.  It has personhood, and that's what

10  this bill seeks to do.

11          You know, when we have an accident, if

12  someone's injured and there's a child involved

13  that's not been born, there's personhood for that.

14  When there's an attack on a woman and if that

15  child is injured or killed, there's personhood for

16  that.  And what this does, it allows personhood.

17          Regardless of the circumstances that

18  surround the conception, whether planned or

19  unplanned, whether wanted or unwanted, the baby is

20  still a person and needs to be protected.

21          Here's a question:  If it's not life,

22  why do you have to take it?  Why do you have to

23  kill it if it's not life?  When we deny that this

24  is personhood of a baby, to take that life is

25  wrong.



 1                It's interesting that right now we

 2    approach almost 60 million.  We've been talking

 3    about costs and things of that nature.  Our

 4    abortion nationally since Roe v Wade was passed

 5    was about 60 million people.  That's six times the

 6    population of Georgia.  But imagine what that

 7    would be in productivity if they had been allowed

 8    the opportunity to live?  60 million.  Maybe not

 9    all would be successful but a great many of them

10    would be.

11                Now, in some states, we're seeing that

12    abortion is going to infanticide.  That's not

13    acceptable.  God has placed us in positions for

14    such a time, I believe, as this, to protect those

15    that are vulnerable, those who are defenseless,

16    and those who can't protect themselves.  I would

17    ask this:  Let Georgia be known as a state where

18    life is cherished and children are loved and they

19    are valued.

20                It's funny, we have many bills that

21    come before this body.  And we say it's for the

22    children.  This is probably one of those bills

23    that's for the children in a big way that no other

24    will have.  It is a major -- it makes a difference

25    on the children to come.  I would ask for your



1    support of this bill.

2              Thank you, Mr. President.

3              CHAIRMAN DUNCAN:  Thank you, Senator.

4              The Chair recognizes the senator from

5    the 40th to speak to the measure.

6              SENATOR HARRELL:  Thank you,

7    Mr. President, Ladies and Gentlemen of the Senate.

8              There's no better way to learn about

9    the electorate than by going door to door

10   canvassing, and I did a lot of that during my

11   campaign.  Mostly I just had friendly

12   conversations with neighbors.

13             But there's one story of meeting a

14   woman along the campaign trail that really sticks

15   in my memory.  The woman who answered the door,

16   she was about my age.  She was a mom, a teacher, a

17   Catholic.  And she disclosed to me early on that

18   she had historically supported Republicans.

19             So I told her about my stance on

20   healthcare, on public education, and on traffic

21   congestion.  And she had me shake hands with her

22   disabled son.  And I shared with her stories about

23   how I had advocated for people with disabilities.

24             I could tell that she wanted to support

25   me, but something was holding her back.  She



Page 138

1    finally said that she had never supported a

2    Democrat before because of the issue of abortion.

3    But recently she didn't feel that she could

4    support Republicans, and there I stood, a

5    Democrat, knocking on her door.  So we talked

6    about abortion.

7              I explained to her how if Republicans

8    were in charge, she could likely see some pretty

9    big changes.  She shared that what she really

10   wanted was for abortion laws to stay the same.

11   She didn't want increased access, but she also

12   didn't want decreased access.  Then she paused.

13   And she said, "Couldn't politicians focus on other

14   issues instead of abortion?", she asked.

15             Yes, I said.  I could support that.

16             You see, what I learned through

17   canvassing was that in my district, it's not

18   enough anymore to just simply be pro-guns and

19   pro-life to get traditionally Republican votes.

20   The old rules don't apply anymore.  People's views

21   have changed.

22             That mother I spoke with could see how

23   deeply we in Georgia are failing our women and our

24   children.  How our infrastructure and limited

25   resources are resulting in the preventable deaths



1  of women who want to be mothers.  But I don't see

2  Republicans fully addressing these issues.

3          Most mothers who are on Medicaid lose

4  their Medicaid six months postpartum, but maternal

5  deaths continue to spike in the second six months

6  following childbirth after they've lost their

7  Medicaid.

8          You see, people, the voters, they know

9  the difference between being pro-life and just

10 antiabortion, between truly supporting mothers and

11 babies by providing access to things like

12 healthcare, and punishing women for the decisions

13 they make about their economic situations.  People

14 recognize when laws are being pushed that play

15 only to the most extreme views.

16         Now, perhaps that woman that I spoke

17 with might agree with the Benedictine nun Sister

18 Joan Chittister who said, "I do not believe that

19 just because you're opposed to abortion that makes

20 you pro-life.  In fact, I think in many cases,

21 your morality is deeply lacking if all you want is

22 a child born but not a child fed, not a child

23 educated, and not a child housed."

24         This nun continues, "And why would I

25 think that you don't?  Because you aren't putting



1  your tax dollars there.  That's not pro-life," she

2  says.  "That's pro-birth."

3          My voters have asked me, why are

4  Republicans not expanding Medicaid when our

5  hospitals need the revenue to keep their doors

6  open?  Why are we keeping Medicaid reimbursement

7  rates so low that doctors don't want to

8  participate?

9          Why are we not adequately funding our

10  public schools?  Why do we spend less money on

11  people with disabilities than most any other state

12  in the entire nation?  Why are Republicans so

13  unconcerned that House Bill 481 could result in

14  even fewer doctors in our state available to

15  deliver babies and care for pregnant woman?

16          Well, I think increasing numbers of

17  Georgia's voters, especially female voters, are

18  beginning to wonder the same thing.  And, thank

19  God, women are voting and running for office more

20  than we ever have before.

