# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN KEMP *et al.*, <br><br> Defendants. | Civil Action No.: 1:19-cv-02973-SCJ |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, and for the reasons set forth therein, this Court finds that Plaintiffs have demonstrated a need for preliminary injunctive relief in this case.

Accordingly, it is hereby ORDERED that Defendants and all their respective officers, agents, servants, employees, attorneys, and persons acting in concert or participation with them are immediately enjoined from enforcing House Bill 481 (Georgia General Assembly 2019-2020 Legislative Session), attached as Exhibit A

to the Verified Compl. for Declaratory & Injunctive Relief, ECF No. 1, during the pendency of this litigation.

Dated this __th Day of _____, 2019.

_____

THE HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE