# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRIAN KEMP *et al.*,<br><br>    Defendants. | Civil Action No.: 1:19-cv-02973-SCJ |

## **PROPOSED ORDER**

Pending before the Court is Plaintiffs' unopposed motion for an extension of time in which to file their Reply in Support of Plaintiffs' Motion for a Preliminary Injunction. Having considered the parties' briefing, all evidence of record, and the applicable law,

**IT IS ORDERED** that Plaintiffs' motion is **GRANTED**. The deadline for Plaintiffs to file a Reply in Support of Plaintiffs' Motion for a Preliminary Injunction shall be extended to September 13, 2019.

SIGNED this ____ day of _____, 2019

_____

THE HONORABLE STEVE JONES
UNITED STATES DISTRICT JUDGE