IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN KEMP et al., <br><br> Defendants. | Civil Action No.: 1:19-cv-02973-SCJ |

## ORDER

Pending before the Court is Plaintiffs' unopposed motion for an extension of time in which to file their Reply in Support of Plaintiffs' Motion for a Preliminary Injunction. Having considered the parties' briefing, all evidence of record, and the applicable law,

**IT IS ORDERED** that Plaintiffs' motion is **GRANTED**. The deadline for Plaintiffs to file a Reply in Support of Plaintiffs' Motion for a Preliminary Injunction shall be extended to September 13, 2019.

SIGNED this  22nd  day of __August_____, 2019

 s/Steve C. Jones
_____

THE HONORABLE STEVE JONES
UNITED STATES DISTRICT JUDGE