IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, *et al.*, <br><br>  *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br>  *Defendants*. | No. 1:19-cv-02973-SCJ |

## ORDER

Upon consideration of Defendant Joyette Holmes' Notice of Automatic Substitution and Unopposed Motion for Appropriate Relief, for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant Joyette M. Holmes is substituted for Defendant John Melvin as a party to this action. Defendant Holmes will be joined as a signatory to Defendants' Answer, ECF No. 73, and Response to Plaintiffs' Motion for Preliminary Injunction, ECF No. 74.

**SO ORDERED** this 28th day of August, 2019.

s/Steve C. Jones
Honorable Steve C. Jones