**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members,<br><br><br>FEMINIST WOMEN'S HEALTH CENTER, PLANNED PARENTHOOD SOUTHEAST, INC., ATLANTA COMPREHENSIVE WELLNESS CLINIC, ATLANTA WOMEN'S MEDICAL CENTER, FEMHEALTH USA d/b/a CARAFEM, COLUMBUS WOMEN'S HEALTH ORGANIZATION, P.C., SUMMIT MEDICAL ASSOCIATES, P.C., on behalf of themselves, their physicians and other staff, and their patients;<br><br><br>CARRIE CWIAK, M.D., M.P.H., LISA HADDAD, M.D., M.S., M.P.H., and EVA LATHROP, M.D., M.P.H., on behalf of themselves and their patients,<br><br>     *Plaintiffs,*<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity;<br><br>CHRISTOPHER M. CARR, Georgia Attorney General, in his official capacity; | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:19-cv-02973-SCJ |

1

KATHLEEN TOOMEY, Georgia
Commissioner for Department of
Public Health, in her official capacity;

JOHN S. ANTALIS, M.D., GRETCHEN
COLLINS, M.D., DEBI DALTON, M.D., E.
DANIEL DeLOACH, M.D., CHARMAINE
FAUCHER, PA-C, MICHAEL FOWLER, SR.,
C.F.S.P., ALEXANDER S. GROSS, M.D.,
THOMAS HARDIN, JR., M.D., ROB LAW,
C.F.A., MATTHEW W. NORMAN, M.D.,
DAVID W. RITTERBUSCH, M.D., ANDREW
REISMAN, M.D., JOE SAM ROBINSON,
M.D., BABY J. SIMMONS, DAO., and
RICHARD L. WEIL, M.D., Members of the
Georgia Composite Medical Board, in their
official capacities;

LaSHARN HUGHES, M.B.A.,
Executive Director of the Georgia
Composite Medical Board, in her
official capacity;

PAUL L. HOWARD, JR., District
Attorney for Fulton County, in his
official capacity;

SHERRY BOSTON, District Attorney
for DeKalb County, in her official
capacity;

JULIA SLATER, District Attorney for
the Chattahoochee Judicial Circuit,
in her official capacity;

2

JOYETTE M. HOLMES, District Attorney for the Cobb Judicial Circuit, in his official capacity;

DANNY PORTER, District Attorney for the Gwinnett Judicial Circuit, in his official capacity;

MEG HEAP, District Attorney for the Eastern Judicial Circuit, in her official capacity,

*Defendants.*

## <u>DEFENDANT PAUL L. HOWARD, JR.'S INITIAL DISCLOSURES</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1, Defendant District Attorney Paul L. Howard, Jr., named solely in his official capacity, ("District Attorney Howard"), hereby files these Initial Disclosures. District Attorney Howard expressly reserves all protections afforded by the attorney-client privilege, the work product doctrine, and the self-critical analysis privilege.  The disclosures set forth herein are based upon the knowledge and documents within the possession, custody, and control of District Attorney Howard at this time.  To the extent District Attorney Howard learns of relevant information, witnesses or documents after the filing of these disclosures, District Attorney Howard reserves the right to supplement his answers either by way of amendment

3

or via his responses to Plaintiff's interrogatories, document requests, or deposition testimony.

**(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.**

Not applicable.

**(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.**

Not applicable.

**(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or cross-claims asserted by defendant in the responsive pleading.**

Plaintiffs' Complaint challenges the constitutionality of Georgia House Bill 481. District Attorney Howard believes the challenges raised in Plaintiffs' Complaint are governed by long-standing, well-defined and controlling legal precedent recognizing, among other things, a woman's right to privacy. District

Attorney Howard respects this precedent and the important rights it protects. District Attorney Howard has not filed any counterclaim or cross claim.

**(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.**

Authority applicable to the issues raised in this Action includes the following:

1. The Fourteenth Amendment to the Constitution of the United States and the rights it protects;

2. *Roe v. Wade*, 410 U.S. 113 (1973);

3. *Planned Parenthood of Se. Pa. v. Casey*, 505 U.S. 833, 856 (1992)

4. *Whole Woman's Health v. Hellerstedt*, 136 S. Ct. 2292, 195 L. Ed. 2d 665 (2016), as revised (June 27, 2016);

5. *Stenberg v. Carhart*, 530 U.S. 914, 921 (2000);

6. *W. Ala. Women's Ctr. V. Williamson*, 900 F.3d 1310 (11th Cir. 2018), c*ert. denied,* \_\_\_\_ S.Ct. \_\_\_\_ (June 28, 2019).

**(5)       Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment,**

**identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)**

District Attorney Howard believes the issues raised in this action are controlled by existing legal precedent that requires resolution as a matter of law. As such, District Attorney Howard does not anticipate the presentation of witnesses in his response to the allegations of the Complaint.  Should the circumstances change, District Attorney Howard will timely supplement this response in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)**

District Attorney Howard believes the issues raised in this action are controlled by existing legal precedent that requires resolution as a matter of law. As such, District Attorney Howard does not anticipate the presentation of witnesses at trial who will provide evidence under F.R.C.P. Rules 702, 703 or 705. Should the circumstances change, District Attorney Howard will timely

supplement this response in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**(7) Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)**

District Attorney Howard believes the issues raised in this action are controlled by existing legal precedent that requires resolution as a matter of law. As such, District Attorney Howard does not anticipate the presentation of documents or other evidence in this action.  Should the circumstances change, District Attorney Howard will timely supplement this response in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

(8) **In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered,**

**making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

Not Applicable.

**(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.**

Not Applicable.

**(10) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)**

None that District Attorney Howard is aware of.

Respectfully submitted this 23rd day of September 2019.

BAKER DONELSON, BEARMAN,
CALDWELL & BERKOWITZ PC

*/s/ Steven G. Hall*
Linda A. Klein
Georgia Bar No. 425069

8

lklein@bakerdonelson.com
Joe D. Whitley
Georgia Bar No. 756150
jwhitley@bakerdonelson.com
Steven G. Hall
Georgia Bar No. 319308
shall@bakerdonelson.com
Sarah Carrier
Georgia Bar No. 377848
scarrier@bakerconelson.com
3414 Peachtree Road, NE
Suite 1600
Atlanta, Georgia 30326
Telephone: 404.577-6000
Facsimile: 404.221-6501

*Attorneys for Defendant Paul L. Howard, Jr., District Attorney for Fulton County, Georgia, in his official capacity*

9

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with

Times New Roman 14-point font in accordance with Local Rule 5.1.C.

Dated: September 23, 2019.

 */s/ Steven G. Hall*

Steven G. Hall
Georgia Bar No. 319308
shall@bakerdonelson.com

# CERTIFICATE OF SERVICE

I certify that on the 23rd day of September, 2019 the foregoing **DEFENDANT PAUL L. HOWARD, JR.'S INITIAL DISCLOSURES** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 23rd day of September, 2019.

BAKER DONELSON, BEARMAN,
CALDWELL & BERKOWITZ PC

*/s/ Steven G. Hall*
Steven G. Hall
Georgia Bar No. 319308
shall@bakerdonelson.com
Telephone: 404.577-6000
Facsimile: 404.221-6501