IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, et al., | CIVIL ACTION FILE NO. |
| Plaintiffs, | 1:19-CV-2973-SCJ |
| v. | |
| BRIAN KEMP, Governor of the State of Georgia et al., | |
| Defendants. | |

### ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties (Doc. No. [90]), the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

The parties are assigned to a **four-month** discovery track. Discovery ends on **January 18, 2020**.[1]

Pursuant to Local Rules 7.2 and 16.4, any motions for summary judgment or the proposed consolidated pretrial order must be filed within **thirty days** of the close of discovery. If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within **thirty days** after this Court's ruling thereon. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.

IT IS SO ORDERED this _27th_ day of September, 2019.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] Per the Court's Local Rules, "[t]he discovery period shall commence thirty days after the appearance of the first defendant by answer to the complaint . . . ." LR 26.2, NDGa. The State Defendants filed their Answer on August 19, 2019. Doc. No. [73]. Accordingly, the discovery period began on September 18, 2019.

2