IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and of its members**, *et al.*,

   **Plaintiffs,**

**v.**

**BRIAN KEMP, Governor of the State of Georgia, in his official capacity,** *et al.*,

   **Defendants.**

**CIVIL ACTION FILE
No. 1:19-cv-02973-SCJ**

## ORDER

Plaintiffs' request for expedited consideration of their discovery motion at Doc. No. [104] is **DENIED**. Plaintiffs' request for a stay of the discovery period while the Court decides their motion at Doc. No. [104] is also **DENIED**. Response and reply briefs shall be due in accordance with the time limits provided by this Court's Local Rules. A substantive ruling on the motion will follow at the conclusion of the briefing period.

**IT IS SO ORDERED** this 5th day of November, 2019.

                                              s/Steve C. Jones
                                              **HONORABLE STEVE C. JONES**
                                              **UNITED STATES DISTRICT JUDGE**