# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members,<br><br>FEMINIST WOMEN'S HEALTH CENTER, PLANNED PARENTHOOD SOUTHEAST, INC., ATLANTA COMPREHENSIVE WELLNESS CLINIC, ATLANTA WOMEN'S MEDICAL CENTER, FEMHEALTH USA d/b/a CAREFEM, COLUMBUS WOMEN'S HEALTH ORGANIZATION, P.C., SUMMIT MEDICAL ASSOCIATES, P.C., on behalf of themselves, their physicians and other staff, and their patients;<br><br>CARRIE CWIAK, M.D., M.P.H., LISA HADDAD, M.D., M.S., M.P.H., and EVA LATHROP, M.D., M.P.H., on behalf of themselves and their patients,<br><br>   *Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official | No. 1:19-cv-02973-SCJ |

capacity;

CHRISTOPHER M. CARR, Georgia Attorney General, in his official capacity;

KATHLEEN TOOMEY, Georgia Commissioner for Department of Public Health, in her official capacity;

JOHN S. ANTALIS, M.D., GRETCHEN COLLINS, M.D., DEBI DALTON, M.D., E. DANIEL DeLOACH, M.D., CHARMAINE FAUCHER, PA-C, MICHAEL FOWLER, SR., C.F.S.P., ALEXANDER S. GROSS, M.D., THOMAS HARDIN, JR., M.D., ROB LAW, C.F.A., MATTHEW W. NORMAN, M.D., DAVID W. RETTERBUSH, M.D., ANDREW REISMAN, M.D., JOE SAM ROBINSON, M.D., BARBY J. SIMMONS, D.O., and RICHARD L. WEIL, M.D., Members of the Georgia
Composite Medical Board, in their official capacities;

LaSHARN HUGHES, M.B.A., Executive Director of the Georgia Composite Medical Board, in her official capacity;

PAUL L. HOWARD, JR., District Attorney for Fulton County, in his official capacity;

SHERRY BOSTON, District Attorney for DeKalb County, in her official capacity;

JULIA SLATER, District Attorney for the Chattahoochee Judicial Circuit, in her official capacity;

JOHN MELVIN, Acting District Attorney for the Cobb Judicial Circuit, in his official capacity;

DANNY PORTER, District Attorney for the Gwinnett Judicial Circuit, in his official capacity;

MEG HEAP, District Attorney for the Eastern Judicial Circuit, in her official capacity,

        *Defendants.*

**DISTRICT ATTORNEY PAUL L. HOWARD, JR.'S RESPONSE TO PLAINTIFFS' MOTION TO LIMIT DISCOVERY**

COMES NOW, the District Attorney for the Atlanta Judicial Circuit in his official capacity, Paul L. Howard, Jr. ("District Attorney Howard"), and responds

to Plaintiffs' Motion to Limit Discovery and for Expedited Consideration ("Plaintiff's Motion to Limit Discovery"),[1] as follows:

## RESPONSE

The Federal Rules of Civil Procedure are to be "construed, administered and employed by the court and the parties to secure the just, *speedy*, and *inexpensive* determination of every action and proceeding." F.R.C.P. Rule 1 (emphasis added). As a lawyer and officer of the court, District Attorney Howard is especially interested in avoiding unnecessary delay and discovery expense.

The permissible scope of discovery is limited to discovery of those things that are relevant to a viable claim or defense and proportional to the needs of the case. F.R.C.P. Rule 26(b)(1). As noted in this Court's Order on Preliminary Injunction, long-standing and controlling precedent instructs that the State's interest in regulating abortion is not strong enough to prohibit abortions prior to viability. (Dkt. 97, p. 33; citing *Planned Parenthood of Se. Pa. v. Casey*, 505 U.S. 833, 879 (1992)). Thus, any discovery seeking to develop or present evidence relating to the State's interest in banning pre-viability abortions is not relevant to a claim or defense in this case or proportional to the needs of this Action.

---

[1] As the Court denied Plaintiff's Request for expedited consideration of Plaintiff's Motion to Limit Discovery (Dkt. 105), District Attorney Howard focuses this Response on the relevance and need for the discovery sought.

4

Plaintiff's Motion to Limit Discovery seeks an Order precluding Defendants from pursuit of discovery into "Georgia's multiple unique state interest in regulating abortion" in the context of a pre-viability ban on abortion. As such, the discovery sought is necessarily irrelevant, disproportional to the needs of the case, and places an unnecessary burden and expense on District Attorney Howard. Accordingly, District Attorney Howard urges the Court grant Plaintiff's Motion.

Respectfully submitted this 12th day of November 2019.

**BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC**

*/s/ Linda A. Klein*
Linda A. Klein
Georgia Bar No. 425069
lklein@bakerdonelson.com
Joe D. Whitley
Georgia Bar No. 756150
jwhitley@bakerdonelson.com
Steven G. Hall
Georgia Bar No. 319308
shall@bakerdonelson.com
Sarah Carrier
Georgia Bar No. 377848
scarrier@bakerconelson.com
3414 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
Telephone: 404.577-6000
Facsimile: 404.221-6501
*Attorneys for Defendant Paul L. Howard, Jr., District Attorney for Fulton County, Georgia, in his official capacity*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

Dated: November 12, 2019

                                           */s/ Linda A. Klein*
                                           Linda A. Klein
                                           Georgia Bar No. 425069
                                           lklein@bakerdonelson.com

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of August, the foregoing **DISTRICT ATTORNEY PAUL L. HOWARD, JR.'S RESPONSE TO PLAINTIFFS' MOTION TO LIMIT DISCOVERY** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 12th day of November 2019.

**BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC**
/s/ Linda A. Klein
Linda A. Klein
Georgia Bar No. 425069
lklein@bakerdonelson.com
Joe D. Whitley
Georgia Bar No. 756150
jwhitley@bakerdonelson.com
Steven G. Hall
Georgia Bar No. 319308
shall@bakerdonelson.com
Sarah Carrier
Georgia Bar No. 377848
scarrier@bakerconelson.com
3414 Peachtree Road, NE
Suite 1600
Atlanta, Georgia 30326
Telephone: 404.577-6000
Facsimile: 404.221-6501
*Attorneys for Defendant Paul L. Howard, Jr., District Attorney for Fulton County, Georgia, in his official capacity*