## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-02973-SCJ |

## NOTICE OF APPEAL

Notice is hereby given that District Attorney Sherry Boston, Defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on October 24, 2019 [Doc. 101] denying Defendant Boston's Motion to Dismiss for Lack of Subject-Matter Jurisdiction and for Failure to State a Claim [Doc. 95]. Defendant Boston is entitled to bring this appeal because an interlocutory order denying a motion to dismiss based on Eleventh Amendment immunity is appealable as a matter of right under the collateral order doctrine. *See Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 147 (1993) (states and state entities "may take

-2-

advantage of the collateral order doctrine to appeal a district court order denying a claim of Eleventh Amendment immunity"); *Summit Med. Assocs., P.C. v. Pryor*, 180 F.3d 1326, 1334 (11th Cir. 1999) ("A district court's denial of a motion to dismiss on Eleventh Amendment immunity grounds is appealable immediately.").

Respectfully submitted this 22nd day of November, 2019.

/s/ *S. Derek Bauer*
S. Derek Bauer
Georgia Bar No. 042537
dbauer@bakerlaw.com
Ian K. Byrnside
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
Jacqueline T. Menk
Georgia Bar No. 728365
jmenk@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendant Sherry Boston, District Attorney for the Stone Mountain Judicial Circuit, in her official capacity*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **NOTICE OF APPEAL** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 22nd day of November, 2019.

/s/ *S. Derek Bauer*
S. Derek Bauer
Georgia Bar No. 042537