# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
 AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

November 26, 2019

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia    30303

      **U.S.D.C. No.:** 1:19-cv-2973-SCJ  
      **U.S.C.A. No.:** 00-00000-00  
      **In re:**     SisterSong Women of Color Reproductive Justice Collective, et al. v. Feminist Women's Health Center, et al. v. Brian Kemp, et al.

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet and Order appealed enclosed.** |
| X | This is not the first notice of appeal.   Other notices were filed on: . |
| ___ | There is no transcript. |
| X | **The court reporter is Andy Ashley.** |
| ___ | There is sealed material. |
| ___ | Other:  . |
| X | **Fee paid electronically on 11/22/19; Receipt Number AGANDC-9120576.** |
| ___ | Appellant has been   leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| X | **The District Judge is Steve C. Jones.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                                        Sincerely,

                                        James N. Hatten  
                                        District Court Executive  
                                        and Clerk of Court

                                By:  <u>Kimberly Carter</u>  
                                       Deputy Clerk

Enclosures