IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-02973-SCJ |

## CERTIFICATE OF SERVICE OF DEFENDANT SHERRY BOSTON'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS ADDRESSED TO ALL DEFENDANTS

Pursuant to Local Rule 26.3(A), Defendant Sherry Boston, District Attorney for the Stone Mountain Judicial Circuit, in her official capacity, by and through her undersigned counsel, hereby certifies that on January 17, 2020, a true and correct copy of **Defendant Sherry Boston's Objections and Responses to Plaintiffs' First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents Addressed to All Defendants** was served on all counsel of record by electronic mail as follows:

Susan Talcott Camp, Esq.
Elizabeth Karin Watson, Esq.
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION - NY
125 Broad Street, 18th Floor
New York, NY 10004
tcamp@aclu.org
ewatson@aclu.org

Emily B. Nestler, Esq.
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
enestler@reprorights.org

Carrie Y. Flaxman, Esq.
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Ave., Suite 300
Washington, DC 20005
carrie.flaxman@ppfa.org

Jeffrey M. Harris, Esq.
Steven Christopher Begakis, Esq.
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
jeff@consovoymccarthy.com
steven@consovoymccarthy.com

Andrew A. Pinson, Esq.
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square, S.W.
Atlanta, GA 30334
apinson@law.ga.gov

Sean Young, Esq.
ACLU OF GEORGIA FOUNDATION
1100 Spring St., NW
Suite 640
Atlanta, GA 30309
syoung@acluga.org

Julie Rikelman, Esq.
Kirby Tyrrell, Esq.
CENTER FOR REPRODUCTIVE RIGHTS
199 Water St., 22nd Floor
New York, NY 10038
jrikelman@reprorights.org
ktyrrell@reprorights.org

Susan Lambiase, Esq.
PLANNED PARENTHOOD
FEDERATION OF AMERICA
123 William St.
New York, NY 10038
susan.lambiase@ppfa.org

Patrick Strawbridge, Esq.
CONSOVOY MCCARTHY PLLC
8th Floor South PMB
Suite 706
Boston, MA 02109
patrick@consovoymccarthy.com

Linda A. Klein, Esq.
Steven G. Hall, Esq.
Joe D. Whitley, Esq.
Sarah M. Carrier, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ PC
3414 Peachtree Road, NE

Suite 1600, Monarch Plaza
Atlanta, GA  30326
lklein@bakerdonelson.com
sghall@bakerdonelson.com
jwhitley@bakerdonelson.com
scarrier@bakerdonelson.com

Respectfully submitted this 17th day of January, 2020.

/s/ *S. Derek Bauer*
S. Derek Bauer
Georgia Bar No. 042537
dbauer@bakerlaw.com
Ian K. Byrnside
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
Jacqueline T. Menk
Georgia Bar No. 728365
jmenk@bakerlaw.com
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia  30309
Telephone: (404) 459-0050

*Attorneys for Defendant Sherry Boston, District Attorney for the Stone Mountain Judicial Circuit, in her official capacity*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CERTIFICATE OF SERVICE OF DEFENDANT SHERRY BOSTON'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS ADDRESSED TO ALL DEFENDANTS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 17th day of January, 2020.

/s/ *S. Derek Bauer*
S. Derek Bauer
Georgia Bar No. 042537

4835-7330-2449.2