# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, et al. <br><br> Defendants. | CASE NO. 1:19-cv-02973-SCJ |

## DEFENDANT'S L.R. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

COMES NOW, Defendant Paul L. Howard, Jr. ("Defendant") and hereby certifies that, on January 17, 2020, copies of Defendant Paul L. Howard, Jr.'s Responses To Plaintiffs' First Set Of Requests For Admission, Interrogatories, And Requests For Production Of Documents were served via U.S. mail upon all counsel of record.

This 17th day of January 2020.

                                **BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC**

                                */s/ Linda A. Klein*
                                Linda A. Klein
                                Georgia Bar No. 425069

lklein@bakerdonelson.com
Joe D. Whitley
Georgia Bar No. 756150
jwhitley@bakerdonelson.com
Steven G. Hall
Georgia Bar No. 319308
shall@bakerdonelson.com
Sarah Carrier
Georgia Bar No. 377848
scarrier@bakerconelson.com
3414 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
Telephone: 404.577-6000
Facsimile: 404.221-6501

*Attorneys for Defendant Paul L. Howard, Jr., District Attorney for Fulton County, Georgia, in his official capacity*

# CERTIFICATE OF SERVICE

This is to certify that a true copy of **DEFENDANT'S L.R. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS** was served via the CM/ECF online filing system with the U.S. District Court for the Northern District of Georgia which will automatically send email notification to the following:

| | |
|---|---|
| Elizabeth Karin Watson<br>ewatson@aclu.org<br>Susan Talcott Camp<br>tcamop@aclu.org<br>American Civil Liberties Union Foundation-NY<br>18th Floor<br>125 Broad St.<br>New York, NY 10004 | Sean Young<br>syoung@acluga.org<br>ACLU of Georgia Foundation<br>1100 Spring St. NW<br>Suite 640<br>Atlanta, GA 30309 |
| Emily B. Nestler<br>enestler@reprorights.org<br>United States Department of Justice<br>20 Massachusetts Avenue NW<br>Washington, DC 20530 | Julie Rikelman<br>jrikelman@reprorights.org<br>Kirby Tyrrell<br>ktyrrell@reprorights.org<br>Center for Reproductive Rights<br>199 Water Street<br>22nd Floor<br>New York, NY 10038 |

| | |
|---|---|
| Carrie Y. Flaxman<br>carrie.flaxman@ppfa.org<br>Planned Parenthood Federation of America<br>1110 Vermont Ave, Suite 300<br>Washington, DC 20005-6300 | Susan Lambiase<br>susan.lambiase@ppfa.org<br>Planned Parenthood Federation of America<br>123 William St.<br>New York, NY 10038-3812 |
| Jeffrey Matthew Harris<br>jeff@consovoymccarthy.com<br>Steven Christopher Begakis<br>steven@consovoymccarthy.com<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd, Suite 700<br>Arlington, VA 22209 | Patrick Strawbridge<br>patrick@consovoymccarthy.com<br>Consovoy McCarthy PLLC<br>8th Floor South PMB, Suite 706<br>Boston, MA 02109 |
| Andrew Alan Pinson<br>apinson@law.ga.gov<br>Office of Attorney General-Atl<br>40 Capitol Square, S.W.<br>Atlanta, GA 30334 | Ian Kyle Byrnside<br>ibyrnside@bakerlaw.com<br>Jacqueline Tandy Menk<br>jmenk@bakerlaw.com<br>S. Derek Bauer<br>dbauer@bakerlaw.com<br>Baker & Hostetler, LLP-GA<br>1170 Peachtree St., N.E., Suite 2400<br>Atlanta, GA 30309 |

This 17TH day of January 2020.

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

/s/ *Steven G. Hall*
Steven G. Hall, Esq.
Georgia Bar No. 319308
shall@bakerdonelson.com
3414 Peachtree Road, NE
Suite 1600, Monarch Plaza
Atlanta, Georgia 30326

Phone: (404) 577-6000
Fax: (404) 238-9606
*Counsel for Defendant*