IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members,** *et al.***,**

   **Plaintiffs,**

**v.**

**BRIAN KEMP, Governor of the State of Georgia, in his official capacity,** *et al.***,**

   **Defendants.**

**CIVIL ACTION FILE
No. 1:19-cv-02973-SCJ**

## ORDER

Pursuant to this Court's Scheduling Order (Doc. No. [94]), discovery in this matter ended on January 18, 2020. As this date was a Saturday, the discovery period continued to run until January 21, 2020.[1]

---

[1] See Fed. R. Civ. P. 6(a)(1) ("When the period is stated in days or a longer unit of time: (C) include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.").

Accordingly, the parties are reminded that any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before **February 20, 2020.** If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within **thirty days** after this Court's ruling thereon. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is **DIRECTED** to submit this matter to the Court for consideration.

**IT IS SO ORDERED** this 21st day of January, 2020.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**