# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>   Defendants. | Case No. 1:19-cv-02973-SCJ |

## NOTICE OF APPEARANCE OF COUNSEL

Erin Morrissey Victoria of the law firm of Baker & Hostetler LLP hereby enters her appearance as counsel of record for Defendant Sherry Boston, District Attorney for the Stone Mountain Judicial Circuit, in her official capacity ("D.A. Boston"), in the above-captioned action, in addition to D.A. Boston's other counsel of record, and respectfully requests that all future pleadings, orders, notices, and other filings and correspondence in this action be electronically delivered to the undersigned at evictoria@bakerlaw.com.

Respectfully submitted this 16th day of February 2020.

/s/ *Erin Morrissey Victoria*
S. Derek Bauer
Georgia Bar No. 042537
dbauer@bakerlaw.com
Ian K. Byrnside
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
Jacqueline T. Menk
Georgia Bar No. 728365
jmenk@bakerlaw.com
Erin Morrissey Victoria
Georgia Bar No. 285342
evictoria@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendant Sherry Boston, District Attorney for the Stone Mountain Judicial Circuit, in her official capacity*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 16th day of February 2020.

                                      /s/ *Erin Morrissey Victoria*
                                      Erin Morrissey Victoria
                                      Georgia Bar No. 285342

4850-7995-2033.1