# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN KEMP *et al.*, <br><br> Defendants. | Civil Action No.: 1:19-cv-02973-SCJ |

**STIPULATION REGARDING PRECLUSION OF
EXPERT TESTIMONY AND STIPULATIONS OF FACT**

In light of the Court's December 4, 2019, Order limiting discovery in this case, ECF No. 115, the parties mutually agree to withdraw their expert reports and disclosures in this matter. At least unless or until any relevant remand by an appellate court, the parties agree not to submit or rely on expert testimony. Defendants are entering into these stipulations subject to their ongoing objection to the December 4 Order, and reserve all rights to seek further review of that order. The parties further stipulate as follows:

1. A recent study found that approximately one in four women in this country will have an abortion by age forty-five. Rachel K. Jones & Jenna Jerman, *Population Group Abortion Rates & Lifetime Incidence of Abortion: United States, 2008–2014*, 107 Am. J. Public Health 1904 (2017). Other research has found that a majority of women having abortions (61%) already have at least one child, while most (66%) also plan to have a child or additional

children in the future. News Release, Guttmacher Inst*., Concern for Current and Future Children a Key Reason Women Have Abortions* (Jan. 7, 2008), https://www.guttmacher.org/news-release/2008/concern-current-and-future-children-key-reason-women-have-abortions; Nat'l Abortion Fed'n, *Abortion Facts: Women Who Have Abortions* (last updated 2003), https://prochoice.org/education-and-advocacy/about-abortion/abortion-facts/.

2. Almost uniformly, clinicians measure pregnancy from the first day of the patient's last menstrual period ("lmp"). They also generally date pregnancy (indicate how far along a pregnancy has advanced) with the weeks before the decimal point and the days after: "6.2 weeks lmp" means 6 weeks and 2 days lmp. A full-term pregnancy is approximately 40 weeks lmp.

3. Some patients have fairly regular, 4-week menstrual cycles; other patients have regular cycles of different lengths; and still others have irregular cycles. In a person with regular 4-week cycles, fertilization typically occurs 2 weeks after the start of the last menstrual period. A woman with a highly regular, 4-week cycle would be 4 weeks lmp when she misses her period.

4. In a typically developing embryo, cells that eventually form the basis for development of the heart later in pregnancy produce cardiac activity that is generally detectable via vaginal ultrasound early in pregnancy. Plaintiffs' position is that cardiac activity is generally detectable at 6.0 weeks lmp, but may be detectable a few days earlier. State Defendants' position is that it is detectable by approximately 6-7 weeks lmp.

5. In 2018, approximately 87% of induced abortions in Georgia took place at or after 6 completed weeks of pregnancy measured from the first day of the patient's last menstrual period (based on clinical estimate), that is, at or after 6.0 weeks lmp. In 2018, approximately 61% of induced abortions in Georgia took place at or after 7 completed weeks of pregnancy measured from the first day of the patient's last menstrual period (based on clinical estimate), that is, at or after 7.0 weeks lmp.

6. Plaintiffs' position is that the point at which a healthy, singleton fetus has a reasonable likelihood of sustained survival outside the uterus with or without artificial aid is approximately 24 weeks lmp. Defendants' position is that a baby may be viable outside the womb as early as 20 weeks lmp.

7. In some cases of miscarriage that occur before what any party believes is the point of viability, cardiac activity persists while the patient passes embryonic/fetal tissue, or when cervical dilation makes pregnancy loss inevitable. In those cases, some physicians determine that it is medically appropriate to offer the patient treatment to empty her uterus. In other cases, in which miscarriage is only potential, physicians or patients may seek to save the pregnancy as long as cardiac activity persists. This stipulation shall not be construed as a stipulated legal conclusion that H.B. 481 does or does not affect any course of treatment.

8. Some medical care for a pregnant patient aside from abortion and miscarriage management can harm or end a pregnancy. This stipulation shall not be construed as a stipulated legal conclusion that H.B. 481 does or does not affect this treatment.

9. All medical care entails the risk of unintentional harm to the patient; clinicians, including clinicians treating patients who are pregnant, might be pregnant, or might become pregnant, accept that risk and weigh that risk against the benefits of treatment.

Dated: February 20, 2020

| | |
|---|---|
| Susan Talcott Camp* <br> Elizabeth Watson* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> (212) 549-2633 <br> tcamp@aclu.org <br> ewatson@aclu.org <br><br> *Attorneys for Plaintiffs SisterSong, ACWC, AWMC, carafem, Summit, and Drs. Cwiak, Haddad and Lathrop* <br><br> Carrie Y. Flaxman* <br> PLANNED PARENTHOOD FEDERATION OF AMERICA <br> 1110 Vermont Avenue, NW <br> Suite 300 <br> Washington, DC 20005 <br> (202) 973-4800 <br> carrie.flaxman@ppfa.org <br><br> Susan Lambiase* <br> PLANNED PARENTHOOD FEDERATION OF AMERICA <br> 123 William St., Floor 9 <br> New York, NY 10038 <br> (212) 541-7800 (phone) <br> (212) 247-6811 (fax) <br> susan.lambiase@ppfa.org <br><br> *Attorneys for PPSE* | /s/ Sean Young <br> Sean Young <br> Attorney Bar Number: 790399 <br> Attorney for Plaintiffs <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC. <br> P.O. Box 77208 <br> Atlanta, GA 30357 <br> Telephone: (678) 981-5295 <br> Email: syoung@acluga.org <br><br><br> Julie Rikelman* <br> Emily Nestler* <br> Kirby Tyrrell* <br> CENTER FOR REPRODUCTIVE RIGHTS <br> 199 Water Street, 22nd Floor <br> New York, NY 10038 <br> (917) 637-3670 (phone) <br> (917) 637-3666 (fax) <br> jrikelman@reprorights.org <br> enestler@reprorights.org <br> ktyrrell@reprorights.org <br><br> *Attorneys for Plaintiffs Feminist and CWHO* <br><br><br><br> * *Admitted pro hac vice* |

4

*/s/ Jeffrey Harris*
Jeffrey M. Harris (pro hac vice)
Steven C. Begakis (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Patrick Strawbridge (pro hac vice)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South, PMB #706
Boston, MA 02109
(617) 227-0548

Christopher M. Carr
Attorney General of Georgia
Andrew A. Pinson (Bar #584719)
Solicitor General
GEORGIA DEPARTMENT OF LAW
40 Capitol Square SW
Atlanta, GA 30334
(404) 651-9453

*Counsel for Defendants*