## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, *et al.*,<br><br>    *Plaintiffs*,<br><br> v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>    *Defendants*. | No. 1:19-cv-02973-SCJ |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Rule 56.1 and Federal Rule of Civil Procedure 56, Defendants Brian Kemp, Christopher M. Carr, Kathleen Toomey, the Members of the Georgia Composite Medical Board, LaSharn Hughes, Julia Slater, Joyette M. Holmes, Daniel Porter, and Meg Heap (all sued in their official capacities) (collectively "Defendants"), for the reasons set forth in their supporting brief, move this Court for an order granting summary judgment and/or partial summary judgment on all claims against them. Because this case involves complex issues of law, Defendants also request oral argument on their motion.

Respectfully submitted,

Dated:        February 20, 2020        /s/ *Jeffrey M. Harris*

Christopher M. Carr                  Jeffrey M. Harris (*pro hac vice*)
   *Attorney General of Georgia*        Steven C. Begakis (*pro hac vice*)
Andrew A. Pinson (Bar #584719)        CONSOVOY MCCARTHY PLLC
   *Solicitor General*                 1600 Wilson Boulevard, Suite 700
Georgia Department of Law             Arlington, VA 22209
40 Capitol Square SW                  (703) 243-9423
Atlanta, GA 30334
(404) 651-9453                        Patrick Strawbridge (*pro hac vice*)
                                       CONSOVOY MCCARTHY PLLC
                                       Ten Post Office Square
                                       8th Floor South, PMB #706
                                       Boston, MA 02109
                                       (617) 227-0548

           *Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that this brief uses 13-point Century Schoolbook in compliance with Local Rule 5.1(B).

/s/ *Jeffrey M. Harris*
Jeffrey M. Harris (*pro hac vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing brief was electronically filed with the Clerk of Court using the CM/ECF system on February 20, 2020, thereby serving all counsel of record.

/s/ *Jeffrey M. Harris*
Jeffrey M. Harris (*pro hac vice*)