IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants*. | No. 1:19-cv-02973-SCJ |

## ORDER

The Court, having considered the motion for summary judgment and/or partial summary judgment filed by Defendants Brian Kemp, Christopher M. Carr, Kathleen Toomey, the Members of the Georgia Composite Medical Board, LaSharn Hughes, Julia Slater, Joyette M. Holmes, Daniel Porter, and Meg Heap (all sued in their official capacities) (collectively "Defendants"), hereby orders that Defendants' motion for summary judgment is GRANTED in full.

SO ORDERED this ___ day of _____, 2020.

_____
Hon. Steve C. Jones
United States District Judge