# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants*. | No. 1:19-cv-02973-SCJ |

## ORDER

The Court, having considered the Defendants' unopposed motion for a 14-day extension of time for all parties to file reply briefs in support of their summary judgment motions, hereby orders that Defendants' motion is GRANTED. The deadline for all parties to file replies in support of summary judgment is hereby extended until April 9, 2020.

SO ORDERED this  16  day of   March   , 2020.

                                               s/Steve C. Jones
                                               Hon. Steve C. Jones
                                               United States District Judge