# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-02973-SCJ
## SisterSong Women of Color Reproductive Justice Collective et al v. Kemp et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 06/15/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:50 A.M.            COURT REPORTER: David Ritchie
TIME IN COURT: 1:50                          DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

ATTORNEY(S)       Brigitte Amiri representing SisterSong Women of Color Reproductive
PRESENT:          Justice Collective
                  S. Bauer representing Sherry Boston
                  Steven Begakis representing Brian Kemp
                  Steven Begakis representing Christopher M. Carr
                  Ian Byrnside representing Sherry Boston
                  Steven Hall representing Paul L. Howard
                  Jeffrey Harris representing Alexander S. Gross
                  Jeffrey Harris representing Andrew Reisman
                  Jeffrey Harris representing Barby J. Simmons
                  Jeffrey Harris representing Brian Kemp
                  Jeffrey Harris representing Charmaine Faucher
                  Jeffrey Harris representing Christopher M. Carr
                  Jeffrey Harris representing Danny Porter
                  Jeffrey Harris representing David W. Retterbush
                  Jeffrey Harris representing Debi Dalton
                  Jeffrey Harris representing E. Daniel DeLoach
                  Jeffrey Harris representing Gretchen Collins
                  Jeffrey Harris representing Joe Sam Robinson
                  Jeffrey Harris representing John S. Antalis
                  Jeffrey Harris representing Joyette M. Holmes
                  Jeffrey Harris representing Julia Slater
                  Jeffrey Harris representing Kathleen Toomey

Jeffrey Harris representing LaSharn Hughes
Jeffrey Harris representing Matthew W. Norman
Jeffrey Harris representing Meg Heap
Jeffrey Harris representing Michael Fowler
Jeffrey Harris representing Paul L. Howard
Jeffrey Harris representing Richard L. Weil
Jeffrey Harris representing Rob Law
Jeffrey Harris representing Thomas Hardin
Linda Klein representing Paul L. Howard
Susan Lambiase representing Planned Parenthood Southeast, Inc.
Jacqueline Menk representing Sherry Boston
Erin Morrissey Victoria representing Sherry Boston
Emily Nestler representing Columbus Women's Health Organization, P.C.
Emily Nestler representing Feminist Women's Health Center
Andrew Pinson representing Alexander S. Gross
Andrew Pinson representing Andrew Reisman
Andrew Pinson representing Barby J. Simmons
Andrew Pinson representing Brian Kemp
Andrew Pinson representing Charmaine Faucher
Andrew Pinson representing Christopher M. Carr
Andrew Pinson representing Danny Porter
Andrew Pinson representing David W. Retterbush
Andrew Pinson representing Debi Dalton
Andrew Pinson representing E. Daniel DeLoach
Andrew Pinson representing Gretchen Collins
Andrew Pinson representing Joe Sam Robinson
Andrew Pinson representing John S. Antalis
Andrew Pinson representing Julia Slater
Andrew Pinson representing Kathleen Toomey
Andrew Pinson representing LaSharn Hughes
Andrew Pinson representing Matthew W. Norman
Andrew Pinson representing Meg Heap
Andrew Pinson representing Michael Fowler
Andrew Pinson representing Richard L. Weil
Andrew Pinson representing Rob Law
Andrew Pinson representing Thomas Hardin
Julie Rikelman representing Feminist Women's Health Center
Patrick Strawbridge representing Brian Kemp
Patrick Strawbridge representing Christopher M. Carr
Kirby Tyrrell representing Columbus Women's Health Organization, P.C.
Kirby Tyrrell representing Feminist Women's Health Center
Elizabeth Watson representing Atlanta Comprehensive Wellness Clinic
Elizabeth Watson representing Atlanta Women's Medical Center Elizabeth Watson representing FemHealth USA
Elizabeth Watson representing SisterSong Women of Color Reproductive Justice Collective
Elizabeth Watson representing Summit Medical Associates, P.C.
Elizabeth Watson representing Carrie Cwiak
Elizabeth Watson representing Eva Lathrop

|  | |
|---|---|
| | Elizabeth Watson representing Lisa Haddad |
| | Joe Whitley representing Paul L. Howard |
| | Sean Young representing Atlanta Comprehensive Wellness Clinic |
| | Sean Young representing Atlanta Women's Medical Center |
| | Sean Young representing Columbus Women's Health Organization, P.C. |
| | Sean Young representing FemHealth USA |
| | Sean Young representing Feminist Women's Health Center |
| | Sean Young representing Planned Parenthood Southeast, Inc. |
| | Sean Young representing SisterSong Women of Color Reproductive Justice Collective |
| | Sean Young representing Summit Medical Associates, P.C. |
| OTHER(S) PRESENT: | Monica Simpson, representative for Plaintiff SisterSong. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [124]Motion for Summary Judgment TAKEN UNDER ADVISEMENT<br>[125]Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral argument heard on Parties' motions for summary judgment. Matter taken under advisement by the Court, with written ruling to follow in due course. |
| HEARING STATUS: | Hearing Concluded |