UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:19-CV-2973-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on Plaintiffs' Motion for Summary Judgment, and the Court having granted said Motion, it is

**Ordered and Adjudged** that Sections 3 and 4 of H.B. 481 violate the Fourteenth Amendment of the United States Constitution and that all Defendants, and all their respective officers, successors in office, agents, servants, employees, attorneys, and persons acting in concert or participation with them, are **PERMANENTLY ENJOINED** from enforcing H.B. 481 (Georgia General Assembly 2019–20 Legislative Session) in its entirety. The State of Georgia's abortion laws that were in effect prior to the passage of H.B. 481 remain in effect. Plaintiffs are allowed costs pursuant to Federal Rule of Civil Procedure 54.

Dated at Atlanta, Georgia this 13th day of July, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: *s/R. Spratt*
     Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
    July 13, 2020
James N. Hatten
Clerk of Court

By: *s/R. Spratt*
      Deputy Clerk