IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN KEMP *et al.*, <br><br> Defendants. | Civil Action No.: 1:19-cv-02973-SCJ |

**ORDER GRANTING**

**PLAINTIFFS AN EXTENSION OF TIME TO FILE FOR ATTORNEYS' FEES AND COSTS**

Having considered the Plaintiffs' uncontested Motion to Extend Time to File for Attorneys' Fees and Costs,

IT IS HEREBY ORDERED that Plaintiffs' request is GRANTED, and that Plaintiffs' shall have until 60 days after either the conclusion of all substantive appeals and/or the time to file a petition for a writ of certiorari on the merits of this case expires to file any motion for attorneys' fees and costs pursuant to 42 U.S.C. § 1988; 28 U.S.C. § 1920; Federal Rule of Civil Procedure 54(d)(2); and LR 54.2.

Dated:  July 24, 2020

_____
Hon. Steve C. Jones
United States District Judge