IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of itself and its members, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>   *Defendants*. | No. 1:19-cv-02973-SCJ |

## NOTICE OF APPEAL

  Notice is hereby given that Defendants Brian Kemp, Christopher M. Carr, Kathleen Toomey, John S. Antalis, Gretchen Collins, Debi Dalton, E. Daniel Deloach, Charmaine Faucher, Michael Fowler, Sr., Alexander S. Gross, Thomas Hardin, Jr., Rob Law, Matthew W. Norman, David W. Retterbush, Andrew Reisman, Joe Sam Robinson, Barby J. Simmons, Richard L. Weil, LaSharn Hughes, Julia Slater, Joyette M. Holmes, Danny Porter, and Meg Heap (all sued in their official capacities) ("the State Defendants") appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment and order issued on July 13, 2020, granting

plaintiffs' motion for summary judgment and entering a permanent injunction.

                                               Respectfully submitted,

| | |
|---|---|
| Dated: August 11, 2020 | /s/ *Andrew A. Pinson* |
| Jeffrey M. Harris (*pro hac vice*) | Christopher M. Carr |
| Steven C. Begakis (*pro hac vice*) |   *Attorney General of Georgia* |
| CONSOVOY MCCARTHY PLLC | Andrew A. Pinson (Bar #584719) |
| 1600 Wilson Boulevard, Suite 700 |   *Solicitor General* |
| Arlington, VA 22209 | Georgia Department of Law |
| (703) 243-9423 | 40 Capitol Square SW |
| | Atlanta, GA 30334 |
| Patrick Strawbridge (*pro hac vice*) | (404) 651-9453 |
| CONSOVOY MCCARTHY PLLC | |
| Ten Post Office Square | |
| 8th Floor South, PMB #706 | |
| Boston, MA 02109 | |
| (617) 227-0548 | |

                                        *Counsel for Defendants*

**CERTIFICATE OF COMPLIANCE**

I certify that this document uses 13-point Century Schoolbook in compliance with Local Rule 5.1(B).

/s/ *Andrew A. Pinson*
Andrew A. Pinson

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system on August 11, 2020, thereby serving all counsel of record.

/s/ *Andrew A. Pinson*
Andrew A. Pinson
