# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

August 11, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

      **U.S.D.C. No.:** 1:19-cv-2973-SCJ
      **U.S.C.A. No.:** 00-00000-00
      **In re:**    SisterSong Women of Color Reproductive Justice Collective, et al. v. Brian Kemp, et al.

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.   Other notices were filed on: 11/22/2019 (USCA 19-14726-DD).** |
| | There is no transcript. |
| **X** | **The court reporters are David Ritchie and Andy Ashley.** |
| | There is sealed material. |
| | Other: . |
| **X** | **Fee paid electronically on 8/11/2020; Receipt Number AGANDC-10016222.** |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Steve C. Jones.** |
| | This is a **DEATH PENALTY** appeal. |

                Sincerely,

                James N. Hatten
                District Court Executive
                and Clerk of Court

            By:  /s/ K. Carter
                Deputy Clerk