# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-13024

_____

SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE
COLLECTIVE,
FEMINIST WOMEN'S HEALTH CENTER,
et al.,

                                                Plaintiffs-Appellees,

*versus*

GOVERNOR OF THE STATE OF GEORGIA,
in his official capacity,
CHRISTOPHER MICHAEL CARR,
Georgia Attorney General, in his official capacity
et al.,

                                                Defendants-Appellants,

Case 1:19-cv-02973-SCJ   Document 158   Filed 09/27/21   Page 2 of 2
USCA11 Case: 20-13024    Date Filed: 09/27/2021    Page: 2 of 2

2                                                                   20-13024

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-02973-SCJ

_____

Before WILLIAM PRYOR, Chief Judge, LAGOA, Circuit Judge, and SCHLESINGER,* District Judge.

PER CURIAM:

    We **STAY** this appeal pending a decision of the Supreme Court of the United States in *Dobbs v. Jackson Women's Health Organization*, No. 19-1392 (2021).

---

\* Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.