# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-13024

_____

SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE,
FEMINIST WOMEN'S HEALTH CENTER,
PLANNED PARENTHOOD SOUTHEAST, INC.,
ATLANTA COMPREHENSIVE WELLNESS CLINIC,
ATLANTA WOMEN'S MEDICAL CENTER, et al.,

                                               Plaintiffs-Appellees,

*versus*

GOVERNOR OF THE STATE OF GEORGIA,
in his official capacity,
CHRISTOPHER MICHAEL CARR,
Georgia Attorney General, in his official capacity
KATHLEEN TOOMEY,
Georgia Commissioner for Department of Public Health,

2                               Order of the Court                              20-13024

in her official capacity,
JOHN S. ANTALIS,
M.D.,
GRETCHEN COLLINS,
M.D.,
DEBI DALTON,
M.D.,
E. DANIEL DELOACH,
M.D.,
CHARMAINE FAUCHER,
PA-C,
SHAWN M. HANLEY,
C.F.S.P.,
ALEXANDER S. GROSS,
M.D.,
THOMAS HARDIN, JR.,
M.D.,
JUDY GARDNER,
C.F.A.,
MATTHEW W. NORMAN,
M.D.,
DAVID W. RETTERBUSH,
M.D.,
ANDREW REISMAN,
M.D.,
JOHN JEFFREY MARSHALL,
M.D.,

20-13024                Order of the Court                3

BARBY J. SIMMONS,

D.O.,

RICHARD L. WEIL,

M.D., Members of the Georgia Composite Medical Board,

in their official capacities,

LASHARN HUGHES,

M.B.A., Executive Director of Georgia Composite Medical Board,

in her official capacity,

STACY JACKSON,

District Attorney for the Chattahoochee Judicial Circuit,

in her official capacity,

FLYNN BROADY, JR.,

Acting District Attorney for the Cobb Judicial Circuit,

in her official capacity,

PATSY AUSTIN-GATSON,

District Attorney for the Gwinnett Judicial Circuit,

in his official capacity,

SHALENA COOK JONES,

District Attorney for the Eastern Judicial Circuit,

in her official capacity,

FANI T. WILLIS,

District Attorney for Fulton County,

in her official capacity,

Defendants-Appellants,

4                    Order of the Court                    20-13024

SHERRY BOSTON,

District Attorney for DeKalb County,

in her official capacity,

                                                      Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-02973-SCJ

_____

Before WILLIAM PRYOR, Chief Judge, LAGOA, Circuit Judge, and SCHLESINGER,* District Judge.

PER CURIAM:

    We **STAY** the injunction until the mandate issues.

---

* The Honorable Harvey Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.