# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 21, 2022

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number:  20-13024-GG
Case Style: SisterSong Women of Color Rep., et al v. Governor of the State of GA, et al
District Court Docket No: 1:19-cv-02973-SCJ

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to:  Lois Tunstall
Phone #:  (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-13024

_____

SISTERSONG WOMEN OF COLOR REPRODUCTIVE
JUSTICE COLLECTIVE,
FEMINIST WOMEN'S HEALTH CENTER,
PLANNED PARENTHOOD SOUTHEAST, INC.,
ATLANTA COMPREHENSIVE WELLNESS CLINIC,
ATLANTA WOMEN'S MEDICAL CENTER, et al.,

Plaintiffs-Appellees,

*versus*

GOVERNOR OF THE STATE OF GEORGIA,
in his official capacity ,
CHRISTOPHER MICHAEL CARR,
Georgia Attorney General, in his official capacity
KATHLEEN TOOMEY,
Georgia Commissioner for Department of Public Health,
in her official capacity,

ISSUED AS MANDATE:  10/21/2022

2                                                          20-13024

JOHN S. ANTALIS,

M.D.,

GRETCHEN COLLINS,

M.D.,

DEBI DALTON,

M.D.,

E. DANIEL DELOACH,

M.D.,

CHARMAINE FAUCHER,

PA-C,

SHAWN M. HANLEY,

C.F.S.P.,

ALEXANDER S. GROSS,

M.D.,

THOMASHARDIN, JR.,

M.D.,

JUDY GARDNER,

C.F.A.,

MATTHEW W. NORMAN,

M.D.,

DAVID W. RETTERBUSH,

M.D.,

ANDREW REISMAN,

M.D.,

JOHN JEFFREY MARSHALL,

M.D.,

BARBY J. SIMMONS,

20-13024                    Opinion of the Court                    3

D.O.,

RICHARD L. WEIL,

M.D., Members of the Georgia Composite Medical Board,

in their official capacities,

LASHARN HUGHES,

M.B.A., Executive Director of Georgia Composite Medical Board,

in her official capacity,

STACY JACKSON,

District Attorney for the Chattahoochee Judicial Circuit,

in her official capacity ,

FLYNN BROADY, JR.,

Acting District Attorney for the Cobb Judicial Circuit,

in her official capacity,

PATSY AUSTIN-GATSON,

District Attorney for the Gwinnett Judicial Circuit,

in his official capacity ,

SHALENA COOK JONES,

District Attorney for the Eastern Judicial Circuit,

in her official capacity,

FANI T. WILLIS,

District Attorney for Fulton County,

in her official capacity,

                                                    Defendants-Appellants,

4                                                                                 20-13024

SHERRY BOSTON,

District Attorney for DeKalb County,

in her official capacity,

                                                            Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-02973-SCJ

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 20, 2022

For the Court: DAVID J. SMITH, Clerk of Court