**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**SISTERSONG WOMEN OF COLOR**
**REPRODUCTIVE JUSTICE**
**COLLECTIVE, on behalf of itself**
**and its members,** *et al.*,

   **Plaintiffs,**

**v.**

**BRIAN KEMP, Governor of the State**
**of Georgia, in his official capacity,**
*et al.*,

   **Defendants.**

**CIVIL ACTION FILE**
**No. 1:19-cv-02973-SCJ**

## ORDER

Having adopted the mandate of the United States Court of Appeals for the Eleventh Circuit (Doc. Nos. [168]; [170]) in which the prior judgment of this Court in favor of Plaintiffs was reversed, the Court now **DENIES** Plaintiffs' Motion for Summary Judgment (Doc. No. [124]) and **GRANTS** the Motion for Summary Judgment (Doc. No. [125]) filed by the state officials.[1]

---

[1] The Court recognizes that the District Attorneys for Fulton County and DeKalb

The Clerk is **DIRECTED** to enter Judgment in favor of all named-Defendants and against Plaintiffs. (Prior to the entry of Judgment, the Clerk **SHALL** conform the case-style/names of the parties to the names as listed in the Eleventh Circuit's mandate (Doc. No. [168])).

**IT IS SO ORDERED** this ___21st___ day of October, 2022.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

---

County did not file summary judgment motions. Regardless, Plaintiffs' claims against said Defendants fail under the Eleventh Circuit's opinion and mandate. Doc. Nos. [161]; [168]. Accordingly, judgment is warranted in favor of all named-Defendants.

2