**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, FEMINIST WOMEN'S HEALTH CENTER, PLANNED PARENTHOOD SOUTHEAST, INC., ATLANTA COMPREHENSIVE WELLNESS CLINIC, ATLANTA WOMEN'S MEDICAL CENTER, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:19-CV-2973-SCJ |
| GOVERNOR OF THE STATE OF GEORGIA BRIAN KEMP, CHRISTOPHER MICHAEL CARR, KATHLEEN TOOMEY, JOHN S. ANTALIS, GRETCHEN COLLINS, DEBI DALTON, E. DANIEL DELOACH, CHARMAINE FAUCHER, SHAWN M. HANLEY, ALEXANDER S. GROSS, THOMAS HARDIN, JR., JUDY GARDNER, MATTHEW W. NORMAN, DAVID W. RETTERBUSH, ANDREW REISMAN, JOHN JEFFREY MARSHALL, BARBY J. SIMMONS, RICHARD W. WEIL, LASHARN HUGHES, STACY JACKSON, FLYNN BROADY, JR., PATSY AUSTIN-GATSON, SHALENA COOK JONES, FANI T. WILLIS, SHERRY BOSTON, | |
| Defendants. | |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States

District Judge, for consideration the parties' Motions for Summary Judgment, and the Court

having denied Plaintiffs' Motion and granted Defendants' Motion, it is

Ordered and Adjudged that judgment is hereby entered in favor of Defendants and

against Plaintiffs and that the Plaintiffs take nothing; that the Defendants recover its costs

of this action, and the action be, and the same hereby is, **dismissed**

       Dated at Atlanta, Georgia, this 24th day of October, 2022.


                  KEVIN P. WEIMER
                  CLERK OF COURT


              By:   *s/D. McGoldrick*
                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 24, 2022
Kevin P. Weimer
Clerk of Court

By: *s/D. McGoldrick*
        Deputy Clerk