21          I am here because I answered a call.

22  So is Senator Karinshak.  So is Senator Jordan.

23  So is Senator Williams.  And come 2020, there

24  will be more.  And this bill, this hurtful,

25  insensitive, not-well-thought-out bill is going to

1   help elect more women who will enact policies that

2   prevent women from dying in childbirth and who

3   will ensure that Georgia's children are fed,

4   housed, and educated.

5           Vote yes for this bill, and we're

6   coming for your seats because that's how democracy

7   works.

8           Thank you, Mr. President.  I yield the

9   well.

10          CHAIRMAN DUNCAN:  Thank you, Senator.

11          The Chair recognizes the senator from

12  the 23rd to speak to the measure.

13          SENATOR STONE:  Thank you

14  Mr. President, Colleagues.

15          I hesitate to say anything.  The hour's

16  late, and I'll be brief.

17          Abortion is a divisive issue.  It

18  divides families.  It divides my family.  And I

19  don't expect to change anybody's mind today.  I

20  just want to explain my vote, why I support this

21  bill.

22          In 1979, I was in law school, and I

23  studied like all the other students Roe versus

24  Wade which had just been decided a few years

25  earlier.  I agreed with the decision.  It appeared

Page 142

1    to be well-reasoned.

2              Supreme Court Justice Harry Blackmun

3    wrote the main concurring opinion in Roe.  When

4    Justice Blackmun came to campus, I couldn't

5    understand why protestors tried to interrupt him

6    as he spoke to us on law day.

7              But fast-forward to Thanksgiving 1983,

8    my wife and I were celebrating.  We had just

9    learned that we were going to have twins, our

10   first children.  Their due date was March 31st [as

11   said] of the next year.

12             Two days after Thanksgiving [as said]

13   in the middle of the night, my wife's water broke.

14   We rushed to the emergency room at Phoebe Putney

15   in Albany.  The doctors wanted to send us back

16   home for a miscarriage.  We refused to leave the

17   hospital.  My wife held off going into labor for

18   four weeks while we frantically looked for help.

19             Finally in mid-December, I called our

20   family's doctor back in my hometown of Waynesboro.

21   He told us about the Medical College of Georgia in

22   Augusta and the miracles they were performing.

23   The doctors in Albany discharged my wife with no

24   medical transport.  Friends drove us the

25   four-and-a-half-hour trek to Augusta.



1      Two days after arriving at MCG, my wife
2  went into labor.  The twin boys were born alive on
3  December 16th.  They were over three-and-a-half
4  months premature.  Phillip lived for a day.  Drew
5  struggled for life.  He weighed 680 grams.  That's
6  a pound and a half.
7      We were introduced to the neonatal
8  intensive care unit.  Miracles were happening all
9  around the ICU.  It hit me then that most of the
10  babies struggling for life there could have been
11  legally aborted.  Our son Drew was a second
12  trimester baby, a 25-weeker.  The law at that time
13  allowed for abortions at that stage.
14      This had a profound effect on me.
15  These preemies were not pounds of flesh or growths
16  or an appendix to be removed but were living
17  beings who deserved life.  My view of Roe was
18  completely changed forever.  That was 36 years
19  ago.
20      Since then, our understanding of what
21  it means for a baby to be viable has changed.
22  Look at the pictures on your desk.  This bill does
23  not go far enough in protecting all unborn babies
24  in my opinion.  It is a compromise bill.
25      But we are in a movement for life.  We



 1    seek to win over the hearts and minds of our

 2    people, and I believe that is happening.  We're

 3    expanding services for expectant mothers.  Last

 4    year we passed adoption reform.  We have

 5    strengthened PeachCare for children's health.

 6              Some day -- and I hope that day is

 7    soon -- I believe our people will choose life.

 8              Thank you.

 9              CHAIRMAN DUNCAN:  Chair recognizes the

10    senator from the 34th to speak to the measure.

11              SENATOR SEAY:  Thank you,

12    Mr. President.  And I do apologize for trying to

13    get warmed up.  You never gave me that nickle's

14    worth of heat I've been begging for.

15              I do rise to talk about my grandkids.

16    Y'all know I like to come to the podium and talk

17    about those grandkids.  I've got four.  I've got

18    one in college, one that's a senior in middle, and

19    two that's a freshman in middle.  Go figure.

20              But I talk about them because without

21    my children, they would not be here.  And when my

22    son reminds me, "Ma, you didn't let us get away

23    with a lot of that stuff," I say, "aren't you glad

24    I didn't kill you?"  Not literally.  Okay?

25              But I make that point because my son



1    45 years ago was a two-pounder.  So if you want to

2    turn in your little book, you can turn to see

3    where the first two-pounder is.  That was my son.

4    He's now 45 and a handsome fellow.  Gave me two

5    grand boys.  And I'm so proud of him.  I call him

6    my favorite son.  Of course, he is my only son.

7              And my daughter, bless her little

8    heart, she blessed me with a son and a daughter,

9    my only grand girl.  And she is the prettiest

10   thing on this side of heaven.

11             And I tell you that because listening

12   to all the testimony all afternoon -- I mean all

13   afternoon -- I think everybody's right.  Why do I

14   say that?  Because everybody has an opportunity to

15   make a choice they and they alone can live with.

16             See, that's what my husband and I

17   raised our children with.  When the young man

18   asked us for my daughter's hand in marriage, we

19   politely said, "Should she say yes, that means she

20   plans to live with you.  We don't have to."

21             I tell you-all that because I've heard

22   testimonies that gets into religion.  And for all

23   of my adult life -- I've been in love with my one

24   husband now 42 years, be 43 in July -- but we

25   don't practice the same religion.  I am an Antioch



1    Baptist Church North member all my born days since

2    I was six years old.  But my husband, bless his

3    heart, when he came across the Georgia line and

4    picked a real Georgia peach, couldn't go back to

5    Alabama, but he was raised a Methodist.  So we

6    have a little bit of a challenge at times, but

7    part of what we do is talk about it.

8              But at the end of the day when we were

9    trying to raise children growing up, we were

10   saying as long as they know we're not going to be

11   here forever, we have to raise them to make

12   choices they can live with.

13             This bill is telling women to make

14   choices they may not can live with, and therein

15   lies the problem for me.  This is America, land of

16   the free.  By passing this bill, you strip

17   American women of their freedom of choice.

18             Many supporters, lawmakers of this bill

19   have utilized their own personal religion rather

20   than scientific facts to prove the legitimacy of

21   this bill.  Choosing to let your own personal

22   religious belief dictate everyone else's ability

23   to have a choice, in my mind, it's called

24   dictatorship and far from the American way.  This

25   is not an argument among pro-life or pro-choice



1    but rather an argument against women and their

2    free will to choose.

3              Many women are unaware that they are

4    pregnant at six weeks, meaning for many, this bill

5    will function as a complete abortion ban.  In

6    countries where we have banned abortion, abortion

7    still remain a common place.  Instead of operating

8    in a safe area such as professional doctors'

9    offices, many women are getting unsafe, illegal,

10   backdoor abortions to protect themselves.

11             Georgia currently has one of the

12   highest mortality rates with African-American

13   women being four to five times more likely to die

14   from -- during pregnancy or childbirth.  This bill

15   forces recent rape victims to make their attack

16   public so they are capable of receiving an

17   abortion in simple -- it simply is inhumane and

18   cruel.

19             Atlanta ranks worst in the

20   United States for income inequality which

21   affects women, children, and the LGBTQ community.

22   HB 47 -- I'm sorry.  HB 481 would make accessing a

23   potentially life-saving reproductive health

24   service nearly impossible for the most vulnerable

25   Georgians.



Page 148

1          Protecting children.  According to

2    AdoptUSKids, there's approximately 14,000 children

3    in foster care in the state of Georgia.  Instead

4    of increasing the number by passing HB 481, how

5    can we help those children find loving, safe homes

6    to prosper in?  If you're truly worried about the

7    lives of children, why aren't we attacking those

8    children, 14,000 of them?

9          Georgia does not teach comprehensive

10   sex education.  The failure of our education

11   system to teach comprehensive and informative

12   sexual education is what causes many unplanned

13   pregnancies.  Instead of stripping women of their

14   right to choose, we can teach children to make

15   better choices.  Choices that they will have to

16   live with.  Why is it a priority to remove

17   healthcare options instead of supporting education

18   programs that will improve reproductive health

19   outcomes?

20          This bill would force doctors to make

21   an impossible choice, treat their pregnant

22   patients, and risk jail time for endangering the

23   pregnancy or refuse to treat their patients to

24   protect themselves and risk their patient's life

25   instead.



Page 149

```
 1                    What are we doing today?  We are

 2        sitting here consistently debating, going back and

 3        forth, when at the end of the day, we know only a

 4        woman can give birth.  So why are we making

 5        decisions for women to make decisions that they

 6        are grown enough to make for themselves?  We are

 7        not your property.  We can decide what we can do

 8        with our body.  And at the end of the day, if we

 9        can live with it, stay out of our business.

10                    Thank you, Mr. President.  I'll yield

11        the well.

12                    CHAIRMAN DUNCAN:  Thank you, Senator.

13                    The Chair would like to recognize the

14        senator from the 27th to speak to the bill.

15                    SENATOR DOLEZAL:  Thank you,

16        Mr. President, Members of the Body.

17                    I would like to start this evening -- I

18        guess it's this evening -- by saying I'm proud of

19        us.  I'm proud of the members of the minority

20        party.  I'm proud of the members of the majority

21        party.  We have had intelligent debate.  We've had

22        a respectful debate.  We've had an honest debate.

23                    For those of you in the gallery, no

24        matter what side of this issue you're on, there's

25        probably been 100 times throughout the course of
```



1   the day where you wanted to say something or yell

2   out or clap or cheer, but you've honored the

3   decorum of this chamber. And I'd like to thank

4   you for that as well. That is not lost in us, and

5   we appreciate you joining us in our attempt to

6   discuss this very sensitive, emotional, and

7   critically important issue.

8           This is a personal issue for everybody.

9   We all have our own story. We all have our own

10  values. I'm the father of five. Four of my

11  children are living. One of them I never had the

12  chance to meet. And my wife has had numerous

13  difficult pregnancies. We spent 20 weeks in the

14  hospital before our first. We spent a month in

15  the hospital with our last in the NICU. And so

16  each of us has had different life experiences that

17  informs what we think about this topic.

18          What we would all agree on is that the

19  right to life is a paramount right. If any one of

20  these members of the body were to get upset with

21  me today and extinguish my life, we would all

22  agree that that is an injustice. And we all would

23  agree that they have done something completely

24  un-American and something that goes against the

25  morality of everybody in this room.



1              We agree and we understand that the
2    right to life is a right on which all other rights
3    rest.  It is a foundational right.  If it goes
4    away, every other thing that we talk about in this
5    room is inconsequential.  So really the only
6    question today, the only question today is:  When
7    does life begin?

8              A secondary question to that would be:
9    How do you know, or why do you believe that?  And
10   then maybe another important questions with those
11   two questions in mind is:  What if you're wrong?
12   When does life begin, how do you know, and what if
13   you are wrong?

14             To change the tenor for a quick second,
15   there's a big lottery happening, the Power Ball.
16   It's at $650 million last I checked; and if y'all
17   don't see me here on Monday, you'll know why.  But
18   the odds of winning the lottery are approximately
19   100 -- sorry -- 1 in 300 million.

20             And if any of us won the lottery this
21   weekend, we would say it's a miracle.  We would
22   say something as it's astounding.  We don't often
23   talk about miracles in our life.  And we've become
24   so advanced as a species and as a society that we
25   lose sight of the miraculousness that's in front



1    of us every day.

2              And I don't know how many of us are in

3    this room right now.  Probably 200.  But I'm

4    looking at 200 miracles.  Senator, you are a

5    miracle.  Senator, you are a miracle.  Sir, you're

6    a miracle.  Ma'am, you're a miracle.  Each one of

7    us is marked with humanity and marked with dignity

8    and has the mark of exceptionalism stamped into

9    our very DNA, and that's something that we would

10   all agree on.

11             A friend of mine tells it this way, and

12   it's a pretty powerful story of a miracle that

13   happened.  And the way -- Mr. Chairman, you're a

14   miracle as well.  And the way that it happened for

15   you is the same that it happened for me.  One cell

16   from your mom and one cell from your dad met.  And

17   there's a little more to it than that, but we

18   don't need to go into it in this body.

19             But just the odds of the cell from

20   your dad making it to where it made it was 1 in

21   250 million.  And there's a lot of other miracles

22   that happened before that and a lot of other

23   miracles that happened after that.  But when that

24   cell met the other cell, each one of them was

25   carrying 23 chromosomes.  And they met, and they



 1  joined, and they formed a single cell that became

 2  what would become you.

 3          And there were four nucleotides that

 4  began a work that was a tremendous work.  They set

 5  out, and they wrote your DNA.  Your DNA, Senator,

 6  is 3 billion characters long.  There's never been

 7  one like it, and there never will be another one

 8  like it.

 9          If I were to read, Senator, every

10  character that's in your DNA and I read one

11  character at a time for -- one character per

12  second, I would die at this podium doing it

13  because it would take me 90 years.  There's never

14  been anybody like you, and there never will be

15  anybody like you.

16          Your DNA determines your hair, your

17  skin, your build.  It determines what your height

18  might be.  It determines what color your eyes are.

19  And along with your DNA, it began to stamp out the

20  uniqueness of you to determine what your

21  fingerprints were going to be, determine who your

22  children -- what they would look like.

23          And you began to form something in the

24  womb that had its own heartbeat, its own

25  circulatory system, it's own fingerprints.



Page 154

1   Everything about you was unique.  The only

2   difference between the you that was then and the

3   you that I'm looking at today, the only

4   difference, is nourishment and time.

5               So when we go back to the foundational

6   questions of when does life begin and how do we

7   know it and what if we're wrong, I believe that

8   the only fair conclusion -- if we want to honor

9   the foundational right of life, the only

10  conclusion is that we need to honor life at

11  conception, and that we need to honor life in the

12  womb the same way that we honor life here on

13  earth.

14              Because I am not smart enough and I

15  don't know that anybody here is smart enough to

16  draw a singular line in the sand and say in 19

17  days and 6 weeks, you are not life; but at 20

18  days -- 20 weeks and zero days, you have life.

19              When you are beginning the process --

20  when my wife was beginning the process of giving

21  birth, my daughter did not have rights.  But the

22  minute that she came out of the birth canal, all

23  of a sudden she had rights.  It's too confusing

24  for me to figure that out.  I think it's too risky

25  for us to begin to try to figure that out.



1          Article I, Paragraph II of the Georgia

2    Constitution has been referenced today.  I'm going

3    to read it again for us, and it says, The

4    "Protection to person and property is the

5    paramount duty of government and [it] shall be

6    impartial and complete.  No person shall be denied

7    the equal protection of the laws."

8          So what this bill does -- it's been

9    discussed already today.  It is a personhood bill.

10   It establishes the rights of people in the womb.

11   And there's been conversation today about maybe we

12   should do this and maybe we should do that.  But

13   it is the job of legislators to make that

14   decision, and it's a hard decision.

15          For those of you that disagree with me,

16   I don't hold it against you.  I think you've made

17   some very compelling arguments today.  I think you

18   made arguments from the heart.  I think you made

19   arguments from the mind.  And I think you've

20   adopted an intellectual position that you believe

21   is correct, and I respect that.

22          There's been a lot of talk about

23   maternal mortality rates, and Georgia does have a

24   problem.  We lose -- depending on the year that we

25   look at, we lose between 40 and 60 mothers either



1    in the process of being pregnant, the process of

2    giving birth, or in the process a few days after

3    giving birth.  And we had a scary situation in my

4    own experience with my wife where it got hairy

5    there for a minute.

6              And I would like just to begin to paint

7    a picture, and I want to paint a picture with a

8    gumball.  And if we can -- I know this is a little

9    difficult to do, but if we could cram in our minds

10   every ounce of humanity and every ounce of love

11   and every ounce of dignity that those 40 or 50 or

12   60 women have, if we could let a gumball

13   illustrate them.

14             They were mothers.  They were sisters.

15   They were daughters.  They were entrepreneurs.

16   They're scientists.  They're musicians.  They're

17   politicians.  They had dreams.  They had fears.

18   There's a lot that we're going to try to capture

19   in this gumball.

20             And this body has dedicated a

21   tremendous amount of time, intellectual resources,

22   and financial resources into recognizing,

23   honoring, and trying to protect the dignity of

24   every woman that we've represented with this

25   gumball.



1          The Senator from the 45th, wherever she

2     is, has done a fantastic job of leading the charge

3     in this issue.  I'd like to thank her for that and

4     for every one of you that have been a part of

5     that.  It's something that we take very seriously.

6     If you'll give me a second.

7               So if we can --

8               CHAIRMAN DUNCAN:  Senator, please stand

9     at ease for a moment.

10               For what purpose does the senator from

11     the 48th rise?

12               SENATOR KARINSHAK:  Point of

13     parliamentary inquiry.

14               CHAIRMAN DUNCAN:  State your inquiry.

15               SENATOR KARINSHAK:  I refer the

16     President to Rule 8-1.10, usage of audio/video

17     equipment, visual aids, Section (b), which I have

18     brought to your attention.  And I ask for a ruling

19     on that, please, sir.

20               CHAIRMAN DUNCAN:  It's the

21     interpretation of the Chair that 8-1.10(b),

22     sentence number two, "All visual aids shall be

23     consistent with the dignity and decorum of the

24     Senate."  If this visual aid does not match the

25     decorum of the Senate, I will call it out of



1    order.

2              Thank you very much.

3              SENATOR KARINSHAK:   (Inaudible.)

4              SENATOR DOLEZAL:   Thank you,

5    Mr. President.

6              So we have here something that we would

7    all hold very dear.  Something that we would all

8    say is worth protection.  And if we come to the

9    conclusion after asking those three very important

10   questions -- when does life begin, how do we know,

11   and what if we're wrong -- and if we come to the

12   conclusion at that point that life begins in the

13   womb, then I would like to bring another

14   illustration to the table.

15             And, Senator from the 45th, if you

16   don't mind assisting me with this.

17             SENATOR KARINSHAK:   Point of

18   parliamentary inquiry.

19             CHAIRMAN DUNCAN:   Senator, please stand

20   at ease.

21             For what purpose does the senator from

22   the 48th rise?

23             SENATOR KARINSHAK:   Mr. President, it

24   was brought to my attention this morning that we

25   can't have more than one senator at the well.



1              And, again, my continuing objection to

2    use of the visual aids that are not graphs and

3    charts and consistent with the dignity and decorum

4    of the Senate.  Continuing objection.

5              CHAIRMAN DUNCAN:  Thank you.  So

6    recognized.

7              SENATOR DOLEZAL:  Thank you,

8    Mr. President.

9              If I believe that this is worth

10   protection, that this is worth expenditure of our

11   intellectual resources, our financial resources,

12   and if I believe that this is tragic, I also have

13   to come to the conclusion that this is worthy of

14   our protection, our intellectual resources, our

15   financial resources and everything else that we

16   would say that we hold dear here.

17             I know this is a tough issue.  It's a

18   difficult conversation.  And ultimately it is

19   something that we all have to decide for

20   ourselves.  But for me, I have come to the

21   conclusion -- after science has told us more and

22   more what happens in the womb, after I have

23   studied what the Constitution tells us is the

24   paramount right, I have come to the conclusion

25   that this is worth protection as well.



1              Thank you, Mr. President.  I yield the

2    well.

3              CHAIRMAN DUNCAN:  Thank you, Senator.

4              The Chair recognizes the senator from

5    the 26th to speak to the measure.

6              SENATOR LUCAS:  Thank you,

7    Mr. President and Ladies and Gentlemen of the

8    Senate.

9              I guess we've been here about five

10   hours.  I look around.  17 years ago, exactly

11   17 years ago, Republicans took over the General

12   Assembly.  And there was a wedge issue.

13             A marriage is between a man and a

14   woman.  A marriage is between a man and a woman.

15   It went through the churches, all through

16   communities, and this General Assembly changed.

17   It was done in the entire Southeast.

18             Here we have another wedge issue.  You

19   know, I like songs.  Music has always been

20   something that tells me what has gone on and

21   what's going on.  You know, if Marvin Gay was here

22   today, he would talk about What's Going On.  If

23   Bobby Bland was still here today, he would talk

24   about There's a Rat in My House.  If Marvin Cease

25   was still living, he would be talking about -- he

1   would be talking about Starting All Over Again.

2   If Teddy Pendergrass was here, he would be talking

3   about Wake Up Everybody.  "There's no more

4   sleeping in bed.  There's no more backwards

5   thinking.  Only time for thinking ahead."

6              Now, I've heard -- and I guess it's

7   emotional to a lot of folks.  First of all, I

8   don't know a man that's sitting in here that can

9   have a baby, but we're going to dictate to women

10  what they can do with their body.  How would you

11  like for them to start dictating what we can do

12  with our body?  But yet we can talk about these

13  things.

14             I've heard you talk about getting

15  married.  Well, I got married when I was 19.

16  Didn't abort.  Took her to school.  Finished on

17  time in four years.  All my kids -- all my boys

18  played professional football.  Daughter married a

19  professional football player.  So I'm the father

20  of four, grandfather of 16, and great grandfather

21  of three with some more on the way.

22             And here we are talking about a wedge

23  issue.  Now, many of you have been called

24  downstairs, and your arm about to fall off.  You

25  need a sling to put it back in place.  It passed



1    by what?  Three votes in the House.

2              I've been here a long time, and I guess

3    I've seen a lot of things.  I've seen folks come,

4    and I've seen them go.  And after this vote today,

5    there are going to be some more that come and go.

6    It's time that we understand that women have the

7    right to make their choice.

8              Now, can I be mad with them if they

9    make the choice that I don't like?  I guess I make

10   some choices that they don't like either.  But we

11   are here today to talk about what they can and

12   can't do with their body, with their body.  It is

13   insane.

14             If you look at Washington, Judge

15   Kavanaugh is on the Supreme Court, about this same

16   very issue, trying to get it to the Supreme Court.

17   But a lot of you today don't want to vote for this

18   bill.  You don't want to go home and face the "me

19   too" movement.  But somebody has pulled you, and

20   somebody's got your arm bent behind your back.

21             I don't know if some of you are going

22   to take a walk or you're going to go down the pin

23   row path, and that's on you.  We're going to

24   disagree.  But today we ought not be the ones to

25   tell women what they can do with their body.



1          And when you look at that bill, how do

2   you determine in the first semester who baby it

3   is?  How do you determine the father?  You know,

4   we normally determine the father by what they call

5   legitimization.  You go to a hospital, draw some

6   blood between the two parents, and then determine

7   about the, I guess, chromosomes or whatever if

8   it's your baby or not.  And it usually come back

9   99 percent that it's yours or it's not yours.

10          So I just wanted to say this because

11  I've seen all the men walk down here and do all

12  the talking about what all that happen with a

13  woman body.  Remember, you know, that shoe could

14  get on the other foot, and they will be coming

15  down here talking about what the men can do with

16  their body.  So think about it.

17          CHAIRMAN DUNCAN:  Thank you, Senator.

18          I'd like to recognize the senator from

19  the 6th to close debate on the minority side and

20  speak to the minority report.

21          SENATOR JORDAN:  Senator Lucas is a

22  hard act to follow, and I'm going to strike a

23  little bit different tone because I am a woman,

24  and I am here to speak for myself and for all the

25  other women in this chamber.



Page 164

1              You know, we didn't seek this fight.  I
2     didn't run for office to fight the culture wars
3     around choice.  Our state currently has some of
4     the most restrictive abortion laws in this
5     country, yet abortion is safe and legal.  And this
6     uneasy truce that we've had on this issue in
7     recent years should have held.  But our current
8     governor who claimed to want to move Georgia
9     forward is pushing this cruel, punitive, and
10    regressive bill that's only going to hold us back.
11             You know, I don't doubt the conviction
12    of some in this chamber.  However, a deeply held
13    conviction does not allow one to adopt a view
14    counter to scientific and legal fact.
15             And let's talk about facts.  Currently
16    Georgia's law, abortion law, outlaws abortion
17    after 20 weeks' gestational age; this, despite a
18    fact that a baby born at 20 weeks cannot survive
19    outside of a woman's uterus.  And, yes, I said
20    uterus, not womb.
21             Periviability, also referred to as the
22    limit of viability, is defined as the stage of
23    fetal maturity that ensures a reasonable chance of
24    extrauterine survival.  With active intervention,
25    most infants born at 26 weeks and above at this



1  point in time have a high likelihood of survival,

2  and virtually none below 22 weeks will survive.

3  All of this is consistent with the stories we've

4  heard today.

5           So this is the current state of the

6  law.  No abortions over 20 weeks.  This is the

7  current state.  So how does this bill change the

8  law?  It will now effectively ban all abortions

9  before an embryo or fetus is viable outside of a

10 uterus and before a women or a girl knows that

11 she's pregnant.

12          We keep talking about six weeks

13 pregnant.  You know what that means?  That means

14 that maybe the woman is about one to two weeks

15 late after an expected menstrual period.  And,

16 yes, I am talking about stuff I don't want to talk

17 about in this chamber.  But let me tell you

18 something.  If you're going to get into the most

19 private areas where women are, then you're going

20 to have to listen to it.

21          This has been a legal line in the sand

22 since Roe v Wade and Casey in every single

23 decision to come out of the United States Supreme

24 Court over the last 45 years:  Decisions that

25 sought to balance the fundamental rights of women



1  with those of the state in protecting potential

2  lives once that potential life reaches the point

3  of medical viability.

4           You know, throughout this process, I've

5  been floored by the scientific inaccuracies

6  pedaled by the radical interest pushing this bill.

7  And I'm going to say it:  This whole idea -- I've

8  heard the same thing over and over and over.  And

9  I was like, man.  That's interesting.  Much of

10 what's been said today is part of this whole

11 packet that was put out by National Right to Life,

12 about what to say, how to frame your message.  I

13 could go line by line and pick out exactly what

14 some of the speakers were saying.

15          The willingness to completely disregard

16 the physicians in this state -- the physicians in

17 this state and the complete lack of respect for

18 and trust in women, mothers.  Mothers.

19          First, let's start with the science.

20 You're putting into law that the State of Georgia

21 now legally recognizes all fertilized eggs,

22 zygotes, embryos as natural persons in this state

23 entitled to the rights and benefits of any other

24 person.  Who knows what a zygote is?

25          Counter to all medical experts, the law



Page 167

1    also attempts to establish that a zygote, an

2    embryo, a fertilized egg at 5.5 weeks has a

3    beating heart.  This simply is not true.  At the

4    earliest stages of pregnancy, certain embryonic

5    cardiac activity can be detected with a

6    transvaginal ultrasound.  I don't think any of the

7    men that spoke today have ever had a transvaginal

8    ultrasound.  I have, and it is not pleasant.

9            Every physician has said that the fetal

10   cardiac activity present early in pregnancies is

11   not a beating heart.  And no matter how many times

12   you say it, no matter what you call this bill, it

13   does not make it so even in these precarious times

14   where people think they can just repeat stuff even

15   though they know that it's inaccurate.

16           And if, in fact, this was nothing more

17   than political pandering, you could not have

18   exceptions to the abortion ban based on who

19   supplied the egg and who supplied the sperm to

20   create the embryo.  You-all know that.

21           Cruelest of all, to demand that a

22   victim of incest file a police report before being

23   able to terminate a pregnancy at its earliest

24   stages is horrifying or that of a victim of rape.

25   Each of you sits here in judgment of a situation



1    that you could never comprehend and dictate what a

2    women can and cannot do with her body, with her

3    life.

4              But let me tell you something.  This

5    bill takes it much, much further.  For the first

6    time, this state will make Georgia women

7    criminals, criminals for seeking basic

8    reproductive care.  This bill subjects both the

9    doctor and the woman to prosecution and

10   imprisonment for up to ten years.  Any woman who

11   suffers a miscarriage could be subject to scrutiny

12   regarding whether or not she intentionally acted

13   to cause that miscarriage.

14             She would be at risk of criminal

15   indictment for virtually any perceived

16   self-destructive behavior during pregnancy which

17   could cause miscarriage; to wit, smoking,

18   drinking, using drugs, using legal medications,

19   driving while under the influence, or any other

20   dangerous or reckless conduct.  And taken to its

21   extreme, prohibitions during pregnancy could also

22   include the failure act such as the failure to

23   secure adequate prenatal medical care.

24             Any issue of whether a woman who has

25   participated in this risky behavior intended to



1    cause her subsequent miscarriage, as a lawyer, I

2    can tell you it would be a jury question.  In

3    other words, a pregnant woman who suffers a

4    miscarriage could be subjected to criminal

5    investigation, indictment, prosecution long before

6    a jury is asked to determine whether she

7    intentionally did anything to cause the loss.

8              And if you think that everything I just

9    said was exaggeration or hyperbole, I read it

10   directly from a Georgia court case where the

11   implications of prosecuting women for seeking

12   abortions was laid out in no uncertain terms.

13             Today Senate Republicans ignore

14   precedent, medical experts, women, and the ob-gyns

15   in this state, the very physicians whose whole job

16   it is to deliver healthy babies and to keep women

17   healthy.  If you want more healthy women and

18   babies, if you want to care for women and babies,

19   if you value life truly, you would listen to the

20   people who dedicate their lives.  This is what

21   they do.

22             But instead of that, not only are they

23   ignored, but they have been threatened and told to

24   stand down or face cuts to -- let me be clear

25   because we heard it in the beginning -- cuts to



1    maternal health funding, family planning funding,

2    rural birth centers.  All the things that we said

3    we were funding, yeah, there have been threats.

4              You know what?  Voters have a right to

5    know the lengths to which members of this body

6    will go for politics.  And let me be clear, that

7    is what a woman has a right to know.  This is

8    cowardice.

9              Let me tell you how it feels to be a

10   woman and a mother of a daughter whose

11   reproductive health this body now claims as its

12   own.  My husband and I were talking about this

13   bill the other night, and he told me that he

14   didn't want me to share anything personal because

15   no one was entitled to that information.  And I

16   have always fiercely guarded my privacy.

17             But let me be clear.  The deepest

18   darkest times of my life have occurred in the

19   presence of and with my physician.  You see, I've

20   been pregnant ten times.  I have seen what many of

21   you in here have called a heartbeat ten times, but

22   I have only given birth twice.

23             I have lost seven pregnancies in

24   varying points of time before 20 weeks and one

25   after five months.  Her name was Juliette.  I have



 1    laid on the cold examination table while a doctor

 2    desperately looked for a heartbeat.  I have been

 3    escorted out the back door of my physician's

 4    office so as not to upset the other pregnant women

 5    in the waiting area, my grief on full display and

 6    uncontainable.  I have been on my knees time after

 7    time in prayer to my God about my losses.  I have

 8    loved each and every single one of those potential

 9    lives, and my husband and I have grieved each

10    passing.

11            But no matter my faith, my beliefs, my

12    losses, I have never ever strayed from the basic

13    principle that each woman, each woman must be able

14    to make her decisions in consultation with her God

15    and her family.

16            It is not for the government or the men

17    of this chamber to insert itself in the most

18    personal, private, and wrenching decisions that we

19    make every single day.  And that's not some

20    smiley, happy statement that's been focus grouped.

21    That is the reality of our lives.

22            God chose women alone to be the

23    fiduciaries of life, not government, not this

24    body.  My experience wasn't about abortion, but it

25    is what's at stake here.  It's about the



1    fundamental right to privacy of women.

2         Matters such as a woman's ability to
3    decide whether to terminate a pregnancy involve
4    the most intimate and personal decisions a person
5    can make.  At the heart of liberty is the right to
6    define one's own concept of existence, of meaning,
7    of the universe, and of the mystery of human life.
8    The mother who carries a child to term is subject
9    to anxieties, physical constraints, to pain that
10   only she must bear.

11        And someone came up and said, who
12   speaks, who speaks for the unborn?  Who represents
13   the unborn?  I will tell you their mothers do.

14        What gives this body the right to
15   substitute its judgment of that, of the entire
16   medical community of this state?  What gives this
17   body the right to substitute its choices for those
18   of the women who will no doubt bear the scars, the
19   consequences, and who will face death and now
20   likely prison?

21        Who gives this body the right to
22   substitute its will to override the Constitution
23   of the United States?  Each of us took an oath to
24   protect, to uphold the Constitution, to heed
25   established constitutional law.  This oath should



1   mean something because without the rule of law, we

2   have nothing.

3           And let me be clear.  If you shirk the

4   most basic duties you have to protect the

5   fundamental rights of women today, then no doubt

6   the women of this state will reclaim their rights

7   after they have claimed your seats.

8           I yield the well.

9           CHAIRMAN DUNCAN:  Thank you, Senator.

10          SENATOR KARINSHAK:  Point of

11   parliamentary inquiry.

12          CHAIRMAN DUNCAN:  For what purpose does

13   the senator from the 48th rise?

14          SENATOR KARINSHAK:  Point of

15   parliamentary inquiry.

16          CHAIRMAN DUNCAN:  State your inquiry.

17          SENATOR KARINSHAK:  I note for the

18   record that during today's debate when the members

19   of the opposite party were at the well, I and

20   others pushed our buttons to speak at all times

21   and were not recognized.

22          And I would like to supplement the

23   record with the questions I would have asked had I

24   been given the opportunity.

25          CHAIRMAN DUNCAN:  It's the Chair's



1    opinion that each of the senators have yielded the

2    well and did not take questions.  Thank you.

3              At this time, I'd like to recognize the

4    senator from the 45th to close debate as the

5    sponsor of the legislation.

6              SENATOR UNTERMAN:  Ladies and Gentlemen

7    of the Senate, thank you very much for this debate

8    on a divisive issue and the respectfulness shown

9    by all of the viewpoints.

10             The Senate -- the Senate has always

11   risen to the occasion.  And I know we have some

12   House members in here.  But I'm so proud of us.

13             It is important for every voice to be

14   heard.  That's why I am speaking now and am joined

15   by many of my colleagues with the same passionate

16   convictions.  We are speaking for those without a

17   voice box.  They can't be out there in the

18   hallowed hallways shouting, the shouting that we

19   hear now.

20             We are speaking for them.  We speak for

21   the unborn child.  We have awakened a sleeping

22   giant watching New York and Virginia state laws

23   change.  The silent majority is now awake, alive,

24   and ready to protect the unborn.

25             I ask you to join me in voting yes on

1   House Bill 481 and speaking for the children of

2   Georgia.

3            I yield the well.  Thank you very much.

4            CHAIRMAN DUNCAN:  Thank you, Senator.

5            SENATOR KARINSHAK:  Point of

6   parliamentary inquiry.

7            CHAIRMAN DUNCAN:  For what purpose does

8   the senator for the 48th rise?

9            SENATOR KARINSHAK:  Point of

10  parliamentary inquiry.

11           CHAIRMAN DUNCAN:  State your inquiry.

12           SENATOR KARINSHAK:  I would like to

13  correct the record.  There has not been any

14  shouting in this chamber.  No one has shouted as

15  the senator stated in her closing remarks.

16           CHAIRMAN DUNCAN:  So noted.

17           The question is on the adoption of the

18  Committee substitute.  Is there objection to the

19  adoption of the Committee substitute?

20           The Chair hears none, and the Committee

21  substitute is adopted.

22           Is there objection to agreeing to the

23  report of the Committee which is favorable to the

24  passage of the bill?

25           The Chair hears none.  The report of



1    the Committee is agreed to.

2              Shall the main question be now put?

3    Are there any objections?

4              The Chair hears none, and the main

5    question is ordered.

6              Shall this bill now pass by substitute?

7    The question is on the passage of the bill by

8    substitute.

9              All those in favor of the bill will

10   vote yea.   Opposed, nay.

11             The secretary will unlock the machine.

12             (Secretary unlocked the machine.)

13             CHAIRMAN DUNCAN:   On the passage of the

14   bill, the yeas are 34.   The nays are 18.

15             This bill having received the requisite

16   constitutional majority is therefore passed by

17   substitute.

18             The Chair would like to recognize the

19   majority leader.

20             SENATOR DUGAN:   Mr. President, I move

21   that the Senate stand adjourned until 10:00 on

22   Monday, 25, March.

23             CHAIRMAN DUNCAN:   Will the secretary

24   read the announcements.

25             MR. SECRETARY:   Mr. President, there is

Elizabeth Gallo
COURT REPORTING, LLC

 1    a Rules Committee meeting in 450 of the Capitol

 2    upon adjournment.

 3              That concludes the order.

 4              CHAIRMAN DUNCAN:  Any senators wish to

 5    make an announcement?

 6              The majority leader has moved that the

 7    Senate stand adjourned until 10:00 a.m. on Monday,

 8    March 25th, 2019.

 9              All those in favor of the motion

10    signify by saying aye.

11              Opposed, no.

12              CHAIRMAN DUNCAN:  The ayes clearly have

13    it, and the Senate stands adjourned.

14              Have a great weekend.

15              (Proceedings adjourned.)

16

17

18

19

20

21

22

23

24

25



Page 178

1           COURT REPORTER CERTIFICATE

2 STATE OF GEORGIA:

3 COUNTY OF CHEROKEE:

4

5      I hereby certify that the foregoing

6 transcript was taken down from electronic

7 media, as stated in the caption, and the

8 proceedings were reduced to typewriting

9 under my direction and control; that the

10 foregoing pages represent a true, complete,

11 and correct transcript of the evidence given

12 upon said hearing; and I further certify

13 that I am not of kin or counsel to the

14 parties in the case; am not in the employ

15 of counsel for any of said parties; nor

16 am I in any way interested in the result

17 of said case.

18      This, the 12th day of June, 2019.

19

20

21

22      _____

23      Elizabeth R. Hollingsworth, CCR B-1319

24

25

